EXHIBIT 1 Page 41 of 51

To: CMU Unit Team
From: Martin S. Gottesfeld (Reg. №: 12982-104)
Date: Wednesday, December 11th, 2019, 9:10 A.M. (updated 10:10 A.M.)
Subject: Preservation of Audio/Video against spoliation

Salutations Unit Team,

 I formally request the preservation of the following Audio and Video surveillance footage at FCI Terre Haute:

 • FCI Terre Haute CMU SHU; Wednesday, December 11th, 2019; 9:05 A.M.; Rounds of Warden Lammer, the safety officer, and medical, and Mr. Woolsen;

 • FCI Terre Haute CMU SHU; Tuesday, December 10th, 2019; 2:14 P.M.; Rounds of Ms. Eisele and discussion/issue of BP-8 to Martin S. Gottesfeld.

 • FCI Terre Haute CMU Law Library, hall outside the officers' office, and CMU SHU; Monday, December 9th, 2019, 5:00 P.M. ish, entry of Lt. B. Devlin, service of incident report to Martin S. Gottesfeld, administrative confinement of Martin S. Gottesfeld w/ Gottesfeld in law library.

 • FCI Terre Haute CMU SHU; Wednesday, December 11th, 2019; 10:07 A.M; Rounds of Captain Brown.

 • FCI Terre Haute CMU Law Library; Friday, December 6th, 2019, 7:20 P.M. ish; Discussion and cop-out exchange between Ms. R. Eisele and Martin S. Gottesfeld.

 I believe in good faith that the above evidence will be relevant to litigation that I will bring in U.S. district court. If there is anything else that I must do in order to preserve the above evidence against spoliation or other loss, then please let me know.

Thanks,

Martin S. Gottesfeld, pro se

- Page 1 of 1 -

BP-A306            DUTIES OF STAFF REPRESENTATIVE    CDFRM
AUG 11
U.S. DEPARTMENT OF JUSTICE                       FEDERAL BUREAU OF PRISONS

FCC Terre Haute, IN
Institution

TO:      All Staff Representatives

FROM:    Complex Warden

There may be questions as to just which part an employee takes when that employee serves as staff representative for an inmate who appears before the DHO. Generally, your role is to help the inmate present the best defense possible to the charged violations. The Warden, the DHO, the reporting officer, investigating officer, a witness to the incident, and UDC members involved in the case may not act as staff representative. If, during your representation, you encounter difficulties which you believe will prevent you from functioning properly, you should notify the DHO of this, and he/she will excuse you if there is a good reason to do so.

(1) You are to assist the inmate in presenting whatever information the inmate wants to present and in preparing a defense. This will require, in every case, consultations with the inmate, and familiarity with the Inmate Discipline Program Statement.

(2) You are to speak to witnesses who might furnish evidence on behalf of the inmate, if the inmate indicates there are such witnesses whom the inmate wishes to have called. You may question witnesses requested by the inmate who are called before the DHO.

(3) You should become familiar with all reports relative to the charge against the inmate. Confidential or security information must of course be protected and may not be shared with any other person, including inmates, staff, visitors, attorneys, etc. Any request for confidential information should be directed to the DHO.

(4) You should present any evidence favorable to the inmate's defense.

(5) You should present information which may assist the DHO and which may obtain a lesser sanction for the inmate. If you believe you need additional time to pursue any of the functions, you may request a delay in the hearing from the DHO, but ordinarily only after you have the concurrence of the inmate to do this.

(6) You are to help an inmate understand the charges and the potential consequences.

(7) You should be familiar with procedures at the hearing, explain them to the inmate in advance, and, if necessary during the hearing, assist the inmate in understanding procedural points.

(8) You should not be present during deliberations by the DHO. An exception would be where you have read confidential information, and want to discuss that with the DHO outside the inmate's presence. In that case, you will have to explain to the inmate, in general terms, what you are doing, and you should leave the room as soon as that function is over.

(9) If the inmate asks you to assist in writing an administrative appeal from the DHO action, you should assist the inmate in doing so.

I have read the "Duties of Staff Representative" and (agree) (do not agree) to serve as staff representative for inmate _Gottesfeld_, reg. no. _12982-104_
in the inmate's appearance before the DHO. I do / do not agree for the following reason

Printed Name/Signature of Employee: _____     Date: _____

IR# _3299323_

Record Copy - DHO.
(This form may be replicated via WP)                              Replaces BP-306(52) of JAN 88

Exhibit 3          Page 45 of 51

To: Counselor Orr
From: Martin S. Gottesfeld (Reg. No.: 12982-104)
Date: Friday, December 13th, 2019
Subject: Request for Staff Representative for Incident Report Number 3338082

Salutations Counselor Orr,

I hope that you are well, sir.

We have never met, and I regret that our first correspondence is under these strained circumstances.

Will you please be my staff representative for Incident Report 3338082? I am confident that in a fair hearing, the report against me would be dismissed.

Thank you, sir,

MG
Martin S. Gottesfeld

- Page 1 of 1 -

To: Counselor B. Orr.
From: Martin S. Gottesfeld (Reg. No.: 12982-104)
Date: Tuesday, December 17th, 2019
Subject: Incident Report 3338082

Exhibit 4 — Page 44 of 51

Salutations Counselor Orr,

I hope you are well and I thank you for being my staff rep.

Prior to the DHO hearing, can you please secure the following evidence?

- A copy of the relevant inmate request, dated Friday, December 6th, 2019;
- A copy of 18 U.S.C. § 3621(c);
- A copy of D.C. Code § 16-1905;
- A copy of D.C. Code § 13-421;
- A copy of D.C. Code § 13-422;
- A copy of D.C. Code § 13-423(a);
- A copy of Hanna v. Lane, 1987 U.S. Dist. LEXIS 16727, No. 84 C 1635 (N.D. Ill. February 11th, 1987); and
- A copy of Williams v. Lane, 851 F.2d 867 (7th Cir. 1988); and
- An informative and credible article on long-arm statutes.

Can you please let me know prior to the DHO hearing whether or not you can secure this evidence?

Thanks,

MJG
Martin S. Gottesfeld

— Page 1 of 1 —

Exhibit 5      Page 45 of 51

To: CMU Unit Team
From: Martin S. Gottesfeld (Reg. No.: 12982-104)
Date: Friday, December 13th, 2019
Subject: Request for BP-10

Salutations Unit Team,

May I please get a BP-10 for admin remedy 997702?

I also wish to note for posterity that Ms. Eisele, on December 11th, 2019, handed me the warden's response to admin. remedy 997702-F1 without the corresponding BP-9 and BP-8. Instead, the warden's response to 997702-F1 was stapled to the BP-9 and BP-8 for remedy 997696-F1. So, I am now missing the BP-8 and BP-9 for remedy 997702-F1 and the warden's answer to remedy 997696-F1, for which I would need an additional BP-10.

Thank you for your prompt attention to this matter, which affects the availability of the administrative remedy system to me as per Ross v. Blake,

MSG
Martin S. Gottesfeld, pro se

— Page 1 of 1 —

Exhibit 6
Page 46 of 51

BP-A0288
JAN 17

# INCIDENT REPORT

**U.S. DEPARTMENT OF JUSTICE**      **FEDERAL BUREAU OF PRISONS**

## Part I - Incident Report

| 1. Institution: THA CMU | | Incident Report Number: | |
|---|---|---|---|
| 2. Inmate's Name: GOTTESFELD, Martin | 3. Register Number: 12982-104 | 4. Date of Incident: April 19, 2019 | 5. Time: 8:40 am est |
| 6. Place of Incident: D Unit | 7. Assignment: Unassigned/Institution A&O | | 8. Unit: D Unit |
| 9. Incident: Use of mail for abuses other than criminal activity circumventing mail monitoring procedures... | | 10. Prohibited Act Code(s) 296 | |

**11. Description of Incident (Date: 04/19/2019   Time: 200 p.m. Staff became aware of incident):**

On April 19, 2019 at 2:00 pm est, a review was conducted of Inmate Martin Gottesfeld's Reg. No. 12982-104 outgoing TRULINCS e-mails. The review revealed that inmate Gottesfeld authored an e-mail to (b)(6) titled, "Service of Process?" In the e-mail to (b)(6) inmate Gottesfeld attempted to employ her to conduct a surface check to see if she could track down the addresses of some individuals to be processed served (b)(6); (b)(7)(C) (b)(7)(F) on the behalf of (b)(6) Specifically, the e-mail to (b)(6) stated, "I believe that (b)(6) is having trouble tracking down a few people to be able to serve process on them. I know that you are obviously very busy and that this weekend is most certainly 'go time' for us. However, if you were to have an extra 15 or 20 minutes over the weekend just to have a surface check performed to see if you can track down the current addresses for some folks, I believe that (b)(6) would really appreciate it. It might actually be a fun challenge for you and some of the researchers we know."

Inmate Gottesfeld's request to (b)(6) an attempt to utilize her as a conduit to provide a service through (b)(6) for (b)(6); (b)(7)(C); Inmate Gottesfeld's request to (b)(6) to conduct research to locate individuals on behalf of (b)(6) and (b)(6); (b)(6); (b)(7)(C); does not represent a concrete object of value, but to provide a beneficial and favorable outcome for (b)(6) (b)(6); Further, even though the requested services are not tangible, it still meets the standards outlined in BOP prohibited acts policies.

(b)(6); (b)(7)(C); (b)(7)(F)

| 12. (b)(6); (b)(7)(C) Signature of Reporting Employee: | 13. Date And Time: April 22, 2019 2:00 pm est |
|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) (b)(6); (b)(7)(C) | 15. Date Incident Report Delivered: 4-25-19 |
| | 16. Time Incident Report Delivered: 12:28 p.m. |

## Part II - Committee Action

**17. Comments of Inmate to Committee Regarding Above Incident:**

**18. A. It is the finding of the committee that you:**
___ Committed the Prohibited Act as charged.
___ Did not Commit a Prohibited Act.
___ Committed Prohibited Act Code(s). _____

**B.** ___ The Committee is referring the Charge(s) to the DHO for further Hearing.
**C.** ___ The Committee advised the Inmate of its finding and of the right to file an appeal within 20 calendar days.

**19. Committee Decision is Based on Specific Evidence as Follows:**

**20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):**

Exhibit 1 — Page 9 of 31

BP-A0288
JAN 17
**U.S. DEPARTMENT OF JUSTICE**

**INCIDENT REPORT**

**FEDERAL BUREAU OF PRISONS**

### Part I - Incident Report

| | | | | |
|---|---|---|---|---|
| 1. Institution: THA CMU | | | Incident Report Number: 3249329 | |
| 2. Inmate's Name: GOTTESFELD, Martin | 3. Register Number: 12982-104 | 4. Date of Incident: ~~April 19, 2018~~ April 19, 2019 | (b)(6); (b)(7)(C) | 5. Time: 8:40 am est |
| 6. Place of Incident: D Unit | 7. Assignment: Unassigned/Institution A&O | | | 8. Unit: D Unit |
| 9. Incident: Use of mail for abuses other than criminal activity circumventing mail monitoring procedures... | | 10. Prohibited Act Code(s) 296 | | |

**11. Description of Incident** (Date: 04/19/2019 Time: 2:00 p.m. Staff became aware of incident):

On April 19, 2019 at 2:00 pm est, a review was conducted of inmate Martin Gottesfeld's Reg. No. 12982-104 outgoing TRULINCS e-mails. The review revealed that inmate Gottesfeld authored an e-mail to (b)(6) led, "Service of Process?" In the e-mail to (b)(6) Inmate Gottesfeld attempted to employ her to conduct a surface check to see if she could track down the addresses of some individuals to be processed served (b)(6); (b)(7)(C), (b)(7)(F) on the behalf of (b)(6) Specifically, the e-mail to (b)(6) stated, "I believe that (b)(6) having trouble tracking down a few people to be able to serve process on them. I know that you are obviously very busy and that this weekend is most certainly 'go time' for us. However, if you were to have an extra 15 or 20 minutes over the weekend just to have a surface check performed to see if you can track down the current addresses for some folks, I believe that (b)(6) would really appreciate it. It might actually be a fun challenge for you and some of the researchers we know."

Inmate Gottesfeld's request to (b)(6) is an attempt to utilize her as a conduit to provide a service through (b)(6) for (b)(6); Inmate Gottesfeld's request to (b)(6) conduct research to locate individuals on behalf of (b)(6) and inmate (b)(6); (b)(7)(C), does not represent a concrete object or value, but to provide a beneficial and favorable outcome for (b)(6); (b)(7)(C); (b)(7)(F) Further, even though the requested services are not tangible, it still meets the standards outlined in BOP prohibited acts policies.

| | | |
|---|---|---|
| (b)(6), (b)(7)(C); (b)(7)(F) | | |
| (b)(6); (b)(7)(C) nature of Reporting Employee: | | 13. Date And Time: April 22, 2019 2:00 pm est |
| (Type Name/Signat (b)(6); (b)(7)(C) y | 15. Date Incident Report Delivered: 4-25-19 | 16. Time Incident Report Delivered: 12:28 p.m. |

### Part II - Committee Action

**17. Comments of Inmate to Committee Regarding Above Incident:**
The report is still untimely - see written statement. And unconstitutional - see statement written

**18. A. It is the finding of the committee that you:**
___ Committed the Prohibited Act as charged.
___ Did not Commit a Prohibited Act.
___ Committed Prohibited Act Code(s). _____ _____

**B.** X The Committee is referring the Charge(s) to the DHO for further Hearing.
**C.** ___ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

**19. Committee Decision is Based on Specific Evidence as Follows:**
Ref to DHO

**20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):**
Ref to DHO

(b)(6), (b)(7)(C)

4/29/19

Exhibit M (cont)

| WD | Prescribed by P5270 | Replaces BP-A0288 of AUG 11 |

**Part III - Investigation**

22. Date And Time Investigation Began
April 25, 2019 11:26 a.m.   4/29/19 1330 (b)(6), (b)(7)(

23. Inmate Advised Of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process. Your silence alone may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By  (b)(6), (b)(7)(C)  Lieutenant   At (Date/time)   4/25/19 12:28 p.m.

24. Inmate statement and attitude

Inmate Gottesfeld, Martin, Reg. No. 12982-104, was properly identified and given a copy of the incident report. He was read his rights and stated he understood them.

The inmate stated, "I have not been given a copy of the actual rules for this unit. This doesn't refer to any CFR or anything."

Inmate's attitude was neutral.

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.

I examined incident report and found it accurate as written.

(b)(6); (b)(7)(C); (b)(7)(E); (b)(7)(F)

26. Investigator's comments and conclusions

The incident report was reviewed and found accurate as written. Upon reviewing all the emails, it is apparent inmate Gottesfeld is soliciting outside aid in the community on behalf of inmate Cox.

27. Action taken

The inmate was incident report was forwarded to the UDC for processing.

Date and Time Investigation Completed    4-25-2019 1:18 p.m.

Printed Name/Signature Of Investigator   (b)(6); (b)(7)(C)   Title   Lieutenant

To: Katherine Siereveld [(b)(6); (b)(7)(C)], Legal Dept.
CC: FCI Terre Haute CMU Unit Discipline Committee (UDC)
From: Martin S. Gottesfeld, Reg. No. 12982-104
Date: Friday, April 26th, 2019
Subject: In Re: Unnumbered Incident Report (Form BP-A0288)

Salutations [(b)(6); (b)(7)(C)] Ms. Siereveld,

  I hope you are well.

  I am writing because I wish to elect you as my staff representative in the adjudication process of the attached, unnumbered, BP-A0288 (Incident Report).

  I do not believe that either the FBOP nor the FBI are entitled to qualified immunity for their blatant reprisal against me for engaging in Constitutionally-protected conduct pursuant to valid and court-ordered legal pursuits while accepting nothing of value for myself in return. I wish to note Johnson v. Avery, 393 U.S. 483; 21 L. Ed. 2d 718; 89 S. Ct. 747 (1969), Wolff v. McDonell, 418 U.S. 539; 94 S. Ct. 2963; 41 L. Ed. 2d 935 (1974), Bounds v. Smith, 430 U.S. 817; 52 L. Ed. 2d 72; 97 S. Ct. 1491 (1977), and Williams v. Lane, 851 F.2d 867 (7th Cir. 1988). I hope that you will help me present the relevant case law to the discipline hearing officer (DHO) and/or the unit discipline committee (UDC).

  I further wish to note that the incident report which I received was both unnumbered and untimely. The date of the incident itself was clearly alleged as "April 19, 2018"—more than a year ago and long before my arrival at Terre Haute. However, even making the charitable assumption that the report meant to allege--but did not actually do so--that the incident supposedly occured on April 19th of this year, then there was still a delay of more than 3 days before it was signed by the "Reporting Employee" on April 22nd. There was then another approximately 3-day delay before the report was delivered to me, without an "Incident Report Number." I believe that, in contrast, I was supposed to receive a copy of the incident report within 24 hours, rather than more than 147 (more than 6 times) later.

  Additionally, I believe that the relevant FBOP program statement, number 7740.02, from November 21st, 2014, does not allow for "PMB-Field staff," such as the report's author, Mr. [(b)(6);(b)(7)(C)] R. Blythe [(b)(6); (b)(7)(C); (b)(7)(F)] to submit BP-A0288 forms. Rather, it appears that Mr. R. Blythe is supposed to use BP-A0583 forms.

  If upon your review of the relevant documentation, you have other questions regarding these circumstances, please just let me know. Otherwise, I look forward to seeing you at my DHO hearing.

  Regards,

  [signature]
  Martin S. Gottesfeld, Reg. No.: 12982-104

P.S.- The information which I sought from my wife was to help another inmate fill out USM-285 form

- Page 1 of 1 (excl. attachments) -

Exhibit 1                           Page 50 of 51

```
NCRC5              *        INMATE DISCIPLINE              *    11-14-2019
PAGE 001 OF 001    *        INCIDENT REPORT HISTORY        *    09:25:59


RPTNO: 3249328    REGNO: 12982-104  NAME: GOTTESFELD, MARTIN
                            RSP OF: THA-TERRE HAUTE FCI
STATUS      STATUS DATE/TIME FCL TOH UPDATED BY      INVESTIG  KEYING DATE/TID
---------- ------------------ --- --- ---------------- --------- ----------------

EXPUNGED   06-13-2019 1203 THA DHO  [(b)(6), (b)(7)(C)]   [(b)(6), (b)(7)(C)]  06-13-2019 THAA9
           REMARKS: FURTHER REVIEW OF PACKET REVEALED IR DOES NOT MET
                    TIME REQUIREMENTS. WARDENS MEMO NOT PRESENT.

SANCTIONED 05-03-2019 1125 THA DHO  [(b)(6), (b)(7)(C)]   [(b)(6), (b)(7)(C)]  05-03-2019 THAA9
           REMARKS: I/M WAS THREE WAY COMMUNICATING USING THE EMAIL
                    CIRCUMVENTING STAFF MONITORING. I/M DENIES

PEND DHO   04-29-2019 1330 THA UDC [(b)(6),(b)(7)(C)] CMU  [(b)(6), (b)(7)(C)]  04-29-2019 THAE2
           REMARKS: DUE TO SEVERITY OF CHARGES REFER TO DHO

PEND UDC   04-25-2019 1322 THA     [(b)(6), (b)(7)(C)]    [(b)(6), (b)(7)(C)]  04-25-2019 THAFN

PEND INVES 04-25-2019 1126 THA                                                 04-25-2019 THAFN


G0000           TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit 10

Page 51 of 51

# FCC TERRE HAUTE ~ COMMISSARY LIST
## SPECIAL HOUSING UNIT (SHU)
### REVISED 10/01/2018

NAME_____ REG#_____ UNIT/CELL_____ RANGE_____

INMATES ARE ALLOWED TO SHOP ONCE PER WEEK. SPENDING LIMIT IS $25 PER WEEK UNLESS YOU ARE ON COMMISSARY RESTRICTION OR FRP REFUSAL STATUS. INMATES ARE RESPONSIBLE FOR FILLING OUT THIS LIST IN A LEGIBLE MANNER. UNDER NO CIRCUMSTANCES WILL ADJUSTMENTS BE MADE ON ITEMS NOT CLEARLY NUMBERED OR MARKED. NO "WRITTEN-IN" ITEMS ACCEPTED. DO NOT USE A HIGHLIGHTER ON YOUR LIST. IF YOU USE A HIGHLIGHTER, YOUR LIST WILL NOT BE PROCESSED. NO REFUNDS OR EXCHANGES ON ANY ITEM. PRICES SUBJECT TO CHANGE WITHOUT NOTICE.

ONCE YOU HAVE SUBMITTED YOUR WEEKLY COMMISSARY LIST AND THE SALE IS COMPLETED BY STAFF, YOU CANNOT REFUSE AN ITEM YOU'VE REQUESTED.

| PRICE | AMOUNT REQUESTED | ITEM | PRICE | AMOUNT REQUESTED | ITEM |
|---|---|---|---|---|---|
| | | STAMPS & MISC. | | | HYGIENE/SUNDRY LIMIT 1 EACH |
| | **LIMIT | $9.80 WORTH OF STAMPS!** | $1.30 | | CARMEX LIP BALM @ |
| $0.21 | | 0.21 STAMP @ | $2.80 | | STAYDENT ADHESIVE @ |
| $0.49 | | 0.50 (FOREVER) STAMP @ | $2.85 | | FLOSS LOOPS @ |
| $1.00 | | 1.00 STAMP @ | $1.25 | | DIAL CLEAR @ |
| | OVER THE | COUNTER MEDICATION | $2.30 | | COLGATE TOOTHPASTE CLEAR @ |
| | LIMIT 1 | PER ITEM /ALL OTC @ | $0.50 | | PALM BRUSH |
| $2.60 | | ANTIFUNGAL FOOT POWDER | $1.10 | | WRITING PAD @ |
| $1.60 | | ALLERGY TABS | $0.15 | | LEGAL ENVELOPE @ |
| $2.55 | | ROLAIDS | $0.40 | | SECURITY PEN @ |
| $1.05 | | HALLS, REGULAR | $3.50 | | SHOWER SHOES (CIRCLE SIZE) |
| $2.15 | | TUSSIN COUGH SYRUP | | | MED L XL 2X |
| $5.10 | | TUCKS MEDICATED PADS | | | |
| $3.70 | | HEMORRHOIDAL OINTMENT | | | |
| $2.40 | | MEDICATED CHEST RUB | | | |
| $1.25 | | HYDROCORTISONE ANTI ITCH CREAM | | | HAIR CARE PRODUCTS |
| $5.50 | | LACTASE ENZYMES | $0.50 | | SHU SHAMPOO – LMT 2 @ |
| $1.85 | | LORATADINE (ALLERGY) | | | |
| $1.85 | | SALINE NASAL SPRAY | $3.85 | | SULFUR 8 CONDITIONER @ LMT1 |
| $2.25 | | ARTIFICIAL TEARS | | | DEODORANT – LIMIT 1 |
| $1.50 | | ORAL GEL | $1.95 | | POWER UP DEODORANT @ |
| $5.95 | | FIBER LAXATIVE | | | |
| $4.15 | | ULTREX VITAMIN-NO IRON | | | |
| $4.45 | | STOOL SOFTENER | | | |
| $3.55 | | CLOTRIMAZOLE CREAM | | | |
| $2.45 | | GENERIC PEPTO BISMOL | | | |
| $2.55 | | MILK OF MAGNESIA | | | |
| $7.50 | | EAR WAX REMOVER | | | |
| $1.65 | | ACNE CREAM | | | |
| $3.90 | | ACID REDUCER | | | |
| $13.30 | | LAMISIL CREAM | | | |
| $5.60 | | ALEVE 24 CT | | | |
| $1.60 | | GENERIC ADVIL 24CT | | | |
| $0.90 | | GENERIC TYLENOL 24CT | | | |
| $9.20 | | IMODIUM | | | |
| | | OTC LIST REVIEWED & APPROVED BY HEALTH SERVICES ADMINISTRATOR: | | | |
| | APPROVED: | [signature] HEALTH SVCS ADMINISTRATOR | | | |

APPROVED: _____
D. FLOYD, TRUST FUND SUPERVISOR

APPROVED: _____
J.R. BELL, WARDEN

APPROVED: _____
J.E. KRUEGER, COMPLEX WARDEN

@ DENOTES ITEMS AVAILABLE TO PURCHASE WHILE ON COMMISSARY RESTRICTION.