Office of The Clerk of The Court
U.S. District Court
921 Ohio St., Room 104
Terre Haute, IN 47801

Sunday, December 29th, 2019

To Whom It May Concern:

I hope that this letter finds you well.

Please find enclosed herewith twenty dollars ($20). Please use $5 as the filing fee for the enclosed VERIFIED PETITION FOR A WRIT OF HABEAS CORPUS (28 U.S.C. § 2241) and set aside the balance for use fulfilling PACER requests that I shall make from time to time.

Please also note that there is an EMERGENCY MOTION FOR AN ORDER TO PRESERVE EVIDENCE AGAINST IMMINENT DESTRUCTION enclosed for filing on the same new docket as the aforementioned petition. Further, there is a MOTION FOR SPEEDY HEARING AND DECLARATORY JUDGMENT (FED. R. CIV. P. 57 AND 28 U.S.C. § 2201), also for filing on the same new docket, as well as other independent filings.

With appreciation,

MSG

Martin S. Gottesfeld, pro se, Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

1 of 1