Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



U.S. District Court
921 Ohio St., Room 104
Terre Haute, IN 47801

Sunday, December 29th, 2019, <u>Houston v. Lack</u>, 487 U.S. 266 (1988)

RECEIVED
JAN 03 2020
U.S. CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY MAGNETOMETER