<u>United States District Court</u>
<u>For The Southern District of Indiana</u>

FILED
JAN 07 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Martin S. Gottesfeld, <u>pro se</u>,
Petitioner

v.

B. Lammer, Warden of
The FCI Terre Haute, Indiana,
Respondent

Docket No.: _____
2:20-cv-0012 JRS-MJD

<u>Motion For Waiver of or Assistance with Service of Filings</u>

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting <u>pro se</u>, hereby moves The Honorable Court for an order either relieving him of the duty of serving his filings upon the respondent as otherwise required by <u>Fed. R. Civ. P. 5</u> or directing The Clerk of The Court to complete service thereof.

In support of this motion, the petitioner notes ¶195 and Exhibit 10 of the instant petition.

Respectfully submitted,
by: /s/ MG
Martin S. Gottesfeld, <u>pro se</u>