# United States District Court
## For The Southern District Of Indiana

Martin S. Gottesfeld, pro se,
Petitioner

v.

B. Lammer, Warden of
The FCI Terre Haute, Indiana,
Respondent

**FILED**
JAN 07 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Docket No.: 2:20-cv-0012 JRS-MJD

## Emergency Motion For An Order To Preserve Evidence Against Imminent Destruction

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting pro se, hereby moves The Honorable Court on an emergency basis to issue an order requiring the respondent to preserve against spoliation or other loss the evidence specified in exhibits 1 and 2 hereto.

The petitioner hereby certifies that the requested evidence is relevant to the instant petition and declares under penalty of perjury that some or all of it will soon be overwritten and lost permanently if The Court does not promptly order its preservation.

If The Court has any questions, the petitioner notes ¶ 141 of the instant petition and requests a hearing.

Respectfully submitted,
by: /s/ MG
Martin S. Gottesfeld, pro se

1 of 3