To: CMU Unit Team  <u>Exhibit 1</u>   Page 2 of 3
From: Martin S. Gottesfeld (Reg. No.: <u>12982-104</u>)
Date: Saturday, December 21st, 2019
Subject: Preservation of evidence against spoliation for impending litigation

Salutations Unit Team,

I hope you are well.

I hereby formally request the preservation against spoliation or other loss of the following audio/video surveillance footage in accordance with Federal Bureau of Prisons policy requiring upon request such preservation:

- Friday, December 20th, 2019 (entire day, 12:00 A.M.-11:59 P.M.); FCI Terre Haute CMU SHU; all personal interactions between two (2) or more individuals no matter whom;
- Friday, December 20th, 2019 (entire day, 12:00 A.M.-11:59 P.M.); FCI Terre Haute CMU - the entire unit including staff offices; any and all footage recording the alternate disciplinary hearing officer (DHO), or Warden B. Lammer, or any associate or assistant warden, or other FBOP staff member ranking lieutenant or higher; any staff interaction(s) with inmate Harris; the full chain of custody of all food trays that were at any time that day brought into the FCI Terre Haute CMU SHU; and any and all recordings of inmate Gottesfeld's warden-appointed staff representative; and
- Saturday, December 21st, 2019, approx. 9:30 A.M.; FCI Terre Haute CMU SHU; rounds of the morning-watch lieutenant and C.O.S. Hervey, specifically including CO Hervey's explanation of why he could not be a staff representative for inmate Gottesfeld.

I hereby certify under the penalty of perjury under the laws of The United States pursuant to <u>28 U.S.C. § 1746(1)</u> that the above evidence is relevant to, and admissible in litigation that is already pending before The Honorable U.S. District Court for The Southern District of New York (<u>Gottesfeld v. Hurwitz, et al.</u>, 18-cv-10836), The Honorable U.S. District Court for The District of Columbia (<u>Brown v. Fed. Bureau of Prisons</u>, 1:19-cv-02795), and The Honorable U.S. District Court for The Southern District of Indiana (<u>Gottesfeld v. Lammer, et al.</u>, pending filing and case number). If there is anything else that I must do to ensure the availability of the above evidence, then please detail to me in writing the required procedure.

Thanks,
by: /s/ MSG
Martin S. Gottesfeld, <u>pro se</u>

- Page 1 of 1 -

To: CMU Unit Team         <u>Exhibit 2</u>  Page 3 of 3
From: Martin S. Gottesfeld (Reg. No.: 12982-104)
Date: Saturday, December 21st, 2019
Subject: Preservation of evidence against spoliation for pending litigation

Salutations Unit Team,

   I hope that you are well.
   I hereby formally request the preservation of the following audio/video surveillance footage in accordance with Federal Bureau of Prisons policy requiring upon request the preservation of such evidence against spoliation or other loss:

   • Tuesday, December 10th, 2019; FCI Terre Haute CMU near Cell 41; the packing out and inventory of the property and cell of inmate Gottesfeld;
   • Tuesday, December 10th, 2019; FCI Terre Haute CMU; any and all briefing(s) or other preparatory conversations as well as any debriefings of the staff whom packed out cell 41;
   • Tuesday, December 10th, 2019; FCI Terre Haute CMU; any and all evidence showing the chain of custody and journey of the items packed out from cell 41.

   If there is anything else that I must do to ensure the availability of this evidence, then please let me know in writing.

Thanks,
Martin S. Gottesfeld, <u>pro se</u>

— Page 1 of 1 —