<u>United States District Court</u>
<u>For The Southern District of Indiana</u>

**FILED**
JAN 07 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Martin S. Gottesfeld, pro se,
Petitioner

v.

B. Lammer, Warden of
The FCI Terre Haute, Indiana,
Respondent

Docket No.: 2:20-CV-0012 JRS-MJD

<u>Motion For Speedy Hearing and Declaratory Judgment (Fed. R. Civ. P. 57 and 28 U.S.C. § 2201)</u>

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting pro se, hereby moves The Honorable Court pursuant to Fed. R. Civ. P. 57 and 28 U.S.C. § 2201 for a speedy hearing and the entry of a declaratory judgment in his favor explicitly finding that his conduct described in the instant petition for which the respondent sanctioned him is Constitutionally protected and that the respondent's conduct therein described is illegal and unconstitutional, thus violating the petitioner's Constitutional rights.

"The existence of another adequate remedy does not preclude a declaratory judgment that is otherwise appropriate. The court may order a speedy hearing of a declaratory-judgment action." <u>Fed. R. Civ. P. 57</u>.

The petitioner notes that 28 U.S.C. § 2201 (herein "§ 2201") is not an independent grant of jurisdiction. Claims thereunder, therefore, must be predicated upon some other statute. <u>Albarran v. Wong</u>, 157 F. Supp. 3d 779, 787 n.9 (N.D. Ill. 2016). In the instant case, the petitioner predicates his claim upon <u>28 U.S.C. § 2241</u>.

The petitioner further notes <u>Galindo v. Acuff</u>, 2019 U.S. Dist. LEXIS 1101, Civil No. 18-cv-2064-SMY (S.D. Ill. January 3, 2019) (petition brought under § 2241 seeking declaratory relief passes screening); and <u>Millis</u>

Pg. 1 of 3

v. Cross, 2013 U.S. Dist. LEXIS 135179, Case No. 13-cv-846-ORH (S.D. Ill. September 16, 2013) at *4-5 (referring motion for declaratory judgment in §2241 petition to magistrate judge for adjudication).

In support of this motion, the petitioner herewith includes Exhibit 1 hereto, to which he, respectfully, directs The Court's attention, before noting ¶ 195 of the instant petition.

In further support of this motion, the petitioner notes ¶¶ 184-198 of the instant petition.

Respectfully submitted,
by: [signature]
Martin S. Gottesfeld, pro se