Exhibit 1

Page 3 of 3

# United States Court of Appeals
## For the First Circuit

Nos. 18-1669
19-1042
19-1043
19-1107

UNITED STATES

Appellee

v.

MARTIN GOTTESFELD

Defendant - Appellant

**ORDER OF COURT**

Entered: December 11, 2019
Pursuant to 1st Cir. R. 27.0(d)

    Defendant-appellant Martin Gottesfeld's motion seeking leave to file a supplemental brief is granted. Defendant-appellant may file a pro se supplemental brief not to exceed ten pages by **January 16, 2020.** The appellee's thirty-day deadline for filing its answering brief shall run from the date defendant-appellant files his pro se supplemental brief or the date appellant's counseled brief is served, whichever is later.

By the Court:

Maria R. Hamilton, Clerk

cc:
Virginia G. Villa
Martin Gottesfeld
Seth B. Kosto
Donald Campbell Lockhart
David J. D'Addio
Amy Harman Burkart