<u>United States District Court</u>
<u>For The Southern District of Indiana</u>

Martin S. Gottesfeld, pro se,
Petitioner
v.
B. Lammer, Warden of
The FCI Terre Haute, Indiana
Respondent

**FILED**
JAN 07 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Docket No.: 2:20-cv-00012 JRS-MJD

<u>Motion for Summary Judgment (Fed. R. Civ. P. 56 and Loc. Civ. R. 56.1)</u>

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting <u>pro se</u>, hereby moves The Honorable Court pursuant to <u>Fed. R. Civ. P. 56</u> and <u>Loc. Civ. R. 56.1</u> for the entry of summary judgment in his favor.

In support of this motion, the petitioner herewith provides and directs, respectfully, The Court's attention to <u>Exhibit 1</u> hereto, the petitioner's Loc. Civ. R. 56.1 statement.

Respectfully submitted,
by: /s/ MSG
Martin S. Gottesfeld, pro se