Exhibit 1

Petitioner's Rule 56.1 Statement:

There is no triable issue as to the following:

1. This Court has all the necessary jurisdiction to adjudicate the instant petition (ℍℍ 1-6 of the petition).

2. The petitioner exhausted the available administrative remedies and subsequently the respondent's own acts and omissions rendered further administrative remedies unavailable to the petitioner at the time he filed the instant petition.

3. The conduct for which the respondent sanctioned the petitioner is protected by The Constitution and thus the sanctions are unconstitutional and must not stand.

4. The conduct of the respondent that is in controversy is repetitious and has evaded review.

5. There is no way for the instant petition to become moot.