UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN S. GOTTESFELD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:20-cv-00012-JRS-MJD |
| ) | |
| B. LAMMER Warden of The FCI Terre Haute, ) Indiana, ) | |
| ) | |
| Respondent. ) | |

**Order to Show Cause**

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1.  The United States is **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and of the supporting memorandum. The petitioner challenges disciplinary action in incident number 3338082. This material has been scanned into the Court's electronic docket. A copy of this Entry and Order to Show Cause shall be **distributed to** the United States Attorney.

2.  The respondent shall have **until February 21, 2020,** in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. The petitioner shall have **twenty-eight days after service of the answer** in which to reply.

3.  Any motions for an extension of time filed by the respondent must include the petitioner's anticipated release date.

4. The petitioner's motion for leave to proceed in forma pauperis, dkt. [2], is **denied** as presented. He shall have **until February 7, 2020,** in which to renew his motion to proceed *in forma pauperis* by attaching a copy of the transactions associated with his institution trust account for the 6-month period preceding the filing of this action on January 7, 2020.

**IT IS SO ORDERED.**

Date: 1/10/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney by Electronic Service

Martin S. Gottesfeld
Reg. No. 12982-104
FCI – Terre Haute
P.O. Box 33
Terre Haute, IN 47808