# COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE _____ DISTRICT OF _____

_____

(Full name of plaintiff(s))

_____

_____

_____

      vs

(Full name of defendant(s))

_____

_____

_____

_____

Case Number:

_____

(to be supplied by clerk of court)

A.     PARTIES

     1.     Plaintiff is a citizen of _____, and is located at
                                                 (State)

_____
                         (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

     2.     Defendant _____
                                                   (Name)

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____ _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

_____

_____

_____

_____

_____

_____

_____

Complaint - 3

C.  JURISDICTION

☐   I am suing for a violation of federal law under 28 U.S.C. § 1331.
                            OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

_____

_____

_____

_____

_____

_____

_____

_____

_____

E.  JURY DEMAND

☐  Jury Demand - I want a jury to hear my case
                    OR

☐  Court Trial – I want a judge to hear my case

Dated this _____ day of _____ 20_____.

Respectfully Submitted,

_____
Signature of Plaintiff

_____
Plaintiff's Prisoner ID Number

_____

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.