**THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204**

**OFFICIAL BUSINESS**

IN 460
09 JAN '20
PM 5 L



02 1P        $ 000.50⁰
0003190095   JAN 09 2020
MAILED FROM ZIP CODE 46204

( 2:20-cv- 12 )
MARTIN S. GOTTESFELD
FEDERAL CORRECTIONAL COMPLEX
TERRE HAUTE, INDIANA

# RETURN TO SENDER

**NOT AT THIS INSTITUTION**
**NEED CORRECT NAME AND NUMBER**

**INMATE LOCATIONS CAN BE FOUND ON OUR
WEBSITE (WWW.BOP.GOV)**

47808-003333

RECEIVED

JAN 22 2020

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA