UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**

JAN 3 0 2020

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Martin S. Gottesfeld, pro se,
Petitioner

v.

B. Lammer, Warden of
The FCI Terre Haute, Indiana,
Respondent

Docket No.: 2:20-cv-00012-JRS-MJD

## EMERGENCY MOTION FOR CLARIFICATION OF DOCKET ENTRY SEVEN (D.E. 7)

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting pro se, hereby moves The Honorable Court on an emergency basis for clarification of its Friday, January 10th, 2020, Order to Show Cause, (and as docket entry (D.E.) seven (7) in the instant case.

The sole reason that the petitioner brings this motion on an emergency basis is to confirm that The Court intentionally made no mention in its order of the petitioner's previously-filed EMERGENCY MOTION FOR AN ORDER TO PRESERVE EVIDENCE AGAINST IMMINENT DESTRUCTION, made pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), on Sunday, December 29th, 2019. Please see herewith-provided Exhibit 1 hereto at 2 & 10 item 4.

While nonetheless pressing, the other matters raised infra are not of emergency nature.

The petitioner respectfully requests that The Court confirm that

it received his aforementioned emergency motion (please see Exhibit 1 hereto at 3 ¶ 14) and clarify the intended schedule for the adjudication of that motion.

If The Court is yet to receive the petitioner's previous emergency motion, then the petitioner requests a hearing on an emergency basis and notes the instant petition at 28 ¶ 141. He therefore requests that The Court order the respondent to produce the petitioner if only by telephone, for any hearing in the instant case.

On a non-emergency basis, the petitioner further notes Exhibit 1 hereto at 1 ¶¶ 5-11 and seeks clarification of D.E. 7 at 2 ¶ 4. The petitioner would specifically like to know if The Court received his twenty-dollar-($20) pre-payment of fees for the instant case and if the petitioner needs to take any further action(s) to pay any fees.

Finally, the plaintiff notes Exhibit 1 hereto at 2 ¶¶ 9-10 and id. at 3 ¶¶ 12-13 and he moves The Court to order The Clerk of The Court to mail to him a copy of the docket report for the instant case. Should D.E. 2 continue to appear to The Court as a motion for leave to proceed IFP, then the petitioner respectfully moves The Court to order The Clerk of The Court to mail to him a copy of D.E. 2, and he notes Exhibit 1 hereto at 3 ¶ 11 and his rights under Castro v. United States, 540 U.S. 375 (2003).

The petitioner also notes Exhibit 1 hereto at 2 ¶ 10 item 7 and the instant petition at 39 ¶ 195 and id. at 51 Exhibit 10.

Respectfully filed pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to the Court in an envelope bearing sufficient affixed ~~first-class U.S.~~ pre-paid first-class U.S. postage, handed to Ms. J. Wheeler of the FCI Terre Haute (CMU) unit team, acting in her official capacity as an agent of the respondent, on Sunday, January 19th, 2020, or the first opportunity thereafter,

by:

Martin S. Gottesfeld, pro se