

NAME: Martin S. Gottesfeld
NUMBER: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460
27 JAN 2020 PM 5 L

Sunday, January 19th, 2020;
Houston v. Lack, 487 U.S. 266 (1988)

U.S. District Court
921 Ohio St., Room 104
Terre Haute, IN 47807

RECEIVED
JAN 29 2020
U.S. CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373829