NAME: Martin S. Gottesfeld
NUMBER: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460

28 JAN 2020 PM 5 L

Friday, January 24th, 2020
Houston v. Lack, 487 U.S. 266 (1988)

RECEIVED
JAN 30 2020
U.S. CLERK'S OFFICE

U.S. District Court
921 Ohio St., Room 104
Terre Haute, IN 47807

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373829