NAME: Martin S. Gottesfeld
NUMBER: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460

RECEIVED 29 JAN 2020 PM 2 L

JAN 3 1 2020

U.S. CLERK'S OFFICE

Friday, January 24th, 2020
Houston v. Lock, 487 U.S. 266 (1988)

U.S. District Court
921 Ohio St., Room 104
Terre Haute, IN 47807

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373829