Exhibit 2 - 4 pages

Office of The Clerk of The Court
U.S. District Court
921 Ohio St., Room 104
Terre Haute, IN 47807

Friday, January 24th, 2020

In re: <u>Gottesfeld v. Lammer, 2:20-cv-00012-JRS-MJD</u>
<u>Filing Fee ($5)</u>

To Whom It May Concern:

    I hope that this letter finds you well.
    Please find enclosed herewith a check for five dollars ($5), and please apply it to the filing fee in the above-captioned habeas case.
    If I should need to do anything further to resolve the filing fee for the above-captioned case, please inform me of such well prior to the February 7th, 2020, deadline set out in Docket entry 7 at 2 ¶ 4 of the case.

With appreciation,

Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808





