
```
Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808
```



UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9023 0722 4293 0823 41

Label 400 Jan. 2013
7690-16-000-7948



```
⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States
```

Sunday, February 2nd, 2020, <u>Houston v. Lack</u>, 487 U.S. 266 (1988)

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

RECEIVED

FEB 0 7 2020

U.S. CLERK'S OFFICE