Attachment 3

To: CMU Unit Team
From: Martin S. Gottesfeld (Reg. No.: 12982-104)
Date: Wednesday, January 22nd, 2020
Subject: Status of sanctions from Incident Report 3338082

Solutions Unit Team,

I hope you are well.

On Friday, December 20th, 2019, the alternate DHO told me he sanctioned me for Incident Report 3338082. I filed Gottesfeld v. Lammer, 2:20-cv-00012-JRS-MJD (S.D. Ind.), challenging his determination.

The sanctions announced by the DHO; i.e. 45 days loss of electronic messaging and phone, 27 days forfeited GCT, and a $50 fine; do not appear to have been entered into the system and I have not received written findings from the DHO.

May I please inquire as to the status of these sanctions? Without them being entered into the system, my TRULINCS contacts received no notifications that my electronic-messaging privileges have been revoked and they may be continuing to try to contact me electronically through CORRLINKS.

May I also please get a photocopy of this cop-out for my records?

Thanks,

MSG

Martin S. Gottesfeld, pro se

— Page 1 of 1 —