Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808







⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Monday, February 3rd, 2020, <u>Houston v. Lack</u>, 487 U.S. 266 (1988)



RECEIVED

FEB 07 2020

U.S. CLERK'S OFFICE