UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN S. GOTTESFELD,                )
                                     )
            Petitioner,              )
                                     )
                 v.                  )        Cause No. 2:20-cv-00012-JRS-MJD
                                     )
B. LAMMER Warden of the FCI          )
Terre Haute, Indiana,                )
                                     )
            Respondent.              )

**APPEARANCE**

Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Lara

Langeneckert, Assistant United States Attorney for the Southern District of Indiana, enters

his appearance as counsel for Warden B. Lammer.

                            Respectfully submitted,

                            JOSH J. MINKLER
                            United States Attorney

                    By:     *s/ Lara Langeneckert*
                            Lara Langeneckert
                            Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

I further certify that on February 21, 2020, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Martin S. Gottesfeld
Register No. 12982-104
FCI – Terre Haute
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808

*s/ Lara Langeneckert*
Lara Langeneckert
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Telephone:  (317) 226-6333