UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MARTIN S. GOTTESFELD,               )
                                    )
        Petitioner,                 )
                                    )
    v.                              )  Cause No. 2:20-cv-0012-JRS-MJD
                                    )
B. LAMMER, WARDEN,                  )
                                    )
        Respondent                  )

---

## DECLARATION OF R. EISELE

---

In accordance with the provisions of 28 U.S.C. § 1746, I, Rebekka Eisele, make the following unsworn declaration, under penalty of perjury, pertinent to the above-styled and numbered cause:

1. I am employed by the Federal Bureau of Prisons (BOP) as the Case Manager for the Communications Management Unit (CMU) located at the Federal Correctional Complex in Terre Haute, Indiana (FCC Terre Haute). I have been the Case Manager for the CMU since January, 2019 and have been employed by the BOP in areas of increasing responsibility since April, 2006. In my position and as part of my official duties, I have access to SENTRY. SENTRY is the BOP's system of electronic data entry and retrieval. SENTRY is used in part, for inmate information including inmate demographics and location data, sentence computations, financial responsibility obligations, administrative remedies, designation/custody classification information, education transcripts, inmate disciplinary history, and over 30 categories of inmate assignments. SENTRY is kept in the regular course of business of the BOP.

2. Petitioner, Martin Gottesfeld, Federal Register Number 12982-104, is currently housed

in the CMU. *See* Attachment 1, Inmate Quarters History.  The Petitioner was issued an incident report on December 9, 2019, and due to the severity of incident, was subsequently placed in the CMU Special Housing Unit (SHU) pending investigation. *Id.* CMU SHU cells are designated by the range and bed number.  Specifically, CMU SHU cells are identified by D House, Range 02, Bed numbers 08 through 013.  The Petitioner was housed in CMU SHU from December 9, 2019-January 29, 2020. *Id.*

3. The Disciplinary Hearing Officer (DHO) conducted a hearing on the incident report on December 20, 2019, and his findings were issued to the inmate on January 24, 2020. *See* Attachment 2, Inmate Discipline Data.

4. The Petitioner did not receive any additional disciplinary time in segregation and was therefore eligible to be released to the general population of the CMU. *Id.*  However, while in the CMU SHU the Petitioner engaged in a hunger strike, and by policy, was retained in the SHU for the duration of his hunger strike to allow for appropriate monitoring of his health by Medical staff. *See* PS 5562.05, *Hunger Strikes*, available at www.bop.gov/policy/progstat/5562_005.pdf at p. 3.

5. As soon as the Petitioner ended his hunger strike and was deemed medically stable he was returned to CMU general population.

Executed this 21st day of February 2020.

_R.E_____
R. Eisele, Case Manager

```
   THABO  531.01 *            INMATE HISTORY            *       02-19-2020
 PAGE 001 OF 001 *               QUARTERS               *       13:09:48


  REG NO..: 12982-104 NAME....: GOTTESFELD, MARTIN
  CATEGORY: QTR         FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP   DATE/TIME
THA    D03-038L   HOUSE D/RANGE 03/BED 038L      02-06-2020 0750 CURRENT
THA    D02-015L   HOUSE D/RANGE 02/BED 015L      01-29-2020 0934 02-06-2020 0750
THA    D02-010LDS HOUSE D/RANGE 02/BED 010L DS   01-24-2020 1248 01-29-2020 0934
THA    D02-013LDS HOUSE D/RANGE 02/BED 013L DS   01-03-2020 1232 01-24-2020 1248
THA    D02-010LDS HOUSE D/RANGE 02/BED 010L DS   12-09-2019 2104 01-03-2020 1232
THA    D04-041L   HOUSE D/RANGE 04/BED 041L      04-01-2019 1526 12-09-2019 2104
THA    D04-043L   HOUSE D/RANGE 04/BED 043L      04-01-2019 1340 04-01-2019 1526
OKL    Z01-112LAD HOUSE Z/RANGE 01/BED 112L AD   03-26-2019 2036 04-01-2019 0900
OKL    R01-001L   HOUSE R/RANGE 01/BED 001L      03-26-2019 1645 03-26-2019 2036
BRO    Z04-108UAD HOUSE Z/RANGE 04/BED 108U AD   03-14-2019 1457 03-26-2019 0550
BRO    Z03-110UAD HOUSE Z/RANGE 03/BED 110U AD   02-25-2019 1103 03-14-2019 1457
BRO    Z03-112UAD HOUSE Z/RANGE 03/BED 112U AD   02-15-2019 2045 02-25-2019 1103
BRO    R02-001L   HOUSE R/RANGE 02/BED 001L      02-15-2019 1835 02-15-2019 2045
NYM    Z02-204LAD HOUSE Z/RANGE 02/BED 204L AD   01-31-2017 1017 02-04-2017 0918
NYM    Z02-203LAD HOUSE Z/RANGE 02/BED 203L AD   01-13-2017 1020 01-31-2017 1017
NYM    Z02-202LAD HOUSE Z/RANGE 02/BED 202L AD   12-22-2016 0819 01-13-2017 1020
NYM    Z01-107LAD HOUSE Z/RANGE 01/BED 107L AD   12-02-2016 2338 12-22-2016 0819
NYM    Z01-107LAD HOUSE Z/RANGE 01/BED 107L AD   11-15-2016 1028 12-02-2016 1702
NYM    Z01-104LAD HOUSE Z/RANGE 01/BED 104L AD   11-14-2016 2154 11-15-2016 1028
NYM    R01-001L   HOUSE R/RANGE 01/BED 001L      11-14-2016 1831 11-14-2016 2154
BRO    G02-402U   HOUSE G/RANGE 02/BED 402U      03-08-2016 2241 03-10-2016 0530
BRO    R02-001L   HOUSE R/RANGE 02/BED 001L      03-08-2016 1756 03-08-2016 2241
OKL    E07-525U   HOUSE E/RANGE 07/BED 525U      03-01-2016 2106 03-08-2016 0900
OKL    E08-602U   HOUSE E/RANGE 08/BED 602U      03-01-2016 1640 03-01-2016 2106
MIM    C01-005U   HOUSE C/RANGE 01/BED 005U      02-17-2016 1931 03-01-2016 1224
MIM    R01-001L   HOUSE R/RANGE 01/BED 001L      02-17-2016 1828 02-17-2016 1931
```

```
  G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

**Attach. 1**

```
THABO              *        INMATE DISCIPLINE DATA        *      02-13-2020
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD    *      13:02:34


REGISTER NO: 12982-104 NAME..: GOTTESFELD, MARTIN
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-13-2020


-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3338082 - SANCTIONED INCIDENT DATE/TIME: 12-06-2019 1920
DHO HEARING DATE/TIME: 12-20-2019 1120        DHO REPT DEL: 01-24-2020 1504
FACL/CHAIRPERSON.....: THA/D.MATTHEWS
REPORT REMARKS.......: I/M STATED HE WAS EXTORTING ANYONE
    204A EXTORTING/BLACKMAIL/PROTECTING - FREQ: 1
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:P    TO PROMOTE CLEAR CONDUCT
         LP COMM     / 90 DAYS / CS
                   FROM: 12-20-2019  THRU: 03-18-2020
         COMP:    LAW:    TO PROMOTE CLEAR CONDUCT
         LP PHONE    / 90 DAYS / CS
                   FROM: 12-20-2019  THRU: 03-18-2020
         COMP:    LAW:    TO PROMOTE CLEAR CONDUCT
         MON FINE    / 50.00 DOLLARS / CS
         COMP:    LAW:    TO PROMOTE CLEAR CONDUCT




G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

**Attach. 2**