Case 2:20-cv-00012-JRS-MJD   Document 22-1   Filed 02/24/20   Page 1 of 1 PageID #: 365

NAME: Martin S. Gottesfeld
NUMBER: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



Tuesday, February 11th, 2020; Houston v. Lack, 487 U.S.266 (1988)

⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

RECEIVED

FEB 21 2020

U.S. CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807$3739 C047