<u>Declaration of Martin S. Gottesfeld</u>:

I, Martin S. Gottesfeld, declare that the following is true and correct under the penalty of perjury under the laws of The United States pursuant to 28 U.S.C. § 1746(1), Fed. R. Evid. 201(c)(2), Fed. R. Evid. 901(b)(1), and Fed. R. Evid. 902(5) on this thirteenth (13th) day of February, 2020:

1. I am Martin S. Gottesfeld and I am the petitioner in the case of <u>Gottesfeld v. Lammer</u>, 2:20-cv-00012-JRS-MJD (herein "the case"), currently pending before The Honorable U.S. District Court for The Southern District of Indiana (herein "The Court").

2. I printed Exhibit 2 hereto from the FCI Terre Haute CMU law library on Tuesday, February 11th, 2020, and I know it to be a true and accurate representation of the cover page of Federal Bureau of Prisons Program Statement 5800.12, "Receiving and Discharge Manual," and § 203 thereof, "**COMMITMENT DOCUMENTATION**" (**emphasis** in original).

I declare that the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed on Thursday, February 13th, 2020.

by: _____
Martin S. Gottesfeld, pro se