Exhibit 2



**U.S. Department of Justice**

Federal Bureau of Prisons

# Program Statement

**OPI:** CPD

**NUMBER:** 5800.12

**DATE:** CN-01, 8/17/98

**SUBJECT:** Receiving and Discharge Manual

pro;

1

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

12982104

## 203. COMMITMENT DOCUMENTATION

All commitment documentation must be carefully reviewed to ensure inmates with short sentences and holdover inmates are not held past their release date. Staff shall ensure the consolidated inmate file is received with all transfers and the completed Inmate File Accountability Sheet (BP-499) is attached (see Inmate Systems Manual for additional information).

Commitment paperwork must be used to verify the delivery of inmates to the correct facility and to alert institution staff of significant facts regarding the inmate being committed.

The following is a list of documentation which is normally used to commit prisoners to BOP facilities.

JUDGMENT AND COMMITMENT ORDER (J&C)

This document is issued by a federal court on a sentenced inmate. It prescribes the specific sentencing provisions of the court.

It is a statutory requirement that a certified copy of the J&C accompany the initial arrival of a sentenced inmate at his/her designated institution [old law - Title 18, U.S.C. 4084; SRA - Title 18, U.S.C. 3621(c)]. This document must bear the signature of the judge and the court seal. The Return on the reverse side must be properly executed by staff. If the certified copy of the J&C has not been executed, staff at the designated institution shall execute it upon the inmate's arrival. The USMS has been requested to include the date of original commitment to jail prior to sentencing on the Return information. This is essential in determining the amount of credit to be allowed for time in jail or prior custody before sentencing. If this information is not available from the

Return, it should be obtained from the USM-129, Prison Population

Management System form, or through contact with the USMS.

The name appearing on the J&C is the exact name to be used when admitting a sentenced inmate to the designated facility. It must appear on all paperwork, files, and on SENTRY exactly as it appears on the J&C. Name changes shall only be accepted by a federal court order. It is the responsibility of the Inmate Systems Manager, or designee, at the institution where the inmate is located to ensure the name on SENTRY is exactly as the name on

proį

1

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

the J&C.

U.S. DEPARTMENT OF JUSTICE PAROLE COMMISSION WARRANTS (PV, MRV, SPTV), PAROLE FORM (H-21)

The U.S. Parole Commission issues violator warrants for the purpose of returning a violator to custody. The warrant contains the signature of a parole executive, the U.S. Parole Commission seal and date. On the reverse, there is space to execute the warrant. Following the execution of the warrant, the original is returned to the U.S. Parole Commission. The institution retains copies are for the J&C file and the Inmate Central File.

TRANSFER ORDERS - (BP-399)

This document is the authority to transfer inmates between Bureau of Prisons facilities and is usually signed by the Warden of the transferring institution. It is normally executed by ISM staff upon the inmate's arrival at the receiving institution. This document is also used for transfers to Community Corrections Centers and non-Bureau medical facilities.

WRIT RETURNS

A copy of the original writ should accompany the inmate when returning from federal or state writs. It is to be executed by the returning agent to indicate the writ has been satisfied. However, if the returning agent does not execute the writ, R&D staff shall do so. The execution must include the time and date returned, a statement that the writ was satisfied and the signature of the staff member performing this function. If the writ was for the purposes of prosecution, a Judgment and Commitment Order may also accompany the inmate. In the case of inmates returning from Interstate Agreement on Detainers, a copy of the Disposition of Charges (Form IX) may also accompany the inmate. Further information is contained in the Program Statements on Interstate Agreement on Detainers and Transfer of Inmates to State Agents.

COURT ORDERS

Court Orders for civil contempt, to direct confinement as a condition of parole or probation, to return to confinement from a court appearance or other temporary absence, or for pretrial

proj

2

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

12982104

services commitment may be used as commitment documentation.

These orders must bear the signature of the judge, the court seal and include the exact name of the inmate. It should be executed

in the same manner as the Judgment and Commitment Order. <u>PRISONER REMAND OR ORDER TO DELIVER, (BP-377)</u>

Federal law enforcement agencies use this form often to commit prisoners to Bureau custody (e.g. pretrial, holdover, INS detainees). It is a two part form consisting of four copies. The first part of the form is completed when an inmate is remanded into Bureau custody. The original is given to the

federal officer delivering the inmate and one copy is used as the commitment receipt by the facility.

It is the agent's responsibility to complete the form with as much detail as possible prior to Bureau staff accepting the prisoner. A right thumbroll fingerprint shall be rolled onto the Prisoner Remand or Order to Deliver (BP-377) upon acceptance of the newly admitted inmate. Each detention facility shall use

the information on this form to key the inmate into SENTRY.

Areas of the form are designed for the prisoner's photograph and

fingerprint, so that, in some instances, the form can be used in

lieu of the Release Authorization Form (BP-392). A comparison

shall be made by staff of the fingerprints on the form with the

fingerprints on file, prior to release to ensure the release of

the proper individual.

<u>PRISONER REMAND OR ORDER TO DELIVER AND RECEIPT FOR UNITED STATES PRISONERS, (USM-41)</u>

When the USMS commits an inmate to Bureau custody, they may use the USM-41 to transfer custody to the Bureau. Staff shall sign the remand as accepting the inmate. The U.S. Marshal shall keep the original signed copy. The receiving Bureau facility may retain a copy as the committing receipt.

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

REMAND OF FEDERAL PRISONER, (BP-386)

The Remand of Federal Prisoner (BP-386) form is used to accept custody of inmates from any agent or agency. This form can be used as commitment documentation on inmates being housed for safe keeping, overnight holdovers, or other similar situations. As this form allows for the collection of only limited data, its use for new arrests would not be appropriate.

The following is a list of items which may be used to provide additional information on incoming inmate(s).

PRISONER POPULATION MANAGEMENT SYSTEM FORM (USM-129)

This form is prepared by the USMS and provides vital information regarding prior custody or pre-sentence time credits.

TRIP AUTHORIZATION FROM USMS PRISONER TRANSPORTATION DIVISION

This is a computer generated list from the USMS Prisoner Transportation Division, Kansas City, Missouri. It lists transportation and movement information.

SENTRY SECURITY DESIGNATIONS

This is a SENTRY transaction that communicates needed information between Community Corrections Manager, Regional Designator and Medical Designator Offices. It authorizes the commitment of an inmate to a particular facility.

AUTHORIZED UNESCORTED COMMITMENT AND TRANSFERS CARD (BP-385) This identification card is used for voluntary surrenders and unescorted transfers, (i.e., transferring an inmate from an institution to a community corrections center). It specifies the destination and contains a photograph and a thumbprint to be used for comparison upon an inmate's arrival at a designated facility.

proj

4

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.