FILED

FEB 2 4 2020

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Clerk of The Court
U.S. District Court
Southern District of Indiana Terre Haute Division
921 Ohio St., Room #104
Terre Haute, IN 47807

Tuesday, February 11th, 2020

In re: <u>Gottesfeld v. Lammer</u>, 2:20-cv-00012-JRS-MJD, docket entry eleven (11)

To Whom It May Concern:

    I hope that my letter finds everyone well in The Office of The Clerk of The Court.

    I'm hoping that The Clerk's Office can help me. I am missing docket entry eleven (11) from the above-captioned case, in which I am the petitioner. Further, docket entry eleven (11) appears missing from the enclosed page of the relevent docket report.

    Can The Clerk's Office please send me a copy of docket entry eleven (11), so that I have it for my records?

    Thanks for your office's help,*

    _/s/ Martin S. Gottesfeld_
    Martin S. Gottesfeld, <u>pro se</u>

* This letter was mailed in accordance with <u>the prison-mailbox rule</u> of <u>Houston v. Lack</u>, 487 U.S. 266 (1988); by mailing to The Office of The Clerk in an envelope bearing sufficient affixed pre-paid first-class U.S. postage; handed to Ms. Rebekka Eisele of the FCI Terre Haute CMU unit team; acting in her official capacity as an agent of the respondent in the above-captioned case; on Tuesday, February 11th, 2020; or the first opportunity thereafter.

| | | | |
|---|---|---|---|
| | | ORDER TO SHOW CAUSE -The respondent shall have until February 21, 2020, in which to answer the allegations of the habeas petition, and in doing so shall show cause why the relief sought by the petitioner should not be granted. The petitioner shall have twenty-eight days after service of the answer in which to reply. The petitioners motion for leave to proceed in forma pauperis, dkt. 2, is denied as presented. He shall have until February 7, 2020, in which to renew his motion to proceed in forma pauperis by attaching a copy of the transactions associated with his institution trust account for the 6-month period preceding the filing of this action on January 7, 2020. Copy to Petitioner via US Mail. Signed by Judge James R. Sweeney II on 1/10/2020.(KAA) (Entered: 01/13/2020) | |
| | | Main Doc (/docket/16666872/7/gottesfeld-v-lammer/) | Order to Show Cause |
| 8 | Jan 14, 2020 | Main Doc (/docket/16666872/8/gottesfeld-v-lammer/) | Motion (Other) |
| | | Att 1 | Envelope |
| 9 | Jan 16, 2020 | Main Doc (/docket/16666872/9/gottesfeld-v-lammer/) | Order on Motion |
| | | Att 1 (/docket/16666872/9/1/gottesfeld-v-lammer/) | Prisoner Complaint form |
| 10 | Jan 22, 2020 | Main Doc (/docket/16666872/10/gottesfeld-v-lammer/) | Mail Returned |
| | Jan 23, 2020 | Receipt | |
| 12 | Jan 30, 2020 | Main Doc (/docket/16666872/12/gottesfeld-v-lammer/) | Motion (Other) |
| | | Att 1 (/docket/16666872/12/1/gottesfeld-v-lammer/) | Envelope |
| 13 | Jan 30, 2020 | Main Doc (/docket/16666872/13/gottesfeld-v-lammer/) | Motion (Other) |
| | | Att 1 (/docket/16666872/13/1/gottesfeld-v-lammer/) | Exhibit |
| | | Att 2 (/docket/16666872/13/2/gottesfeld-v-lammer/) | Envelope |

Newsletter

Sign up to receive the Free Law Project newsletter with tips and announcements.

Email Address

Subscribe