```
Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808
```







```
⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States
```

```
Friday, February 14th, 2020; Houston v. Lack, 487 U.S. 266 (1988)
```

RECEIVED

FEB 21 2020

U.S. CLERK'S OFFICE