UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED

MAR - 5 2020

U.S. CLERK'S O
INDIANAPOLIS, I

| Martin S. Gottesfeld, pro se, Petitioner, v. B. Lammer, Warden of The FCI Terre Haute, Indiana. | No.: 2:20-cv-00012-JRS-MJD |

## NOTICE OF NON-RECEIPT OF RESPONSIVE FILING(S)

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting pro se, hereby notifies The Honorable Court that he has not received any responsive pleading(s) from the instant respondent, but that:

• the petitioner would oppose any request by the respondent for an extension, continuance, or other delay and, while noting docket entry (D.E.) 1 at 27 ¶¶ 137-141 and 143, the petitioner would renew his motion therein for a hearing on **any** such request by the respondent for more time;

• the petitioner would move to estop any argument made by the respondent pursuant to 42 U.S.C. § 1997e(a), but that should The Court in its wisdom wish to entertain any such argument by the respondent, then the petitioner would move for a hearing pursuant to Pavey v. Conley, 544 F.3d 739, 742 (7th Cir. 2008), and for recruitment of counsel to represent the petitioner pro bono at such hearing (please see D.E. 1 at 26 ¶135); and

• the petitioner would decline any construal of the instant notice as a reply to any responsive filing made by the respondent that the petitioner is yet to see so as not to prohibit the petitioner from later filing a complete and knowing reply thereto (please see Castro v. United States, 540 U.S. 375 (2003)).

In conjunction with this notice, the petitioner herewith-provides for The Court's review Exhibit 1 hereto, Declaration of Martin S. Gottesfeld (Sunday, February 23rd, 2020).

The petitioner further notes id. at 1 ¶¶ 8-12 and 28 C.F.R. §§ 540.203(a)

and 540.203(c)(1).

The petitioner finally wishes to point out he is not only deprived of his earned good-conduct time (GCT) during the pendancy of the instant case, but also of his property. Delay is therefore not harmless to the petitioner. D.E. 1 at 1 item (1) and at 22 ¶116; and Exhibit 1 hereto at 1 ¶3. Please cf. D.E. 9 at 1 § II.

Respectfully filed in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to The Court in an envelope bearing sufficient affixed pre-paid first-class U.S. postage and U.S.P.S. tracking number 9114 9023 0722 4792 9868 50, handed to Ms. ~~J. Wheeler~~ Rebekka Rizdale of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the instant respondent, on Sunday, February 23rd, 2020, or the first opportunity thereafter,

by: _____
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808