Martin S. Castaneda
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



USPS TRACKING #

9114 9023 0722 4792 9868 98

Label 400 Jan. 2013
7690-16-000-7948




⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Tuesday, February 25th, 2020; <u>Houston v. Lack</u>, 487 U.S. 266 (1988)