UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
MAR 1 2 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Martin S. Gottesfeld, pro se,
  Petitioner,
      v.
B. Lammer, Warden of
The FCI Terre Haute, Indiana,
  Respondent.

No.: 2:20-cv-00012-JRS-MJD

## MOTION TO AMEND DOCKET ENTRY NUMBERS 22-1 AND 23-1

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting pro se, hereby moves The Honorable Court pursuant to Houston v. Lack, 487 U.S. 266 (1988), to order The Clerk of The Court to swap the contents of instant docket entry numbers (D.E.) 22-1 and 23-1.

Both filings were entered on February 24th, 2020. It appears, however, that the images of the envelopes which bore them to The Court were swapped prior to entry. Please cf. D.E. 22 at 6, citing a filing date of Friday, February 14th, 2020, and a U.S.P.S. tracking number of 9114 9023 0722 4072 3905 44; and D.E. 23-1, showing the same. Please also cf. D.E. 23 at 1, citing a filing date of February 11th, 2020; and D.E. 22-1, showing the same.

The petitioner thanks The Court and The Clerk of The Court for their attention to this mundane matter.

Respectfully filed in accordance with the prison-mailbox rule of Houston v. Lack, by mailing to The Court in an envelope bearing sufficient affixed pre-paid first-class U.S. postage and handed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the respondent on Wednesday, March 4th, 2020, or the first opportunity thereafter,

by: _____
Martin S. Gottesfeld, pro se