**NAME:** Martin S. Gottesfeld
**NUMBER:** 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460

09 MAR 2020 PM 5 L



Wednesday, March 4th, 2020; <u>Houston v. Lack</u>, 487 U.S. 266 (1988)

⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

RECEIVED

MAR 11 2020

U.S. CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373829

0305220 1