UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| Martin S. Gottesfeld, pro se, Petitioner, v. B. Lammer, Warden of The FCI Terre Haute, Indiana, Respondent. | No.: 2:20-cv-00012-JRS-MJD | FILED MAR 23 2020 U.S. CLERK'S OFFICE TERRE HAUTE, IND. |
|---|---|---|

## MOTION FOR ENTRY OF ORDER ON MOTIONS (S.D. IND. L.R. 7.1(c)(5))

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting pro se, hereby moves The Honorable Court pursuant to S.D. Ind. L.R. 7.1(c)(5), S.D. Ind. L.R. 7.1(c)(3)(A) and Fed. R. Civ. P. 6(d) for the entry of an order granting the petitioner's motions found in the instant case at docket entry numbers 12, 14, 18, and 22.

Respectfully filed in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to The Court in an envelope bearing sufficient affixed pre-paid first-class U.S. postage and U.S.P.S. tracking number 9114 9023 0722 4792 9867 44, handed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the respondent on Friday, March 13th, 2020, or the first opportunity thereafter,

by: /s/ MSG
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, certify that I mailed a copy of the foregoing document to counsel for the respondent in the above-captioned case in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by handing such copy in an envelope bearing sufficient affixed pre-paid first-class U.S. postage to Ms. J. Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the respondent on Friday, March 13th, 2020, or the first opportunity thereafter,

by: /s/ MSG
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808