UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Martin S. Gottesfeld, pro se,
Petitioner

v.

B. Lammer, Warden of
The FCI Terre Haute, Indiana,
Respondent.

No. 2:20-cv-00012-JRS-MJD

CLAIM FOR MANDATORY JUDICIAL NOTICE (FED. R.
EVID. 201(c)(2))

Petitioner Martin S. Gottesfeld (herein the "petitioner"),
acting pro se, hereby moves the Honorable Court pursuant to
28 U.S.C. § 1746(1) and Fed. R. Evid. 201(c)(2) to
take mandatory judicial notice of herewith-provided Exhibit
1 hereto, Declaration of Martin S. Gottesfeld (Friday, March
13th, 2020) and Exhibit 2 hereto, electronic messages
from Martin S. Gottesfeld to Attorney Brendan C. Semple.

The petitioner states explicitly that this is not his reply to
instant docket entry 21, which he will file a week from
today.

Respectfully filed in accordance with the prison-mailbox
rule of Houston v. Lack, 487 U.S. 266 (1988), by
mailing to The Court in an envelope bearing sufficient affixed
pre-paid first-class U.S. postage and U.S.P.S. tracking number
9114 9023 0722 4792 9867 44, handed to Ms. Jamie Wheeler

1 of 2

of the FCI Terre Haute CMU unit team while acting in her
official capacity as an agent of the respondent on Friday
March 13th, 2020, or the first opportunity thereafter,
by:

Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808