Martin Gotthesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



UNITED STATES POSTAL SERVICE

USPS TRACKING #

9114 9023 0722 4792 9867 44

⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Friday, March 13th, 2020; <u>Houston v. Lack</u>, 487 U.S. 266 (1988)

RECEIVED
MAR 23 2020
U.S. CLERK'S OFFICE



UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER