UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| Martin S. Gottesfeld, pro se, Petitioner, v. B. Lammer, Warden of The FCI Terre Haute, Indiana, Respondent. | No.: **2:20-cv-00012-JRS-MJD** |

## NOTICE OF FILING OF STATEMENT UNDER S.D. IND. L.R. 7.1(g)(1)(B)

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting pro se, hereby notifies The Honorable Court of his filing of the accompanying **Statement of Reasonable Efforts (S.D. Ind. L.R. 7.1(g)(1)(B))** simul et semel with his **MOTION FOR SANCTIONS (FED. R. CIV. P. 11, S.D. IND. L.R. 83.5(e))** and pursuant to S.D. Ind. L.R. 7.1(g)(1)(B) and the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988).

Respectfully filed in accordance with the prison-mailbox rule of Houston v. Lack by mailing to The Court in an envelope bearing sufficient affixed pre-paid first-class U.S. postage and U.S.P.S. tracking number 9114 9023 0722 4792 9869 73, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the respondent on Friday, March 20th, 2020, or the first opportunity thereafter,

by: _____
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

- Page 1 of 2 -

- Page 1 of 3 -

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, certify that I ~~mailed~~ served a copy of the foregoing document to counsel for the respondent in the above-captioned case ~~and thereby also served counsel for the respondent~~ in-hand by delivery to her agent, by handing said copy in an envelope bearing sufficient affixed pre-paid first-class U.S. postage to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while she was acting in her official capacity as an agent of both the respondent and the respondent's counsel on Friday, March 20th, 2020, or the first opportunity thereafter,

by: _____
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808