**Statement of Reasonable Efforts (S.D. Ind. L.R. 7.1(g)(1)(B)):**

 I, Martin S. Gottesfeld, declare that the following is true and correct under the penalty of perjury under the laws of The United States pursuant to 28 U.S.C. § 1746(1), Federal Rule of Civil Procedure 11(c)(2), and Southern District of Indiana Local Rule 7.1(g)(1)(B) and 7.1(g)(2) on this twentieth (20th) day of March, 2020:

 1. My name is Martin S. Gottesfeld and I am the pro se petitioner in the case of Gottesfeld v. Lammer, 2:20-cv-00012-JRS-MJD (herein "the case"), currently pending before The Honorable U.S. District Court for The Southern District of Indiana (herein "The Court").

 2. In order first to try to avoid the issues detailed in my **MOTION FOR SANCTIONS (FED R. CIV. P. 11, S.D. IND. L.R. 83.5(e))** filed today pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988) simul et semel with this notice, I briefed the relevant matters clearly and explicitly so as to eliminate ambiguity.

 3. In further pursuit of unambiguous and declarative pleading, I numbered the paragraphs in the instant verified petition and kept the focus of each numbered paragraph short and discrete.

 4. I also chose clear, declarative, and discrete section headings.

 5. I further verified the instant petition pursuant to 28 U.S.C. §§ 1746(1) and 2242.

 6. In a reasonable effort to resolve the issues detailed in the aforementioned sanctions motion, I served counsel for the respondent in the case with a copy of the typewritten and clearly-captioned motion twenty-four (24) days before filing it, in accordance with Fed. R. Civ. P. 11(c)(2), Fed. R. Civ. P. 5(b)(1), Fed. R. Civ. P. 5(b)(2)(C), Fed. R. Civ. P. 6(d), and S.D. Ind. L.R. 7.1(g)(1)(B).

 7. There have been no conferences as contemplated by S.D. Ind. L.R. 7.1(g)(2)(A and B).

 8. I further note--to the extent that they may be relevant--S.D. Ind. L.R. 16.1(g)(2 and 3); Fed. R. Civ. P. 26(a)(1)(B)(iii and iv); and Fed. R. Civ. P. 26(f)(1), citing Fed. R. Civ. P. 26(a)(1)(B).

 I declare that the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed on Friday, March 20th, 2020.

by: _/s/ signature_
Martin S. Gottesfeld, pro se