Exhibit 2

**NAME:** Martin S. Gottesfeld
**NUMBER:** 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Wednesday, February 5th, 2020, <u>Houston v. Lack</u>, 487 U.S. 266 (1988)

⇔12982-104⇔
U S Attorneys Office
Southern District of IN
10 W Market ST
Suite 2100
Indianapolis, IN 46204
United States

- Page 16 of 34 -

2020-02-05
Gottesfeld v. Lammer, 2:20-cv-00012-JRS
FRCP 36 Requests for Admission