# Exhibit 4

- Page 28 of 34 -

⇔12982-104⇔
U S Attorneys Office
Southern District of IN
10 W Market ST
Suite 2100
Indianapolis, IN 46204
United States

NAME: Martin S. Gottesfeld
NUMBER: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



Thursday February 6th, 2020, Hershey v. Leedy, 487 U.S. 266 (1988)

2nd Set of FRCP 36 Admissions