Exhibit 5

Rec'vd already opened
Th 2020-02-27

Martin S. Gottesfeld
Register No. 12982-104
FCI – Terre Haute
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Indiana*

*10 West Market Street*
*Suite 2100*
*Indianapolis, IN 46204-3048*

*(317) 226-6333*
*TDD (317) 226-5438*

*FAX NUMBERS:*
*Criminal (317) 226-6125*
*Administration (317) 226-5176*
*Civil (317) 226-5027*
*FLU (317) 226-6133*
*OCDETF (317) 226-5953*

February 20, 2020

Martin S. Gottesfeld
Reg. No. 12982-104
FCI – Terre Haute
P.O. Box 33
Terre Haute, IN 47808

  Re: *Gottesfeld v. Lammer*, 2:20-cv-00012-JRS-MJD

Mr. Gottesfeld:

  I have received your "Requests for Admissions (Fed. R. Civ. P. 36)" dated February 5, 2020, and your "Requests for Admissions (Fed. R. Civ. P. 36) Set 2" dated February 6, 2020 (collectively, "the Requests"). The Respondent objects to responding to these Requests on the following bases:

- Habeas petitioners "are not entitled to discovery" without leave of court, *Higgason v. Lemmon*, 6 F. App'x 433, 436 (7th Cir. 2001), which you have neither sought nor obtained. As such, the Respondent has no obligation to respond to your Requests.

- Many of your requests have no relevance to this matter and/or are vastly disproportional to the needs of the matter. *See* Fed. R. Civ. P. 26(b) (limiting discovery to information "relevant to any party's claim or defense and proportional to the needs of the case"); *Higgason*, 6 F. App'x at 436 ("discovery is not intended to be a fishing expedition").

For these reasons, the Respondent will not tender any responses to your Requests.

       Sincerely,

       JOSH J. MINKLER
       United States Attorney

     By: *Lara Langeneckert*
       Lara Langeneckert
       Assistant United States Attorney