# Exhibit 6

```
                                            Martin S. Gottesfeld
                                            Reg. No.: 12982-104
                                       Federal Correctional Institution
Ms. Lara Langeneckert                            P.O. Box 33
Office of the U.S. Attorney                 Terre Haute, IN 47808
The Southern District of Indiana
10 W. Market St., Suite 2100
Indianapolis, IN 46204
```

Wednesday, March 11th, 2020

In re: **Notice of Acceptance**
     Requests for Admissions (February 5th and 6th, 2020)
     Case No.: 2:20-cv-00012-JRS-MJD
     U.S. District Court

Ms. Langeneckert:

    This shall serve as Notice to the respondent Brian Lammer, who is your client in the above-captioned instant case, that the requests for admissions dated and served Wednesday, February 5th, 2020, and Thursday, February 6th, 2020, in accordance with Fed. R. Civ. P. 5(b)(2)(B)(i); and Fed. R. Civ. P. 5(b)(1), Fed. R. Civ. P. 5(b)(2)(C), and Fed. R. Civ. P. 6(d); as well as Fed. R. Civ. P. 3, Fed. R. Civ. P. 36(a)(3), Fed. R. Civ. P. 36(b), Fed. R. Civ. P. 26(a)(1)(B)(iv), Fed. R. Civ. P. 26(a)(3), Fed. R. Civ. P. 26(d)(1), Fed. R. Civ. P. 26(f)(1), Fed. R. Civ. P. 36, and Houston v. Lack, 487 U.S. 266 (1988); have not been responded-to as requested and specifically required by S.D. Ind. L.R. 26.1(b) and Fed. R. Civ. P. 36(a)(4). The respondent--your client--is hereby Noticed that his admissions are now accepted since he elected not to respond as mandated by the Federal Rules of Civil Procedure and the local rules of the United States District Court for the Southern District of Indiana, or to request an extension pursuant to Fed. R. Civ. P. 36(a)(3) or a protective order pursuant to Fed. R. Civ. P. 26(c)(1) and S.D. Ind. L.R. 37.1(c), had the respondent wished to add to, supplement, object to, or deny these conclusive Fed. R. Civ. P. 36 admissions.

    The petitioner further thanks the respondent for his kind acknowledgement sent February 20th, 2020, of his earlier receipt of the above-cited requests for admissions and the petitioner notes in this non-Section-2254 case Circuit Rule 32.1(d) and Rules Governing Section 2254 Cases Rule 1(b). Please cf. also White v. Tanula, 2018 U.S. Dist. LEXIS 70997, 14-cv-759-wmc (W.D. Wis. April 27, 2018) at *4-6.

    These duly-accepted Fed. R. Civ. P. 36 admissions are the respondent's conclusive and affirmative admission to each and every issue and matter as therein delineated and the respondent's confirmation as to the authenticity and legitimacy of the documents affixed thereto, in accordance with Fed. R. Civ. P. 36(a)(1)(B), Fed. R. Civ. P. 36(a)(2), Fed. R. Civ. P. 36(a)(3), Fed. R. Civ. P. 36(a)(4), Fed. R. Civ. P. 36(a)(5), and Fed. R. Civ. P. 36(b).

    The respondent's admissions shall now and forevermore have res-judicata--like effect, to be used in this instant proceeding, and any and all judicial and extrajudicial proceedings as this petitioner in his sole discretion deems appropriate and necessary, re full disclosure and utilization as to the truth of the admitted matters.

    This petitioner hereby certifies under the penalty of perjury under the laws of The United States pursuant to 28 U.S.C. § 1746(1) that the foregoing

is true, accurate, correct, certain, complete, and herewith accepted. Executed on Wednesday, March 11th, 2020.

Sincerely,

by: _____
Martin S. Gottesfeld, <u>pro se</u>, Petitioner
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808