UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| Martin S. Gottesfeld, pro se, Petitioner, v. B. Lammer, Warden of The FCI Terre Haute, Indiana, Respondent. | No.: 2:20-cv-00012-JRS-MJD |
|---|---|

**FILED**
MAR 3 0 2020
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

## NOTICE OF FILINGS

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting pro se, hereby notifies The Court of his filing simul et semel of the following:

- MOTION FOR SANCTIONS (FED. R. CIV. P. 11, S.D. IND. L.R. 83.5(e));
- NOTICE OF FILING OF STATEMENT UNDER S.D. IND. L.R. 7.1(g)(1)(B);
- CLAIM FOR MANDATORY JUDICIAL NOTICE, BY AFFIDAVIT, FED. R. EVID. 201(c)(2);
- SECOND MOTION FOR SUMMARY JUDGMENT (FED. R. CIV. P. 56 AND S.D. IND. L.R. 56.1); and
- REPLY TO RESPONSIVE PLEADING (D.E. 21).

The above filings were mailed separately from this notice to The Court in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), in an envelope bearing sufficient affixed pre-paid Priority Mail® U.S. postage and U.S.P.S. tracking number 9114 9023 0722 4729 9869 73, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the respondent on Friday, March 20th, 2020, or the first opportunity thereafter.

This notice was also filed in accordance with the prison-mailbox rule in an envelope bearing sufficient affixed pre-paid first-class U.S. postage on Friday, March 20th, 2020, or the first opportunity thereafter,

by: _____
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808