UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN S. GOTTESFELD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:20-cv-00012-JRS-MJD |
| ) | |
| B. LAMMER, ) | |
| ) | |
| Respondent. ) | |

**ENTRY ON PEDING MOTIONS**

This matter is before the Court for resolution of nine pending motions by Petitioner Martin Gottesfeld.

As an initial matter, the **clerk is directed** to include a copy of the public docket sheet with Mr. Gottesfeld's copy of this Entry. The information Mr. Gottesfeld seeks in many of his motions may be found by reviewing the docket sheet.

Mr. Gottesfeld's motions for judicial notice, dkts. [12], [14], [22], and [32], are **denied as unnecessary**. Mr. Gottesfeld has filed a petition for a writ of habeas corpus and has been permitted to file a reply in support of his petition. The reply is an appropriate forum in which to assert legal arguments and cite documents and other evidence. In ruling on Mr. Gottesfeld's petition, the Court will disregard any arguments asserted in these motions. Mr. Gottesfeld shall have **through May 1, 2020**, to file an amended reply if he wishes to do so. In doing so, he may cite exhibits docketed with other motions in this action.

Mr. Gottesfeld's emergency motion for clarification, dkt. [13], is **denied as moot and unnecessary**. Mr. Gottesfeld's motion principally seeks clarification regarding the disposition of a previously filed motion, which the Court subsequently resolved at dkt. 9. Mr. Gottesfeld's

1

request to be produced for any hearing in this matter is premature, as no such proceeding has been scheduled.

Mr. Gottesfeld's motion to amend two docket entries, dkt. [27], is **denied as unnecessary**. Mr. Gottesfeld asserts that two envelopes that he used to mail filings were docketed with the wrong documents. The docketing of these envelopes is immaterial to the resolution of Mr. Gottesfeld's habeas petition, and, in any event, his assertion that they are misdocketed is preserved in the record.

Mr. Gottesfeld's motion for sanctions, dkt. [30], is **denied**. The motion alleges that respondent's counsel has made false or misrepresented statements of fact, but the motion instead points to several factual assertions that the parties simply dispute. This is not sanctionable conduct.

Mr. Gottesfeld's second motion for summary judgment, dkt. [34], is **denied as unnecessary**. Mr. Gottesfeld does not need to file any motions to obtain the relief requested in the petition.

Mr. Martin's motion asking the Court to rule on previously filed motions, dkt. [28], is **denied as moot**. The motions referenced are now resolved.

When a litigant files a motion, the Court rules on it as quickly as possible given the hundreds of cases and motions that are pending. No further action is required from the litigant at that time. A motion asking the Court to rule on previously filed motions, or asking the Court for information on the status of pending motions, does nothing but consume additional Court resources and delay the resolution of all pending matters. If Mr. Martin continues to file motions of this type, he will do nothing but delay the disposition of his case. No further motions are anticipated in this action.

In conclusion:

- Mr. Gottesfeld's motions for judicial notice, dkts. [12], [14], [22], and [32], are **denied as unnecessary**.

- His emergency motion for clarification, dkt. [13], is **denied as unnecessary.**

- His motion to amend two docket entries, dkt. [27], is **denied as unnecessary**.

- His motion for sanctions, dkt. [30], is **denied**.

- His second motion for summary judgment, dkt. [34], is **denied as unnecessary**.

- Mr. Martin's motion asking the Court to rule on previously filed motions, dkt. [28], is **denied as moot**.

- The **clerk is directed** to include a copy of the public docket sheet with Mr. Gottesfeld's copy of this Entry.

**IT IS SO ORDERED.**

Date: 4/1/2020

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARTIN S. GOTTESFELD
12982-104
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Lara K. Langeneckert
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lara.langeneckert@usdoj.gov