# *** PUBLIC DOCKET ***

HABEAS

## U.S. District Court
## Southern District of Indiana (Terre Haute)
## CIVIL DOCKET FOR CASE #: 2:20-cv-00012-JRS-MJD

GOTTESFELD v. LAMMER  
Assigned to: Judge James R. Sweeney II  
Referred to: Magistrate Judge Mark J. Dinsmore  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 01/07/2020  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**MARTIN S. GOTTESFELD**

represented by **MARTIN S. GOTTESFELD**  
12982-104  
TERRE HAUTE - FCI  
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION  
Inmate Mail/Parcels  
P.O. BOX 33  
TERRE HAUTE, IN 47808  
PRO SE

V.

**Respondent**

**B. LAMMER**  
*Warden of The FCI Terre Haute, Indiana*

represented by **Lara K. Langeneckert**  
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)  
10 West Market Street  
Suite 2100  
Indianapolis, IN 46204  
317-229-2417  
Fax: 317-226-5027  
Email: lara.langeneckert@usdoj.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2020 | 1 | Petition for Writ of Habeas Corpus against B. LAMMER, filed by MARTIN S. GOTTESFELD. (No fee paid with this filing). (Attachments: # 1 Exhibits, # 2 Cover Letter, # 3 Envelope). (MAC) Modified on 1/8/2020 (MAC). (Entered: 01/08/2020) |

| 01/07/2020 | 2 | MOTION for waiver of or assistance with service of filings, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Envelope). (MAC) (Entered: 01/08/2020) |
|---|---|---|
| 01/07/2020 | 3 | MOTION (Emergency) for an Order to preserve evidence against imminent destruction, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Exhibits, # 2 Envelope). (MAC) (Entered: 01/08/2020) |
| 01/07/2020 | 4 | MOTION for speedy hearing and declaratory judgment, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Exhibit, # 2 Envelope). (MAC) (Entered: 01/08/2020) |
| 01/07/2020 | 5 | MOTION for Summary Judgment, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Exhibit, # 2 Envelope). (MAC) (Entered: 01/08/2020) |
| 01/08/2020 | 6 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (MAC) (Entered: 01/08/2020) |
| 01/10/2020 | 7 | ORDER TO SHOW CAUSE -The respondent shall have until February 21, 2020, in which to answer the allegations of the habeas petition, and in doing so shall show cause why the relief sought by the petitioner should not be granted. The petitioner shall have twenty-eight days after service of the answer in which to reply. The petitioners motion for leave to proceed in forma pauperis, dkt. 2 , is denied as presented. He shall have until February 7, 2020, in which to renew his motion to proceed in forma pauperis by attaching a copy of the transactions associated with his institution trust account for the 6-month period preceding the filing of this action on January 7, 2020. Copy to Petitioner via US Mail. Signed by Judge James R. Sweeney II on 1/10/2020.(KAA) (Entered: 01/13/2020) |
| 01/14/2020 | 8 | MOTION for order on respondents custodial questioning and speedy trial hearing, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Envelope)(TMC) (Entered: 01/14/2020) |
| 01/16/2020 | 9 | ORDER ON PENDING MOTIONS - The petitioners motion for an order to preserve evidence, dkt. 3 , is granted to the extent that the duty to preserve evidence arises whenever a party knows, or should know, that litigation is imminent. The petitioners motion for a speedy hearing and declaratory judgment, dkt. 4 , is denied. The petitioners motion for summary judgment, dkt. 5 , is denied. The petitioners Motion for Order on Respondents Custodial Questioning and Speedy Hearing, dkt. 8 , is denied. The clerk is directed to include a civil rights complaint form with the petitioners copy of this Order. (See Order.) Copy to petitioner via US Mail. Signed by Judge James R. Sweeney II on 1/16/2020. (Attachments: # 1 Prisoner Complaint form) (RSF) (Entered: 01/16/2020) |
| 01/22/2020 | 10 | Mail Returned as undeliverable. 6 Magistrate Judge's Notice of Availability to Exercise Jurisdiction sent to MARTIN S. GOTTESFELD FCI Terre Haute. Return to sender - need correct name and number. (TMC) (Entered: 01/22/2020) |

| Date | # | Description |
|---|---|---|
| 01/23/2020 | 11 | RECEIPT #IP068121 for Habeas filing fee in the amount of $5.00, paid by Petitioner. (REO) (Entered: 01/23/2020) |
| 01/30/2020 | 12 | MOTION for Judicial Notice, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Envelope)(TMC) (Entered: 01/30/2020) |
| 01/30/2020 | 13 | Emergency MOTION for Clarification, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Exhibit, # 2 Envelope)(TMC) (Entered: 01/30/2020) |
| 01/31/2020 | 14 | MOTION for Judicial Notice, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Envelope)(TMC) (Entered: 02/03/2020) |
| 02/04/2020 | 15 | Submission of Petitioner's Preliminary Response to 7 Order to Show Cause, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Envelope)(TMC) Modified on 2/5/2020 to create entry relationship (TMC). (Entered: 02/05/2020) |
| 02/06/2020 | 16 | RESPONSE re 7 Order to Show Cause, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Envelope) (TMC) (Entered: 02/07/2020) |
| 02/10/2020 | 17 | Dkt. 6 resent to Martin Gottesfeld, DOC# 12982-104 at Terre Haute FCI. (JRT) (Entered: 02/10/2020) |
| 02/11/2020 | 18 | Submission of Exhibits - Claim for Judicial Notice, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Envelope)(TMC) (Entered: 02/12/2020) |
| 02/11/2020 | 19 | NOTICE of Filing of Declaration and Attachments by MARTIN S. GOTTESFELD (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Envelope) (TMC) (Entered: 02/12/2020) |
| 02/21/2020 | 20 | NOTICE of Appearance by Lara K. Langeneckert on behalf of Respondent B. LAMMER. (Langeneckert, Lara) (Entered: 02/21/2020) |
| 02/21/2020 | 21 | RETURN TO ORDER TO SHOW CAUSE, re 7 Order to Show Cause, filed by B. LAMMER.. (Attachments: # 1 Exhibit A - Declaration Jenna Epplin with Attachments A-D, # 2 Exhibit B - Declaration R. Eisele with Attachments 1-2, # 3 Exhibit C - Declaration D. Matthews with Attachments A-D)(Langeneckert, Lara) (Entered: 02/21/2020) |
| 02/24/2020 | 22 | MOTION for Judicial Notice, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Envelope)(TMC) (Additional attachment(s) added on 2/25/2020: # 2 Attachment 1, # 3 Attachment 2) (TMC). (Entered: 02/25/2020) |
| 02/24/2020 | 23 | Correspondence REQUESTING COPY of Case Docket Sheet, filed by Martin Gottesfeldd. Copy provided via US Mail. (Attachments: # 1 Envelope) (TMC) (Entered: 02/25/2020) |
| 02/26/2020 | 24 | ***DISREGARD, DOCKETED IN ERROR***RECEIPT #IP068549 for Habeas filing fee in the amount of $5.00, paid by Petitioner. (REO) Modified |

| | | |
|---|---|---|
| | | on 2/26/2020 (REO). (Entered: 02/26/2020) |
| 03/05/2020 | 25 | NOTICE of Non Receipt of Responsive Filings, filed by Petitioner MARTIN S. GOTTESFELD (Attachments: # 1 Exhibit, # 2 Envelope) (TMC) (Entered: 03/06/2020) |
| 03/10/2020 | 26 | NOTICE of Filing Alert (Attachments: # 1 Envelope) (AAS) (Entered: 03/10/2020) |
| 03/12/2020 | 27 | MOTION to Amend Docket Entries [22-1] and [23-1], filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Envelope)(JRB) (Entered: 03/13/2020) |
| 03/23/2020 | 28 | MOTION for Entry of Order on Motions, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Envelope)(AAS) (Entered: 03/23/2020) |
| 03/23/2020 | 29 | Submission Claim for Mandatory Judicial Notice, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Exhibit, # 2 Envelope) (AAS) (Entered: 03/23/2020) |
| 03/27/2020 | 30 | MOTION for Sanctions, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Envelope)(AAS) (Entered: 03/27/2020) |
| 03/27/2020 | 31 | NOTICE of Filing Statement by MARTIN S. GOTTESFELD (Attachments: # 1 Exhibit Statement) (AAS) (Additional attachment(s) added on 3/27/2020: # 2 Envelope) (AAS). (Entered: 03/27/2020) |
| 03/27/2020 | 32 | MOTION for Judicial Notice, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Envelope)(AAS) (Entered: 03/27/2020) |
| 03/27/2020 | 33 | Reply re 21 Return to Order to Show Cause, filed by MARTIN S. GOTTESFELD. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Envelope)(AAS) (Entered: 03/27/2020) |
| 03/27/2020 | 34 | Second MOTION for Summary Judgment, filed by Petitioner MARTIN S. GOTTESFELD. (Attachments: # 1 Envelope)(AAS) (Entered: 03/27/2020) |
| 03/30/2020 | 35 | NOTICE of Filings by MARTIN S. GOTTESFELD (Attachments: # 1 Envelope) (AAS) (Entered: 03/30/2020) |

**Case #: 2:20-cv-00012-JRS-MJD**