UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Martin S. Gottesfeld, pro se,
Petitioner,

v.

B. Lammer, Warden of
The FCI Terre Haute, Indiana,
Respondent.

No. 2:20-cv-00012-JRS-MJD

FILED
APR - 9 2020
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

## MOTION FOR LAW-LIBRARY ACCESS

Petitioner Martin S. Gottesfeld (herein "the petitioner"), acting pro se, hereby moves The Honorable Court to order the respondent to provide him with sufficient law-library access to meet The Court's May 1st, 2020, filing deadline for his amended reply to the respondent's responsive pleading (D.E. 21).

In support of this motion, the petitioner notes his simul et semel MOTION FOR DISCOVERY CONFERENCE AND INITIAL DISCLOSURE Exhibit 1 ¶ 17.

The petitioner notes the continued unavailability of the respondent's administrative-remedy program (ARP), as initially pled in the instant petition and now admitted by the respondent pursuant to Fed. R. Civ. P. 8(b)(6) and Fed. R. Civ. P. 36.

Shall The Court have any questions, the petitioner requests The Court schedule a brief telephonic hearing and order the respondent to produce the petitioner for said hearing.

Respectfully filed in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to the Court in an envelope bearing sufficient affixed pre-paid first-class U.S. ~~postage~~ Priority Mail® postage and U.S.P.S. Tracking number 9114 9023 0722 4792 9863 62, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the respondent on Friday, April 3rd, 2020, or the first opportunity thereafter, by:

Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

2 of 3

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, hereby certify that I served a copy of the foregoing document on counsel for the respondent in the above-captioned case via in-hand delivery to her agent Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team, while acting in her official capacity as an agent of the United States and the respondent's counsel on Friday, April 3rd, 2020, or the first opportunity thereafter, and that I was willing but unable to mail an additional copy to counsel for the respondent because the respondent will not allow me to make more than one (1) copy of my court filings in violation of 28 C.F.R. § 543.11(g).

by: /s/ _____
Martin S. Gottesfeld, pro se

3 of 3