UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
APR 24 2020
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Martin S. Gottesfeld, pro se,
Petitioner,

v.

B. Lammer, Warden of
the FCI Terre Haute, Indiana,
Respondent.

No. 2:20-cv-00012-JRS-MJD

## MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE AN AMENDED REPLY

Petitioner Martin S. Gottesfeld (herein "the petitioner"), acting pro se, hereby moves The Honorable Court for an extension of time until Monday, June 1st, 2020, in which to file an amended reply to the respondent's responsive pleading.

The Court currently has set a deadline of Friday, May 1st, 2020 for the petitioner to file an amended reply. Docket entry (D.E.) 36 at 1.

In support of this motion, the petitioner herewith provides and respectfully directs The Court's attention to Exhibit 1 hereto, Declaration of Martin S. Gottesfeld (Monday, April 20th, 2020).

The petitioner further notes the circumstances and limitations previously cited in D.E. 37-1 at 3 & 17 and his pending Motion for Law-Library Access (D.E. 38).

Alternatively, if The Court would accept a supplemental

reply in handwritten form, the petitioner believes that he could file a supplemental reply, in accordance with the prison-mailbox rule of *Houston v. Lack*, 487 U.S. 266 (1988), within ten (10) days of his receipt of leave to do so, even during the 22-hour-per-day lockdown.

Respectfully filed in accordance with the prison-mailbox rule of *Houston v. Lack*, by mailing to The Court in an envelope bearing sufficient affixed pre-paid First-class U.S. postage and U.S.P.S. tracking number 9114 9023 0722 4291 1822 65, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team, while acting in her official capacity as an agent of both the respondent and the respondent's counsel, on Monday, April 20th, 2020, or the first opportunity thereafter,

by: _____
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, hereby certify that I served a copy of the foregoing document on counsel for the respondent in the above-captioned case via in-hand delivery to her agent Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the United States and the respondent's counsel on Monday, April 20th, 2020 or the first opportunity thereafter, and that I was willing but unable to mail an additional copy to counsel for the respondent because the respondent won't make more than one (1) copy of my court filings in violation of 28 C.F.R. § 543.11(g).

by: /s/ MSG
Martin S. Gottesfeld, pro se

3 of 3
3 of 4

Exhibit 1

Declaration of Martin S. Gottesfeld:

I, Martin S. Gottesfeld, declare that the following is true and correct under the penalty of perjury under the laws of The United States pursuant to 28 U.S.C. § 1746(1) on this 20th day of April, 2020:

1. I am Martin S. Gottesfeld and I am the petitioner in the case of Gottesfeld v. Lammer, 2:20-cv-00012-JRS-MJD (herein "the case"), currently pending before The Honorable U.S. District Court for The Southern District of Indiana (herein "The Court").

2. I was locked down in my cell from approximately 10:00 A.M. Tuesday, April 14th, 2020, until approximately 5:00 P.M. Friday, April 17th, 2020.

3. During the aforementioned total lock down, the respondent in the case posted an electronic bulletin announcing that the BOP will remain on a 22-hour-per-day lockdown until at the earliest Monday, May 18th, 2020.

I declare that the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed on Monday, April 20th, 2020.

by: /s/ Martin S. Gottesfeld
Martin S. Gottesfeld, pro se