Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

9114 9023 0722 4291 1822 65

12982-104
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Monday, April 20th, 2020; Hudson v. Leck, 487 U.S.

RECEIVED

APR 24 2020

U.S. CLERKS OFFICE