UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN S. GOTTESFELD, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> B. LAMMER, ) <br> ) <br> Respondent. ) | No. 2:20-cv-00012-JRS-MJD |

**ORDER DENYING AS UNNECESSARY MOTION FOR EXTENSION OF TIME**

Martin Gottesfeld's motion for extension of time, dkt. [40], is **denied as unnecessary**. The Court has already granted Mr. Gottesfeld an extension of time **through June 1, 2020**, to file an amended reply. *See* dkt. 39.

**IT IS SO ORDERED.**

Date: 4/27/2020

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARTIN S. GOTTESFELD
12982-104
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Lara K. Langeneckert
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lara.langeneckert@usdoj.gov