Exhibit 1

<u>Declaration of Martin S. Gottesfeld</u>:

I, Martin S. Gottesfeld, declare that the following is true and correct under the penalty of perjury under the laws of The United States pursuant to <u>28 U.S.C. § 1746(1)</u> on this 19th day of May, 2020:

1. I am Martin S. Gottesfeld and I am the petitioner in the case of <u>Gottesfeld v. Lammer</u>, 2:20-cv-00012-JRS-MJD, (herein "the case"), currently pending before The Honorable U.S. District Court for the Southern District of Indiana (herein "The Court").

2. The Federal Bureau of Prisons (herein the "FBOP") modified-operations directive due to the Covid-19 pandemic was set to expire at midnight last night.

3. In its place, Respondent Brian Lammer posted an "Inmate Bulletin" yesterday after my recreation period, which I was only able to read for the first time today.

4. A true copy of the respondent's "Inmate Bulletin" is herewith-included as <u>Exhibit 2</u> hereto, which I personally printed from TRULINCS this morning.

5. The "precautionary measures" Respondent Lammer mentions in his "Inmate Bulletin" apparently include the twenty-two-plus- (22+) -hour-per-day lockdown of the FCI.

6. While the lockdown continues, I have at most two (2) hours per day outside my cell, during which I must bathe, empty my trash, recycle, secure sanitation supplies, exercise, correspond electronically and telephonically, secure mailing supplies, ice, hot water, and library books, tend to my laundry, and socialize.

7. In aggregation with the facts and circumstances further enumerated infra, I have insufficient time outside my cell to conduct legal research and compose legal documents, including an amended reply to the respondent's answer to The Court's show-cause order.

8. Many days I get absolutely no time outside my cell, leaving me unable to use the law library and typewriter, as was the case from 9:45 A.M. Tuesday, April 14th, 2020, through 2:00 P.M. Friday, April 17th, 2020, and from 9:45 A.M. Tuesday, May 12th, 2020, through 7:45 A.M. Saturday, May 16th, 2020.

9. Respondent Lammer continues to break his obligations under 28 C.F.R. §§ 540.11(b) and 540.11(h) by his deliberate failure to fix the broken typewriters in the CMU law library. Two (2) of the three (3) typewriters remain inoperable; one (1) is entirely missing and another one (1) is missing an essential part.

10. Thus, there is contention for use of the sole fully-operational typewriter during the very limited time I have outside my cell.

11. Weeks ago, when the lockdown was scheduled to end on May 18th, 2020, and when I felt I'd be able to file my amended reply prior to June 1st, 2020, I secured an extension of time to file a vital reply in another case. Please cf. the 4:21 P.M. Thursday, April 30th, 2020, Minute Order entered in Brown v. Fed. Bureau of Prisons, 1:19-cv-02795-RBW (D.D.C.).

12. My reply in this other case is now due Monday, June 15th, 2020. Id. (4:21 P.M. Thursday, April 30th, 2020)

13. Should the lockdown now end on Monday, June 1st,

2020, as the respondent implies is possible in Exhibit 2 hereto, I expect the preparation of my reply in the other case to consume all my research and preparation time up through Monday, June 15th, 2020.

14. Thus, I would expect to be able to file my reply in this case on or before Monday, June 29th, 2020, in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988).

15. Should the lockdown continue past Monday, June 15th, 2020, however, I would seek an additional extension of time in this case.

I declare that the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed on Tuesday, May 19th, 2020.

by: _____
Martin S. Gottesfeld

Exhibit 2

# FCI Terre Haute Inmate Bulletin



## Institution Operations

As of Saturday, May 16, 2020, USP Terre Haute had one inmate test positive for COVID-19. FCI Terre Haute currently has no positive cases of COVID-19. Visitation will continue to be suspended until further notice. Outside recreation will be reassessed on Monday, June 1, 2020. FCC Terre Haute will continue to adhere to current CDC guidelines and follow precautionary measures to ensure the health and safety of both staff and inmates.

It is the responsibility of the inmate population to comply with the following:

- Wear a mask out of your assigned cell/cubicle.
- Practice social distancing. Stay at least 6 feet from others. (two arms length)
- Do not gather in groups.
- Maintain proper hygiene. Wash your hands per the CDC guidelines.
- Keep the common areas clean. Thoroughly wipe down common area equipment **after each use** such as computers, ice machines, microwaves, tables, telephones, and water dispensers. Showers, work areas, and television rooms need to be cleaned after each rotation.
- Clean your assigned cell regularly.

Failure to adhere to any of the above guidelines will result in the Housing Unit being on secured status and/or placement in the Special Housing Unit for disciplinary sanctions.

Page 1 of 2
Page 6 of 7

GOTTESFELD, MARTIN 12982104

FCC Terre Haute will continue to monitor the situation and respond appropriately. The health and safety of both staff and inmates is of the upmost importance. Please be patient as we make the necessary modifications to keep everyone safe.

_5/18/2020_
Date

_[signature]_
B. Lammer, Warden

GOTTESFELD, MARTIN  12982104