Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



BC

⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Tuesday, May 19th, 2020; Houston v. Lack, 487 U.S. 266 (1988)



RECEIVED
MAY 2 6 2020
U.S. CLERK'S OFFICE