UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
4:25 pm, Jun 23, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Martin S. Gottesfeld, pro se,
Petitioner,

v.

B. Lammer, Warden of
the FCI Terre Haute, Indiana,
Respondent.

No.: 2:20-cv-00012-JRS-MJD

## MOTION FOR AN EXTENSION OF TIME

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting pro se, hereby moves the Honorable Court for an extension of time until Monday, July 27th, 2020, in which to file an amended reply in support of his instant petition for a writ of habeas corpus.

The Court previously ordered the petitioner to file his amended reply on or before Monday, June 29th, 2020. Docket entry (D.E.) 43.

In support of this motion, the petitioner herewith-includes and respectfully directs The Court's attention to Exhibit 1 hereto, Declaration of Martin S. Gottesfeld (Wednesday, June 17th, 2020).

Respectfully filed in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to The Court in an envelope bearing

1 of 2
1 of 4

Case 2:20-cv-00012-JRS-MJD Document 44 Filed 06/23/20 Page 2 of 2 PageID #: 569

sufficient affixed pre-paid First Class U.S. postage and U.S.P.S. tracking number 9114 9023 0722 4792 9874 82, handed to Ms. Rebekka Eisele of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the respondent and his counsel on Wednesday, June 17th, 2020, or the first opportunity thereafter.

by: /s/ MSG
Martin S. Gottesfeld, pro se,
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## Certificate of Service

I, Martin S. Gottesfeld, pro se, certify that I mailed a copy of the foregoing document to counsel for the respondent in the above-captioned case in an envelope bearing sufficient affixed pre-paid First Class U.S. postage handed to Ms. Rebekka Eisele of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the respondent on Wednesday, June 17th, 2020, or the first opportunity thereafter.

2 of 2
2 of 4

by: /s/ MSG
Martin S. Gottesfeld, pro se