

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

12982-104
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Wednesday, June 17th, 2020; Houston v. Lack, 487 U.S. 266 (1988)

RECEIVED
JUN 2 3 2020
U.S. CLERK'S OFFICE