UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN S. GOTTESFELD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:20-cv-00012-JRS-MJD |
| | ) |
| B. LAMMER, | ) |
| | ) |
| Respondent. | ) |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Martin Gottesfeld's motion for extension of time, dkt. [44], is **granted**. Mr. Gottesfeld shall have **through July 27, 2020**, to file an amended reply.

**IT IS SO ORDERED.**

Date: 6/25/2020

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARTIN S. GOTTESFELD
12982-104
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Lara K. Langeneckert
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lara.langeneckert@usdoj.gov