UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN S. GOTTESFELD,        )
                           )
        Petitioner,          )
                           )
              v.           )     Cause No. 2:20-cv-00012-JRS-MJD
                           )
B. LAMMER Warden of The FCI    )
Terre Haute, Indiana,          )
                           )
        Respondent.       )

## **NOTICE**

The Respondent hereby notifies the Court as follows:

1.      The Respondent filed his Return to Order to Show Cause (the "Return") in this matter on February 21, 2020.  *See generally* ECF No. 21.  In the Return, the Respondent erroneously cited the exhaustion requirement in the Prison Litigation Reform Act (PLRA).  ECF No. 21 at 5.

2.      The PLRA exhaustion requirement is not applicable to petitions filed under 28 U.S.C. section 2241; rather, such petitions are subject to a "common-law exhaustion rule." *Richmond v. Scibana*, 387 F.3d 602, 604 (7th Cir. 2004).

3.      Notwithstanding this error, the Respondent stands by the substance of the arguments made in the Return.

                                     Respectfully submitted,

                                     JOSH J. MINKLER
                                     United States Attorney

              By:    *s/ Lara Langeneckert*
                         Lara Langeneckert
                         Assistant United States Attorney

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 14, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

I further certify that on July 14, 2020, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

> Martin S. Gottesfeld
> Register No. 12982-104
> FCI – Terre Haute
> Inmate Mail/Parcels
> P.O. Box 33
> Terre Haute, IN 47808

*s/ Lara Langeneckert*
Lara Langeneckert
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Telephone:  (317) 226-6333