UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN S. GOTTESFELD, pro se,
Petitioner,

v.

B. LAMMER, Warden of
The FCI Terre Haute, Indiana,
Respondent.

No. 2:20-cv-00012-JRS

FILED
12:59 pm, Jul 14, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## NOTICE OF FILING

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting pro se, hereby notifies The Honorable Court and the respondent of his filing of ~~Exhibits hereto~~ Exhibit 1 hereto, Martin Gottesfeld, Regional Administrative Remedy Appeal (BP-10) of administrative-remedy program (ARP) number 1000236-F1 (Tuesday, July 7th, 2020); and Exhibit 2 hereto, Martin Gottesfeld, Declaration (Tuesday, July 7th, 2020).

The petitioner will cite to these materials in his upcoming amended reply in support of the instant petition. He herein makes no motion at this time.

Respectfully filed in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to The Court in an envelope bearing

sufficient affixed pre-paid first-class U.S. postage and U.S.P.S. tracking number 9114 9023 0722 4792 9874 20, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the respondent and of the respondent's counsel on Tuesday, July 7th, 2020, or the first opportunity thereafter.

by: /s/ MSG
Martin S. Gottesfeld, pro se
Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

### CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, certify that I mailed a copy of the foregoing document to counsel for the respondent in an envelope bearing sufficient affixed pre-paid first-class U.S. postage, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of counsel for the respondent in the above-captioned case on Tuesday, July 7th, 2020, or the first opportunity thereafter.

by: /s/ MSG
Martin S. Gottesfeld, pro se

2 of 2
2 of 10

SENSITIVE BP-10/PREA ~~BP-11~~

**U.S. Department of Justice**

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Gottesfeld, Martin, S.__  __12982-104__  __D/CMU__  __FCI-THA__
         LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL** The procedure proffered by Warden Brian Lammer violates the anonymity requirement of 28 28 C.F.R. § 115.51(b) by requiring me to identify myself as the originator of my PREA complaints to the small number of static CMU unit staff who accept care, custody, and control of my outbound physical correspondence. The FCI-THA CMU prisoner population, unit team, and (hopefully) frequency of external PREA complaints made and handled thereby are all sufficiently small that, in all cases using the procedure proffered by Warden Brian Lammer, unit staff would know exactly who filed <u>each</u> and <u>every specific</u> complaint. Moreover, the procedure Warden Brian Lammer proffers does <u>not</u> exist and he lacks the <u>authority to create it ad hoc</u>. Program Statement 5214.02 Communications Management Unit[sic] specifically forbids the proffered procedure for prisoner correspondence to and from the OIG and such use of the procedure manifestly violates 28 C.F.R. §§ 540.200 et seq. Further, the BOP neither published a relevant superceding regulation in <u>The Federal Register</u> nor implemented the required public-comment period in regards thereto.

Please fulfill my original request in a legitimate manner consistent with all relevant laws and regulations.
NO RETALIATION PLEASE.

July 7th, 2020 (Tue.)                                      [signature]
_____                        _____
        DATE                                         SIGNATURE OF REQUESTER

**Part B - RESPONSE**





_____                        _____
        DATE                                         REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                           CASE NUMBER: _____

---

**Part C - RECEIPT**

                                                     CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____                        _____
        DATE                                   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

3 of 10

BP-230(13)



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

☒ Institution ☐ Region ☐ Central

_CMU_ Unit

# Receipt of Administrative Remedy

Inmate Name: _Gottesfeld Martin_ Reg. No.: _12982-104_

Administrative Remedy No.: _1000236-F1_

Received on this _7th_ day of _July_, 2020.

_PC csw_
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by _7/17_, 2020.

Edits received by Unit Team on this _____ day of _____, 2020.

_____
Signature/Title of Staff

**Inmate Copy**

4 of 10

Remedy No.: 1000236-F1                                                      FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted December 10, 2019, in which you allege that you do not have a confidential way to make a PREA complaint. For relief, you request to be able to make a PREA report confidentially.

A review of your request reveals the CMU is established to house inmates who require increased monitoring of communications with persons in the community to protect the safety, security and orderly operation of Bureau facilities, and to protect the public.  You and the other CMU inmates are permitted to submit a PREA complaint to OIG without review by staff in a manner consistent with Program Statement 5214.02, <u>Communications Management Units</u>.  You may draft a PREA complaint and provide it to staff in an unopened envelope so they may scan the document for contraband prior to it being sealed for mailing, similar to the processing of mail to or from an attorney.  The complaint will then be mailed to the outside entity for processing as they deem appropriate, which may include an independent or local investigation.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

_5/28/20_
Date

                                           B. Lammer, Warden

**U.S. DEPARTMENT OF JUSTICE**            **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Gottesfeld, Martin, S.    12982-104    D/CMU    FCI-THA
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** Please fix the current noncompliance with 28 C.F.R. § 115.51(b) in the FCI-THA CMU by providing anonymous access to an external PREA hotline or other entity outside the DOJ, and please fix TRULINCS so that the "Request to Staff" button is no longer disabled in the CMU.

I filed the BP-8 that corresponds to this BP-9 more than eleven (11) days ago and never heard back. I thus take the lack of response to my attempt at informal resolution as a denial thereof and file this BP-9.

There is no way for FCI-THA CMU inmates to anonymously report PREA violations "to a public or private entity or office that is not part of the agency, and that is able to receive and immediately forward reports of sexual abuse... to agency officials, allowing the inmate to remain anonymous upon request." There is no access to PREA hotlines in the FCI-THA CMU and no way for PREA reports to be submitted anonymously. My prior attempt to report anonymously a PREA violation by Todd Royer to the OIG led directly to internal S.I.S. Lt. Baker trying to interview me in the CMU and this was wholly inappropriate. We are unable to contact the OIG through TRULINCS because the button is disabled.

NO RETALIATION PLEASE.

Sun., Dec. 8th, 2019
DATE            SIGNATURE OF REQUESTER

**Part B- RESPONSE**

*Rec'd 12-8-19*

DATE            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE      CASE NUMBER: _____

CASE NUMBER: 1000236-F1

**Part C- RECEIPT**
Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

6 of 10

DATE        RECIPIENT'S SIGNATURE (STAFF MEMBER)    BP-229(13)
USP LVN            APRIL 1982

Attachment 1

# FCC Terre Haute

## Administrative Remedy – Informal Resolution

| Inmate Name: Gottesfeld | Register #: 12982-104 |
|---|---|
| Unit: CMU | Date Submitted: Tue., Nov. 26th, 2019 |

**Section 1: NOTICE TO INMATE** - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

**Section 1a: Briefly state your specific single complaint:** There is no way for FCI-THA CMU inmates to anonymously report PREA violations "to a public or private entity or office that is not part of the agency, and that is able to receive and immediately forward reports of sexual abuse... to agency officials, allowing the inmate to remain anonymous upon request." There is no access to PREA hotlines in the FCI-THA CMU and no way for PREA reports to be submitted anonymously. My prior attempt to anonymously report a PREA violation by Todd Royer to the OIG led directly to internal S.I.S. Lt. Baker trying to interview me in the CMU and this was wholly inappropriate. We are unable to contact the OIG through TRULINCS because the button is disabled.

**Section 1b: Briefly state the resolution you request:** Please fix the current noncompliance with 28 C.F.R. § 115.51(b) in the FCI-THA CMU by providing anonymous access to an external PREA hotline or other entity outside the DOJ, and please fix TRULINCS so that the "Request to Staff" button is no longer disabled in the CMU.

Inmate Signature: /s/

Counselor Printed Name/Signature:

**Section 2: Department Assigned**

| Date Assigned: | | Date Due: | | | | |
|---|---|---|---|---|---|---|
| ☐ Food Service | ☐ Unit Mgmt | | ☐ Unicor | | ☐ Education | |
| ☐ Psychology | ☐ Medical | | ☐ Chaplain | | ☐ Recreation | |
| ☐ Trust Fund | ☐ Custody | | ☐ Facilities | | ☐ Safety | |
| ☐ ISM/Mailroom | ☐ Admin. | | ☐ SIS | | | |

**Section 3: Department Head Response**

Issue Resolved Comments:

Issue Un-resolved Comments:

Unable to Address Issue Comments:

| Inmate Signature if Resolved: | Date: |
|---|---|
| Staff Signature: | Date: |

**Section 4: Tracking**

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | 10-9-19 | | | | | |
| Time | 1300 | | | | | |
| Staff | R. Eisele | | | | | |

THX-1330.18C

7 of 10

Page 7

6 of 6

Martin S. Gottesfeld
Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



USPS TRACKING #
9114 9023 0722 4792 9874 44

⇔12982-104⇔
North Central Region
400 State AVE
Kansas CITY, KS 66101-2492
United States

ARP No. 1000236-F1

Tuesday, July 7th, 2020; <u>Houston v. Lack</u>, 487 U.S. 266 (1988)

2020-07-07 (Tue.)
BP-10 - PREA Hotline
ARP No. 1000236-F1

8 of 10

Exhibit A

Declaration of Martin S. Gottesfeld:

I, Martin S. Gottesfeld, declare that the following is true and correct under the penalty of perjury under the laws of The United States pursuant to 28 USC § 1746(1) on this seventh (7th) day of July, 2020:

1. I am Martin S. Gottesfeld and I am the petitioner in the case of Gottesfeld v. Lammer, 2:20-cv-00012-JRS-MJD (herein "the case") pending before the Honorable U.S. District Court for The Southern District of Indiana (herein "The Court").

2. Exhibit 1 to this filing is an administrative-remedy appeal that I turned over to prison authorities for mailing at the same time as this filing.

3. I note that Exhibit 1 is an external grievance, as contemplated by Seventh Circuit case law, in that it is directed outside the FCI Terre Haute, Indiana.

4. I further note that I only feel comfortable mailing Exhibit 1 because right now the watchful eye of The Court is on Respondent Lammer; otherwise, given the events outlined in the instant verified petition, I would not compose or mail Exhibit 1.

5. Indeed, if not for the instant case, Respondent Lammer would've continued his well-established course of conduct of ignoring such BP-8s and BP-9s and I never would've received a response at all. Please cf. Docket entry (D.E.) 33-1

at 7 ¶ 63; D.E. 32-1 at 5 Request Number 16; D.E. 32-1 at 7; and D.E. 33 at 5-6, citing D.E. 1 at 24 ¶¶ 124-125, Ross v. Blake, Turley v. Redman, D.E. 1 at 25 ¶ 131 quoting Lewis v. Washington, and RFA Exhibit 1 Request Numbers 16-17 and Attachment 1. Please cf. also D.E. 33 at 16, quoting D.E. 1 at 27 ¶¶ 137-138; and D.E. 33-1 at 4 ¶¶ 31 and 33. Then please cf. D.E. 33-5 (showing Houston v. Lack date just before the date of Respondent Lemmer's belated response to the BP-9 in Exhibit 1 hereto).

6. Moreover, I turned in BP-9 Number 1000236-F1 mere hours before Respondent Lemmer threw me into solitary and tried to transfer me in retaliation, despite my explicit request, "NO RETALIATION PLEASE."

7. Thereafter Respondent Lemmer made Mr. Todd Royer, who is mentioned as the subject of my PREA complaint, my new unit manager.

I declare that the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed on Tuesday, July 7th, 2020.

by: /s/ Martin S. Gottesfeld

Martin S. Gottesfeld
Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808





⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Tuesday, July 7th, 2020; Houston v. Lack, 487 U.S. 266 (1988)

RECEIVED
JUL 13 2020
U.S. CLERK'S OFFICE