Martin S. Gottesfeld
Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808





⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Tuesday, July 7th, 2020; Houston v. Lack, 487 U.S. 266 (1988)

RECEIVED
JUL 13 2020
U.S. CLERK'S OFFICE