United States District Court
Southern District of Indiana
Terre Haute Division

MARTIN GOTTESFELD, pro se,
Petitioner,

v.

B. LAMMER, Warden of
The FCI Terre Haute, Indiana,
Respondent.

No. 2:20-cv-00012-JRS

FILED
4:54 pm, Jul 29, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## Motion for an Extension of Time

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting pro se, hereby moves The Honorable Court for an extension of time until Monday, August 24th, 2020—or whatever date thereafter The Court deems prudent—in which for him to file an amended reply in support of his instant petition for a writ of habeas corpus.

The Court previously granted the petitioner through Monday, July 27th, 2020, to file his amended reply. Docket entry (D.E.) 45.

In support of this motion, the petitioner herewith includes and respectfully directs The Court's attention to Exhibit 1 hereto, Declaration of Martin S. Gottesfeld (Sunday, July 19th, 2020).

Respectfully filed in accordance with the prison-

mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to The Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage and U.S.P.S. tracking number 9114 9023 0722 4290 6095 96, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the respondent and of his counsel on Sunday, July 19th, 2020, or the first opportunity thereafter;

by: /s/
Martin S. Gottesfeld, pro se
Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

2 of 3
2 of 6

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, certify I served a copy of the foregoing document on counsel for the respondent in the above-captioned case via 28 C.F.R. § 540.203 and in-hand delivery to her agent Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity on Sunday, July 19th, 2020, or the first opportunity thereafter, and that I was willing but unable to mail an additional copy to counsel for the respondent because the respondent will not make more than one (1) copy of my court filings despite his duty to do so under 28 C.F.R. § 543.11(g).

by: /s/ MSG
Martin S. Gottesfeld, pro se

## AMENDED CERTIFICATE OF SERVICE

I certify I handed the foregoing document along with a request for a copy thereof to Ms. Wheeler on Monday, July 20th, 2020, and was instructed to make my own copies because (1) the copier would be working later in the day and (2) I would likely have my new-normal 2-hour recreation time; therefore I mailed a copy to counsel for the respondent.

by: /s/ MSG   Martin S. Gottesfeld, pro se