Exhibit 1

## Declaration of Martin S. Gottesfeld:

I, Martin S. Gottesfeld, declare as follows pursuant to 28 U.S.C. § 1746(1):

1. I am the petitioner in the case of Gottesfeld v. Lammer, 2:20-cv-00012-JRS-MJD (herein "the case"), pending before The Honorable U.S. District Court for The Southern District of Indiana (herein "The Court").

2. The respondent instituted a near-total lockdown around the time of the three (3) federal death-penalty executions of Mr. Daniel Lewis Lee, Mr. Wesley Ira Purkey, and Mr. Dustin Lee Honken.

3. I left my cell only twice, each time for a brief shower, between 9:49 A.M. Sunday, July 12th, 2020, and 4:45 P.M. Saturday, July 18th, 2020.

4. There was a momentary AC power interruption and an alert from The National Weather Service today, and we are now totally locked down again — however, I am unsure if these events are related.

5. I believe the FBOP and the respondent may have re-evaluated the national 24-hour-per-day coronavirus # lockdown on Wednesday, July 15th, 2020, however, between putting Mr. Honken to death and today's events, the respondent reverted to the aforementioned 24-hour-per-day coronavirus lockdown.

6. The only copy machine to which I have access

is again not working, although I am cautiously optimistic it will be fixed for sooner than in the recent past.

7. My circumstances are otherwise materially indistinguishable from my Tuesday, May 19th, 2020, MOTION FOR AN EXTENSION OF TIME. Please cf. Docket entry (D.E.) 42.

8. Earlier, when I hoped to file my amended reply in this case on or before Monday, ~~August 10th~~ July 27th, 2020, I requested an extension of time in another case Brown v. Federal Bureau of Prisons, 1:19-cv-02795-RBW (D.D.C.), until Monday, August 10th, 2020.

9. Thus, the earliest I anticipate that I will be able to file an amended reply in support of the instant petition is Monday, August 24th, 2020.

10. Moreover, I wish to fill neither the instant docket nor The Court's time with monotonous motions for extensions; so, I would understand if The Court set a later date; otherwise, if the lockdown(s) continue past Monday, August 10th, 2020, I will likely file for a further extension.

I declare the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed Sunday, July 19th, 2020.

by: /s/ MSG
Martin S. Gottesfeld