Case 2:20-cv-00012-JRS-MJD   Document 50   Filed 08/07/20   Page 1 of 2 PageID #: 610

**FILED**
2:24 pm, Aug 07, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN GOTTESFELD,
pro se, Petitioner,
v.
B. LAMMER, WARDEN OF
The FCI Terre Haute,
Indiana, Respondent.

Case 2:20-cv-12-JRS-MJD

NOTICE

Petitioner Martin S. Gottesfeld, acting pro se, hereby notifies the Honorable Court and the respondent of his filing of Exhibit 1 hereto, Declaration of Martin S. Gottesfeld (Monday, August 3rd, 2020), and herein makes no motion in regards thereto while noting he will cite to this exhibit in future filing(s).

Respectfully filed in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to the Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage and U.S. Postal Service tracking no. 9114 9023 0722 4290 6094 35, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of

1 of 2
1 of 14

the respondent and of the respondent's counsel on Monday, August 3rd, 2020, or the first opportunity thereafter,

by: /s/ Martin S. Gottesfeld
Martin S. Gottesfeld, pro se
Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, certify that I mailed a copy of the foregoing document to counsel for the respondent in an envelope bearing sufficient affixed pre-paid First Class U.S. postage, handed to Ms. Jamie Wheeler concurrently with this filing,

by: /s/ Martin S. Gottesfeld
Martin S. Gottesfeld, pro se