UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN S. GOTTESFELD,
pro se, Petitioner

v.

B. LAMMER, Warden of
The FCI Terre Haute, Indiana,
Respondent.

No. 2:20-cv-00012-JRS-MJD

FILED
10:39 am, Aug 18, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## NOTICE

Petitioner Martin S. Gottesfeld (herein "the petitioner"), acting pro se, hereby notifies the Honorable Court and the respondent of the filing of Exhibit 1 hereto, Declaration of Martin S. Gottesfeld (Thursday, August 6th, 2020).

The petitioner will cite to these materials in his forthcoming amended reply in support of the instant verified petition for a writ of habeas corpus. He herein makes no motion at this time.

The materials are manifestly relevant to the related issues of exhaustion and unavailability of administrative remedies due to machination, misrepresentation, and intimidation. Indeed, it is quite telling that the events detailed therein under the penalty of perjury occurred while the respondent knew he was under the watchful eye

of The Court.

Respectfully filed in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to The Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage and U.S.P.S. tracking no. 9114 9023 0722 4792 9877 41, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the respondent on Thursday, August 6th, 2020, or the first opportunity thereafter,

by: /s/

Martin S. Gottesfeld, pro se
Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, certify that I mailed a copy of the foregoing document to counsel for the respondent in the above-captioned case by handing said copy in an envelope bearing sufficient affixed pre-paid First Class U.S. postage to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the respondent and of his counsel on Thursday, August 6th, 2020, or the first opportunity thereafter.

by: /s/ MSG
Martin S. Gottesfeld, pro se