

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

RECEIVED
AUG 1 7 2020
U.S. CLERK'S OFFICE