UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**

**5:39 pm, Aug 28, 2020**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
Roger A.G. Sharpe, Clerk

MARTIN GOTTESFELD, pro se,
Petitioner

v.

B. LAMMER, Warden of
the FCI Terre Haute, Indiana,
Respondent.

No. 2:20-cv-12-JRS-MJD

MOTION FOR AN EXTENSION OF TIME

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting pro se, hereby moves The Honorable Court for an extension of time until Wednesday, September 30, 2020, in which for him to file an amended reply in support of the instant petition.

The Court previously set a deadline of Monday, August 31, 2020. Dkt. 49.

In support of this motion, the petitioner herewith provides and respectfully directs The Court's attention to Exhibit 1 hereto, Declaration of Martin S. Gottesfeld (August 23, 2020).

Should The Court have any questions, the petitioner requests a brief telephonic hearing.

Respectfully filed under the prison-mailbox rule; Houston v. Lack, 487 U.S. 266 (1988); by mailing to The Court

in an envelope bearing sufficient affixed pre-paid First Class U.S. postage and tracking no. 9114 9023 0722 4290 6096 64, handed to Ms. ~~Jamie Wheeler~~ Rebekah Essele of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the respondent and of his counsel Sunday, August 23, 2020, or the first opportunity thereafter,

by: _____

Martin S. Gottesfeld, pro se, Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, certify that I served a copy of the foregoing document on counsel for the respondent in the above-captioned case by in-hand delivery to her agent Ms. ~~Jamie Wheeler~~ Rebekah Essele Sunday, August 23, 2020, or the first opportunity thereafter, cf. 28 C.F.R. § 540.203,

by: _____

Martin S. Gottesfeld, pro se

Page 2 of 2

2 of 4