Exhibit 1

Declaration of Martin S. Gottesfeld

I declare as follows pursuant to 28 U.S.C. § 1746(1):

1. I am Martin S. Gottesfeld, the petitioner in Gottesfeld v. Lammer, 2:20-cv-00012-JRS-MJD (herein "the case"), pending before The Honorable U.S. District Court for the Southern District of Indiana (herein "The Court").

2. My unit, the FCI Terre Haute CMU, is currently locked down through no fault of mine and I cannot predict when the lockdown will end.

3. In the past five days I've had no access to the law library; indeed, I've left my cell only once, briefly, to shower.

4. Even if the lockdown soon abates, we are almost certain to go back on lockdown for the two lethal injections scheduled this week for Mr. Lezmond Mitchell on Wednesday, August 26th, and Mr. Keith Dwayne Nelson, Friday, August 28th.

5. Thereafter, inter alia, I must complete a reply in Brown v. Federal Bureau of Prisons, 19-cv-02795-RBW (D.D.C.), file for bail pending appeal in United States v. Gottesfeld, 16-cr-10305-NMG (D. Mass.), assist my attorney in composing a reply brief (assuming the government meets its August 31st deadline) in United States v. Gottesfeld, 18-1669 (1st Cir.), and file an FTCA suit pursuant to a Form 95 filed last September.

6. I believe the earliest I can reasonably expect to file an amended reply in the instant case is now Wednesday,

September 30, 2020, although I will file earlier if able.

7. Prior to this most recent lockdown, I was diligently working on my amended reply for the instant case in the law library nearly every moment I was outside my cell and I believe without the lockdown I would have met the current August 31, 2020, deadline.

8. I would happily file my progress on my reply *ex parte* if The Court so wished.

9. I detest the delays beyond my control in the case that separate me from my just remedy as the injured party; I am eager to perfect the record with my amended reply then see its merits adjudicated, even if I must appeal thereafter.

10. I am unable to mail a physical copy of this filing to counsel for the respondent because the respondent deprives me of direct access to a photocopier and his agents refuse to make sufficient copies of my filings despite 28 C.F.R. § 543.11.

I declare the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed Sunday, August 23, 2020.

by: /s/ Martin S. Gottesfeld
Martin S. Gottesfeld

Page 2 of 2
4 of 4