UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN GOTTESFELD, pro se, Petitioner,
v.
B. LAMMER, Warden of The FCI Terre Haute, Indiana, Respondent.

Case 2:20-cv-12-JRS-MJD

FILED
3:37 pm, Sep 04, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

SUPPLEMENTAL MOTION FOR THE RECRUITMENT OF COUNSEL

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting pro se, hereby supplements his previous MOTION FOR THE RECRUITMENT OF COUNSEL.

In further support of said motion, the petitioner herewith provides Exhibit 1, Declaration of Martin S. Gottesfeld (Monday, August 31, 2020). The denial of Due Process and the withholding of administrative remedies by the respondent and his "(il)legal staff" demonstrate recruitment of counsel is in the interests of justice and judicial economy.

Respectfully filed under the prison-mailbox rule; Houston v. Lack, 487 U.S. 266 (1988); by mailing to The Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage and tracking no. 9114 9023 0722 4290 6098 86, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team, acting in her official capacity as an agent of the

respondent and of his counsel, Monday, August 31, 2020, or the first opportunity thereafter,

by: [signature]

Martin S. Gottesfeld, pro se
Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, certify I cannot mail a copy of the foregoing document to counsel for the respondent in the above-captioned case because he and his agents refuse to make sufficient copies despite their nondiscretionary duty to do so; nonetheless, a ~~[struck]~~ copy will be served upon counsel for the respondent via in-hand delivery to her agent and 28 C.F.R. § 540.203,

by: [signature]

Martin S. Gottesfeld, pro se