

Monday, August 31, 2020; <u>Houston v. Lack</u>, 487 U.S. 266 (1988)

RECEIVED
SEP 4 2020
U.S. CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER