Martin S. Gottesfeld
Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

RECEIVED
SEP 8 2020
U.S. CLERK'S OFFICE






⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Thursday, August 27, 2020; Houston v. Lack, 487 U.S. 266 (1988)

BC
9/5

UNITED STATES
PACKAGE SCR...
X-RAY/MAGN...