Martin S. Gottesfeld
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

USPS TRACKING #
9114 9023 0722 4290 6099 23

⇔12982-104⇔
North Central Region
400 State AVE
Kansas CITY, KS 66101-2492
United States

Admin. rem. no. 1000236-R1 (resubmission)
Saturday, September 5, 2020

20 of 20
48 of 48

Martin S. Gottesfeld
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Saturday, September 5, 2020; <u>Houston v. Lack</u>, 487 U.S. 266 (1988)

RECEIVED

SEP 11 2020

U.S. CLERK'S OFFICE

