UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**
**10/05/2020**
**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

MARTIN S. GOTTESFELD,
pro se, Petitioner,
v.
B. LAMMER, Warden of
the FCI Terre Haute, Indiana,
Respondent.

No. 2:20-cv-12-JRS-MJD

## MOTION FOR AN EXTENSION OF TIME

Petitioner Martin S. Gottesfeld (herein "the petitioner"), acting pro se, hereby moves The Honorable Court for an extension of time until Monday, November 2, 2020, in which for him to file his amended reply in support of the instant petition.

In support of this motion the petitioner herewith provides and respectfully directs The Court's attention to Exhibit 1 hereto (Declaration of Martin S. Gottesfeld; Friday, September 25, 2020).

The petitioner further respectfully notes his pending supplemental motion for recruitment of counsel.

Respectfully filed under the prison-mailbox rule; Houston v. Lack, 487 U.S. 266 (1988); by mailing to the Court in an envelope bearing sufficient affixed pre-paid U.S. First Class postage and U.S.P.S. tracking no. 9114 9023 0722 4290 6097 87,

handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of the respondent Friday, September 25, 2020, or the first opportunity thereafter,

by: /s/ MSG

Martin S. Gottesfeld, pro se
Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, certify I mailed a copy of the foregoing document to counsel for the respondent in the above-captioned case in an envelope bearing sufficient affixed pre-paid First Class U.S. postage, handed to Ms. Jamie Wheeler in her official capacity as an agent of the respondent and of his counsel Friday, September 25, 2020, or the first opportunity thereafter,

by: /s/ MSG

Martin S. Gottesfeld, pro se

Exhibit 1

Declaration of Martin S. Gottesfeld:

I declare as follows pursuant to 28 U.S.C. § 1746(1):

1. I am Martin S. Gottesfeld, the petitioner in the case Gottesfeld v. Lammer, 2:20-cv-12-JRS-MJD (herein "the case"), pending before The Honorable U.S. District Court for The Southern District of Indiana (herein "The Court").

2. My circumstances in re law-library access remain materially unchanged from those described in my earlier motions for extensions filed in the case.

I declare the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed Friday, September 25, 2020.

by: GTG
Martin S. Gottesfeld