Martin S. Gottesfeld
Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808


9114 9023 0722 4290 6097 87




⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Friday, September 25, 2020; Houston v. Lack, 487 U.S. 266 (1988)

FILED
6 2020
OFFICE
TERRE HAUTE, INDIANA


UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER