UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN S. GOTTESFELD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:20-cv-00012-JRS-MJD |
| ) | |
| B. LAMMER, ) | |
| ) | |
| Respondent. ) | |

**ORDER DENYING MOTIONS TO APPOINT COUNSEL
AND GRANTING MOTION FOR TIME**

Martin Gottesfeld's motions to appoint counsel, dkts. [55] and [56], are **denied**.

Mr. Gottesfeld is not seeking relief from a death sentence, and there is no indication at this stage that this matter will proceed to an evidentiary hearing, so Mr. Gottesfeld is not entitled to assistance from counsel. *See* 18 U.S.C. § 3599(a)(2); *McFarland v. Scott,* 512 U.S. 849, 855 (1994); Rule 8(c) of the *Rules Governing Section 2254 Cases*. Therefore, whether to appoint counsel is purely a discretionary matter. *See* 18 U.S.C. § 3006A(a)(2)(B) ("Whenever . . . the court determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . is seeking relief under section 2241, 2254, or 2255 of title 28."); *see also Winsett v. Washington,* 130 F.3d 269, 281 (7th Cir. 1997); *Pruitt v. Mote,* 503 F.3d 647, 654 (7th Cir. 2007).

The courts have made appointment of counsel the exception rather than the rule in habeas cases by limiting it to: (1) capital cases; (2) cases that turn on substantial and complex procedural, legal or mixed legal and factual questions; (3) cases involving uneducated or mentally or physically impaired petitioners; (4) cases likely to require the assistance of experts either in

framing or in trying the claims; (5) cases in which the petitioner is in no position to investigate crucial facts; and (6) factually complex cases. *See generally* 1 J. Liebman & R. Hertz, *Federal Habeas Corpus Practice and Procedure* § 12.3b at 383-86 (2d ed. 1994). None of these circumstances currently applies in this case. Accordingly, the Court declines to recruit counsel to assist Mr. Gottesfeld at this time.

Mr. Gottesfeld's motion for extension of time, dkt. [58], is **granted**. Mr. Gottesfeld shall have **through November 2, 2020**, to file an amended reply.

**IT IS SO ORDERED.**

Date: 10/7/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARTIN S. GOTTESFELD
12982-104
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Lara K. Langeneckert
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lara.langeneckert@usdoj.gov