UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN S. GOTTESFELD,
pro se, petitioner,
v.
B. LAMMER, Warden of
The FCI Terre Haute, Indiana,
respondent.

No. 2:20-cv-12-JRS-MJD

## MOTION FOR AN EXTENSION OF TIME

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting pro se, hereby moves The Honorable Court for an extension of time until Tuesday, December 1, 2020, in which for him to file an amended reply in support of the instant petition.

The Court previously ordered the petitioner to file his reply by Monday, November 2, 2020. Dkt. 59 at 2.

In support of this motion the petitioner herewith provides and respectfully directs The Court's attention to Exhibit 1 (Declaration of Martin S. Gottesfeld; Tuesday, October 27, 2020).

Respectfully filed under the prison-mailbox rule; Houston v. Lack, 487 U.S. 266 (1988); by mailing to The Court in an envelope bearing sufficient affixed pre-paid First-Class U.S. postage and tracking no. 9114 9023 0722 4290 6098 00, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of the respondent Tuesday, October 27, 2020, or the first opportunity thereafter;

by: /s/

Martin S. Gottesfeld, pro se
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

### CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, certify that I caused digital copies of the foregoing document to be delivered to the respondent in the above-captioned case and to his counsel under 28 C.F.R. § 540.203 on Tuesday, October 27, 2020, or the first opportunity thereafter;

by: /s/
Martin S. Gottesfeld

2 of 2
2 of 3