Exhibit 1

## Declaration of Martin S. Gottesfeld:

I declare as follows pursuant to 28 U.S.C. § 1746(1):

1. I am Martin S. Gottesfeld, the petitioner in Gottesfeld v. Lammer, 2:20-cv-12-JRS-MJD (S.D. Ind.)

2. My status remains materially unchanged since my last motion for an extension of time.

I declare the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed Tuesday, October 27, 2020.

by: /s/ MG
Martin S. Gottesfeld