

Tuesday, October 27, 2020; <u>Houston v. Lack</u>, 487 U.S. 266 (1988)