UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MARTIN S. GOTTESFELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00012-JRS-MJD |
| | ) | |
| B. LAMMER, | ) | |
| | ) | |
| Respondent. | ) | |

**ENTRY GRANTING MOTION FOR EXTENSION OF TIME**

Martin Gottesfeld's motion for an extension of time, dkt. [60], is **granted**. Mr. Gottesfeld shall have **through January 4, 2021**, to file an amended reply.

**IT IS SO ORDERED.**

Date: 11/11/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARTIN S. GOTTESFELD
12982-104
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Lara K. Langeneckert
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lara.langeneckert@usdoj.gov