UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN S. GOTTESFELD,
pro se, Petitioner,

v.

BRIAN LAMMER, Warden of
the FCI Terre Haute, Indiana,
Respondent.

No. 2:20-cv-12-JRS-MJD

FILED
01/06/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## MOTION FOR AN EXTENSION OF TIME

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting pro se, hereby moves the Honorable Court for an extension of time until Monday, February 1, 2021, in which to file his amended reply in support of the instant petition.

In support of this motion the petitioner herewith provides and respectfully directs the Court's attention to exhibits 1 through 3 hereto.

Respectfully filed in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to the Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage and tracking no. 9114 9023 0722 4290 6096 33, handed to Ms. Rebekka Eisele of the FCI Terre Haute CMU unit team while in her official capacity as an agent of both the respondent and his counsel Thursday, December 24, 2020, or the first opportunity thereafter,

by: /s/

Martin S. Gottesfeld, pro se
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## Certificate of Service

I certify that I mailed a copy of the foregoing document to counsel for the respondent in the above-captioned case by handing said copy in an envelope bearing sufficient affixed pre-paid First Class U.S. postage to Ms. Rebekka Eisele in her official capacity Thursday, December 24, 2020, or the first opportunity thereafter,

by: /s/
Martin S. Gottesfeld

- Page 2 of 2 -