# COVID-19 Vaccine Is Safe!



**70,000+** people were in the clinical trials for Pfizer and Moderna vaccines.



The most common side effects were sore arms and headaches.



**No serious side effects** were reported, even months later.



The vaccine cannot give you COVID-19.



GOTTESFELD, MARTIN  12982104



# END COVID-19

**HELP** get things back to normal.

**VACCINATIONS PROTECT** you, your family, and friends.

**YOU** can choose to protect yourself from the dangers of COVID-19.

GOTTESFELD, MARTIN  12982104

Exhibit E

2 f-g-sxR

Exhibit 3

# Declaration of Martin S. Gottesfeld

I declare as follows pursuant to 28 U.S.C. § 1746(1):

1. I am Martin S. Gottesfeld, petitioner in Gottesfeld v. Lammer, 2:20-cv-00012-JRS-MJD (S.D. Ind.)

2. I printed exhibits 1 and 2 hereto from the FCI Terre Haute electronic bulletin board, where they recently appeared as an apparent teaser-trailer for coronavirus vaccines.

3. Respondent Lammer, however, has provided me no timeline whatsoever as to when vaccinations are expected to begin or law-library access increase from the status quo.

4. Thus with the exception that now there is hope for change in the foreseeable future[1] my status remains materially unchanged since the last motion I filed for an extension of time.

I declare the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed Thursday, December 24, 2020.

by: /s/
Martin S. Gottesfeld

---

[1] None of this is to say that I personally will take the vaccines; for a litany of reasons I will decline them.

- Page 1 of 1 -