

Martin S. Gottesfeld
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

UNITED STATES
POSTAL SERVICE®

USPS TRACKING #



9114 9023 0722 4290 6096 33

Label 400 Jan. 2013
7690-16-000-7948

⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Thursday, December 24, 2020; Houston v. Lack, 487 U.S. 266 (1988).

FILED

JAN   6 2021

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA



UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

MAIL FROM FEDERAL
CORRECTIONAL INSTITUTION