UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**

**02/08/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

MARTIN S. GOTTESFELD, *pro se*, )
    Petitioner, )
       v. )    No. 2:20-cv-00012-JRS-MJD
B. LAMMER, Warden of )
The FCI Terre Haute, Indiana, )
    Respondent. )

## MOTION FOR AN EXTENSION

Petitioner Martin S. Gottesfeld (herein the "petitioner"), acting *pro se*, hereby moves The Honorable Court for an extension of time in which to file his amended reply in support of the instant petition until Monday, March 1, 2021.

In support of this motion, the petitioner herewith provides and respectfully directs The Court's attention to Declaration of Martin S. Gottesfeld (Tuesday, January 26, 2021). Exhibit 1.

The petitioner further notes his upcoming deadline for his reply brief in his direct appeal, due Friday, February 5, 2021. *See United States v. Gottesfeld*, 18-1669 (1st Cir.) The petitioner also must prepare for a March 5, 2021, hearing before The U.S. District Court for The District of Columbia. *See Brown v. Fed. Bureau of Prisons*, 19-cv-02795-RBW (D.D.C.)

Respectfully filed under the prison-mailbox rule; *Houston v. Lack*, 487 U.S. 266 (1988); by mailing to The Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage and tracking no. 9114 9022 0078 9065 3690 47, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while in her official capacity, Tuesday, January 26, 2021, or the first opportunity thereafter,

by: _____
Martin S. Gottesfeld, *pro se*
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, *pro se*, certify that I mailed a copy of the foregoing document to counsel for the respondent in the above-captioned case by mailing said copy in an envelope bearing sufficient affixed pre-paid First Class U.S. postage, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while in her official capacity, Tuesday, January 26, 2021, or the first opportunity thereafter,

by:

_____
Martin S. Gottesfeld, *pro se*

- Page 2 of 2 -