Exhibit 1

## Declaration of Martin S. Gottesfeld:

I declare as follows pursuant to 28 U.S.C. § 1746(1):

1. I am Martin S. Gottesfeld, petitioner in Gottesfeld v. Lammer, 2:20-cv-00012-JRS-MJD (S.D. Ind.)

2. The daily schedule in the FCI Terre Haute CMU during the Covid-19 pandemic materially changed on Saturday, January 23, 2021.

3. Should this new schedule hold — which last time it didn't — then I expect to complete my amended reply in support of my petition in the above-captioned case Monday, March 1, 2021.

4. As an example of the delays I still face, illustrative but by no means exhaustive, two of the five law-library machines in the CMU are disabled and two of the three typewriters are badly broken; this is one of the busiest units in the BOP for pro se litigation and many prisoners have backlogs like mine; so, e.g., I had insufficient time today to look up case law and type this declaration.

I declare the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed Tuesday, January 26, 2021.

by: /s/ Martin S. Gottesfeld
Martin S. Gottesfeld, pro se

- Page 1 of 1 -