```
Martin S. Gottesfeld
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808
```





```
⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States
```

Tuesday, January 26, 2021; Houston v. Lack, 487 U.S. 266 (1988)

FILED

FEB 08 2021

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

BC
2/6

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER