UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN S. GOTTESFELD, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) No. 2:20-cv-00012-JRS-MJD |
| B. LAMMER, | ) ) ) |
| Respondent. | ) |

**ENTRY DENYING MOTION FOR EXTENSION OF TIME**

Martin Gottesfeld's deadline to file an amended reply is March 15, 2021. Dkt. 63. Accordingly, Mr. Gottesfeld's for an extension through March 1, dkt. [64], is **denied**. Mr. Gottesfeld continues to have through March 15, 2021, to file his amended reply.

    **IT IS SO ORDERED.**

Date: 2/12/2021

_[signature]_
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARTIN S. GOTTESFELD
12982-104
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Lara K. Langeneckert
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lara.langeneckert@usdoj.gov