UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**

**03/11/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

MARTIN S. GOTTESFELD, *pro se*, )
    Petitioner, )
      v. )
B. LAMMER, Warden of )
The FCI Terre Haute, Indiana, )
    Respondent. )

No. 2:20-cv-00012-JRS-MJD

## MOTION FOR AN EXTENSION

Petitioner Martin S. Gottesfeld (hereinafter the "petitioner"), *pro se*, hereby moves The Honorable Court for an extension of time in which to file his amended reply in support of the instant petition until Thursday, April 15, 2021.

In support of this motion the petitioner herewith provides and respectfully directs The Court's attention to Declaration of Martin S. Gottesfeld (Sunday, February 28, 2021). Exhibit 1.

The petitioner also notes that the filing of his reply brief in his direct appeal took three weeks longer than anticipated in his previous motion for an extension and was just completed Friday, February 26, 2021. *See United States v. Gottesfeld*, 18-1669 (1st Cir.) and cf. instant dkt. 64 at 1.

Further, the hearing the petitioner anticipated for March 5, 2021, before The U.S. District Court for The District of Columbia was canceled and a motion hearing requiring more preparation is now scheduled for March 17, 2021. *See Brown v. Fed. Bureau of Prisons*, 19-cv-02795 (RBW) dkt. 39, (D.D.C. Feb. 19, 2021).

Amid the preparation for this motion hearing the petitioner is preparing to file for bail pending appeal, and, ultimately may do so *pro se*, as he also solicits civil representation for the instant matter and other cases. *Cf.*, *again,* Exhibit 1.

- Page 1 of 2 -

Respectfully filed under the prison-mailbox rule: *Houston v. Lack*, 487 U.S. 266 (1988); by mailing to The Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage and tracking no. 9114 9023 0722 4792 9861 02, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team in her official capacity Sunday, February 28, 2021, or the first opportunity thereafter,

by: _____
      Martin S. Gottesfeld, *pro se*
      Reg. no. 12982-104
      Federal Correctional Institution
      P.O. Box 33
      Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, *pro se*, certify that I mailed a copy of the foregoing document to counsel for the respondent in the above-captioned case in an envelope bearing sufficient affixed pre-paid First Class U.S. postage, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team in her official capacity Sunday, February 28, 2021, or the first opportunity thereafter,

by: _____
      Martin S. Gottesfeld