Exhibit 1

Declaration of Martin S. Gottesfeld

I declare as follows pursuant to 28 U.S.C. § 1746(1):

1. I am Martin S. Gottesfeld, petitioner in *Gottesfeld v. Lammer*, 2:20-cv-00012-JRS-MJD (S.D. Ind.) (hereinafter the "case").

2. My status remains materially unchanged since I filed my last motion for an extension of time. (though two of the typewriters are now working in the FCI Terre Haute CMU law library, two of the five computers remain non-operational and my library hours remain less than half of what they were prior to the BOP's modified operations for the coronavirus).

3. With my reply brief filed in my direct appeal of my conviction now filed I am preparing to file for bail pending appeal.

4. I expect to speak with Attorney Michael Pabian in the next two weeks about the bail filing, which will be comprehensive: therein I shall renew motions to disqualify both the magistrate and district judges assigned to the district court case and vacate their detention orders, establish the strength of my direct appeal, i.e. that a new trial is likely due to a number of factors, and that any reindictment by the government would be futile under *Barker v. Wingo*.

5. I am hopeful Attorney Pabian will agree to file this motion in the district court, however, should he disagree I shall file it *pro se*.

6. I am also soliciting civil attorneys to represent me in the case and other matters, both pending and soon to be filed. This is a not-insignificant effort that taxes my available time for document preparation.

I declare that the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed Sunday, February 28, 2021.

by: /s/ MSG
Martin S. Gottesfeld