Martin S. Gottesfeld
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808







⇔ 12982-104 ⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Sunday, February 28, 2021; *Houston v. Lack*, 487 U.S. 266 (1988)

FILED

MAR 11 2021

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER



INDIANAPOLIS 46206
WED 03 MAR 2021 PM