FILED
04/09/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

```
MARTIN S. GOTTESFELD, pro se,   )
      Petitioner,               )
                                )
      v.                        )   No.  2:20-cv-00012-JRS-MJD
                                )
B. LAMMER, Warden of            )
The FCI Terre Haute, Indiana,   )
      Respondent.               )
```

## MOTION FOR AN EXTENSION

Petitioner MARTIN S. GOTTESFELD (hereinafter the "petitioner"), pro se, hereby moves The Honorable Court for an extension of time until Monday, May 17, 2021, in which to file his amended reply in support of the instant petition.

In support of the instant motion the petitioner herewith provides and respectfully directs The Court's attention to Declaration of Martin S. Gottesfeld (Friday, April 2, 2021), Exhibit 1.

The petitioner also notes that he must take a time-sensitive appeal of a final order denying him intervention in another case. *See Brown v. Fed. Bureau of Prisons*, 19-cv-02795 (RBW) MINUTE ORDER (D.D.C. Mar. 17, 2021).

Concurrently the petitioner is working diligently to file pro se for bail pending appeal in The District of Massachusetts. Exhibit 1.

Respectfully filed under the prison-mailbox rule; *Houston v. Lack*, 487 U.S. 266 (1988); by mailing to The Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage and tracking no. 9114 9023 0722 4792 9864 09, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of the respondent Friday, April 2, 2021, or the first opportunity thereafter,

by: _____
Martin S. Gottesfeld, *pro se*
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, *pro se*, certify that I mailed a copy of the foregoing document to counsel for the respondent in the above-captioned case in an envelope bearing sufficient affixed pre-paid First Class U.S. postage, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team in her official capacity Friday, April 2, 2021, or the first opportunity thereafter,

by: _____
Martin S. Gottesfeld