Exhibit 1

Declaration of Martin S. Gottesfeld

I declare as follows pursuant to 28 U.S.C. § 1746(1):

1. I am Martin S. Gottesfeld, petitioner in *Gottesfeld v. Lammer*, 2:20-cv-00012-JRS-MJD (S.D. Ind.) (hereinafter the "case").

2. My status remains materially unchanged since I filed my last motion for an extension (though two of the typewriters are now working in the FCI Terre Haute CMU law library, two of the five computers remain non-operational and my library hours remain less than half of normal).

3. I am preparing *pro se* a motion for bail pending appeal in *United States v. Gottesfeld*, 16-cr-10305 (D. Mass.); it is a comprehensive motion; my draft thus far numbers twenty-three (23) pages plus exhibits.

4. My bail pending appeal motion requires coordination with my appellate attorney, Michael Pabian, Esq., to ensure full presentation of all relevant facts and law to the district court ahead of any appeal pursuant to Fed. R. App. P. 9(b).

5. This coordination, *inter alia*, takes considerable typewriter time.

6. Today I had a 45-minute attorney call with an Indiana lawyer who is now reviewing the case with an eye towards possible representation, but his schedule will preclude a final decision before next week.

I declare that the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed Friday, April 2, 2021.

by: /s/ Martin S. Gottesfeld
Martin S. Gottesfeld