Martin S. Gottesfeld
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808





⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Friday, April 2, 2021; *Houston v. Lack*, 487 U.S. 266 (1988)

**FILED**

APR  9 2021

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

