UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
05/10/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

MARTIN S. GOTTESFELD, *pro se*,
    Petitioner,

v.

B. LAMMER, Warden of
The FCI Terre Haute, Indiana,
    Respondent.

No. 2:20-cv-00012-JRS-MJD

## MOTION FOR AN EXTENSION

Petitioner MARTIN S. GOTTESFELD (hereinafter the "petitioner"), *pro se*, hereby moves The Honorable Court for an extension of time until Tuesday, June 15, 2021, in which to file his amended reply in support of the instant petition.

In support of this motion, the petitioner herewith includes and respectfully directs The Court's attention to Declaration of Martin S. Gottesfeld (Friday, April 30, 2021), Exhibit 1.

Respectfully filed in accordance with the prison-mailbox rule; *Houston v. Lack*, 487 U.S. 266 (1988); by mailing to The Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage and tracking number 9114 9022 0078 9065 3690 85, handed to Ms. Jamie Wheeler in her official capacity as an agent of the respondent Friday, April 30, 2021, or the first opportunity thereafter,

by: /s/ Martin S. Gottesfeld
Martin S. Gottesfeld, *pro se*
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, *pro se*, certify that I caused a digital copy of the foregoing document to be served upon counsel for the respondent in the above-captioned case when I handed this filing to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of both the respondent and of his counsel Friday, April 30, 2021, or the first opportunity thereafter, for marshaling to The U.S. Postal Service and mailing to This Court; cf. 28 C.F.R. § 540.203 (prisoners' mailings to U.S. courts inspected for contents by BOP),

by: /s/ 
Martin S. Gottesfeld