Declaration of Martin S. Gottesfeld

I, Martin S. Gottesfeld, declare as follows pursuant to 28 U.S.C. § 1746(1):

1. I am Martin S. Gottesfeld, petitioner in *Gottesfeld v. Lammer*, 2:20-00012-JRS-MJD (S.D. Ind.) (hereinafter the "case").

2. My status since my last motion for an extension has materially changed.

3. All of the law-library computers in the FCI Terre Haute CMU are broken and no fix is within sight.

4. The photocopier for the CMU law library is also broken; agents of the respondent claim a new photocopier has been ordered, but, as This Court has previously found, such claims by this respondent, *et al.*, are highly dubious. *Cf. Smith v. Barr*, No. 2:20-cv-00630-JMS-DLP, 2021 U.S. Dist. LEXIS 2798 (S.D. Ind. Jan. 7, 2021) ("This declaration [by FCC Terre Haute Complex Warden Watson] has proven to be wholly false.")

5. One of the CMU law-library typewriters remains missing.

6. An Indiana attorney has been attempting to have a privileged legal call with me for over a week to discuss, *inter alia*, his representation in the case, but the author of the incident report most relevant to the case, Ms. Rebekka Eisele, who is also my case manager, has supposedly been "on vacation" this week and the respondent has failed to have her duties properly covered during her "vacation."

I declare the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed Friday, April 30, 2021.

by: _____
    Martin S. Gottesfeld

MSG
2021-04-30
-7

7. While I was awaiting an opportunity to provide this filing to the CMU unit team for mailing to The Court, two of the five law-library machines quite unexpectedly began working Friday afternoon, April 30, 2021; nonetheless, the majority of the machines remain down; of the two that are now operational, one is primarily used for printing and is thus awkward to use for long sessions of Lexus®; there are now 50 prisoners in this unit, so the non-printing machine is in high demand and thus also awkward to use for long law-library sessions; and unit team staff have expressly instructed us to "share," i.e. not remain logged in for long.

MSG
2021-05-02

8. Sunday, afternoon, May 2, 2021, the two law-library machines returned to their malfunctioning state; I am again without law-library access.