

Friday, April 30, 2021; *Houston v. Lack*, 487 U.S. 266 (1988)