FILED
06/16/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN S. GOTTESFELD, *pro se*, Petitioner,<br>v.<br>B. LAMMER, Warden of The FCI Terre Haute, Indiana, Respondent. | No. 2:20-cv-00012-JRS-MJD |

## MOTION FOR AN EXTENSION

MARTIN S. GOTTESFELD, Petitioner, *pro se*, hereby moves The Honorable Court for an extension of time until Friday, July 16, 2021, in which to file his amended reply in support of the instant petition.

In support of this motion Petitioner respectfully directs The Court's attention to Declaration of Martin S. Gottesfeld (Wednesday, June 9, 2021), Exh. 1.

Respectfully filed under the prison-mailbox rule, *Houston v. Lack*, 487 U.S. 266 (1988); by mailing to The Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage and tracking no. 9114 9022 0078 9497 2465 03, handed in-person to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of the respondent and of his counsel Wednesday, June 9, 2021, or the first opportunity thereafter,

by: /s/ Martin S. Gottesfeld
Martin S. Gottesfeld, *pro se*
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, MARTIN S. GOTTESFELD, *pro se*, certify that I mailed a copy of the foregoing document to counsel for the respondent in the above-captioned case in an envelope bearing sufficient affixed pre-paid First Class U.S. postage, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of the respondent and of his counsel Wednesday, June 9, 2021, or the first opportunity thereafter, simultaneously effecting parallel service thereupon under 28 C.F.R. § 540.203,

by: _____
Martin S. Gottesfeld, *pro se*
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808