Martin S. Gottesfeld
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

**FILED**
JUN 16 2021
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA


USPS TRACKING #
9114 9022 0078 9497 2465 03



⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Wednesday, June 9, 2021; *Houston v. Lack*, 487 U.S. 266 (1988)

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER