UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
07/19/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

MARTIN S. GOTTESFELD, pro se,
    Petitioner,
    v.
B. LAMMER, Warden of
The FCI Terre Haute, Indiana,
    Respondent.

No. 2:20-cv-00012-JRS-MJD

## MOTION FOR AN EXTENSION OF TIME

    MARTIN S. GOTTESFELD, Petitioner, pro se, hereby moves The Honorable Court for an extension of time until Wednesday, September 22, 2021, in which to file his amended reply in support of the instant petition.

    In support of this motion, Petitioner provides and respectfully directs The Court's attention to Declaration of Martin S. Gottesfeld (Wednesday, July 14, 2021), Exhibit 1. Petitioner remains at This Court's disposal should This Court be left with any questions.

    Respectfully filed under the prison-mailbox rule, Houston v. Lack, 487 U.S. 266 (1988), in an envelope bearing sufficient affixed pre-paid First Class U.S. postage and track. no. 9114 9022 0078 9065 3692 38, handed to Ms. Rebekka Eisele of the FCI Terre Haute CMU unit team in her official capacity as an agent of Respondent and of his counsel Wednesday, July 14, 2021, or the first opportunity thereafter,

by: /s/ [signature]
Martin S. Gottesfeld, pro se, # 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, *pro se*, certify I mailed a copy of the foregoing document to counsel for the respondent in the above-captioned case by handing said copy in an envelope bearing sufficient affixed pre-paid First Class U.S. postage to Ms. Rebekka Eisele of the FCI Terre Haute CMU unit team in her official capacity as an agent of Respondent and of his counsel Wednesday, July 14, 2021, or the first opportunity thereafter, and that I separately affected service via 28 C.F.R. § 540.203,

by: _____
Martin S. Gottesfeld, *pro se*