Declaration of Martin S. Gottesfeld

I hereby declare as follows pursuant to 28 U.S.C. § 1746(1):

1. I am Martin S. Gottesfeld, petitioner in *Gottesfeld v. Lammer*, 2:20-cv-00012-JRS-MJD (S.D. Ind.) (hereinafter the "case").

2. Since my last motion for an extension I have spent nearly every waking moment outside of my cell in the law library composing my motion for bail pending appeal, on which I am still working. *See, generally, United States v. Gottesfeld*, No. 18-1669 (1st Cir.), *appeal taken from* 16-cr-10305-NMG (D. Mass.).

3. If successful my appeal likely would render this case moot. *See* Declaration of Martin S. Gottesfeld, Exh. 1 to my previous motion for an extension.

4. If unsuccessful then I will continue my efforts to retain counsel for this case. *Id.*

5. Upon cursory inspection of recent First Circuit rulings, the apparent median time for a decision following oral argument is three (3) months.

6. My oral arguments were June 8, 2021, so my apparent median time for an appellate decision is September 8, 2021.

I declare that the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed Wednesday, July 14, 2021.

by: /s/ *[signature]*
Martin S. Gottesfeld