UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
09/23/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

MARTIN S. GOTTESFELD, *pro se*, )
    Petitioner, )
    v. )    No. 2:20-cv-00012-JRS-MJD
B. LAMMER, Warden of )
The FCI Terre Haute, Indiana, )
    Respondent. )

## MOTION FOR AN EXTENSION OF TIME

    MARTIN S. GOTTESFELD, *pro se*, Petitioner, hereby moves The Honorable Court for an extension of time until Monday, November 15, 2021, in which to file his amended reply in support of the instant petition for a writ of habeas corpus.

    Petitioner's direct appeal of his criminal conviction remains pending. See *United States v. Gottesfeld*, 18-1669 (1st Cir.). As Petitioner noted in his previous motion for an extension, a favorable appellate ruling may moot this case. A further extension is thus in the interests of justice and judicial economy.

    Respectfully filed pursuant to the prison-mailbox rule, *Houston v. Lack*, 487 U.S. 266 (1988), by mailing to The Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage and USPS track. no. 9114 9022 0078 9647 6703 87, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of the respondent Thursday, September 16, 2021, or the first opportunity thereafter,

by: /s/ *[signature]*
Martin S. Gottesfeld, *pro se*, Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, *pro se*, certify that I mailed a copy of the foregoing document to counsel for the respondent in the above-captioned case by handing said copy in an envelope bearing sufficient affixed pre-paid First Class U.S. postage to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of the respondent and of his counsel Thursday, September 16, 2021, or the first opportunity thereafter, and that by so doing I also effected service via 28 C.F.R. § 540.203,

by /s/ *MSG*
Martin S. Gottesfeld, *pro se*