UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN GOTTESFELD, pro se,
Petitioner,
v.

No. 2:20-cv-00012-JRS-MJD

B. LAMMER, Warden of
the FCI Terre Haute, IN,
Respondent.

FILED
02/10/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## NOTICE OF CHANGE OF ADDRESS TO USP MARION

MARTIN GOTTESFELD, Petitioner, pro se, hereby notifies this Court of his new address:

Martin Gottesfeld
Reg. no. 12982-104
United States Penitentiary
P.O. Box 2000
Marion, IL 62959.

Petitioner notes that this Court retains jurisdiction. In re Hall, 988 F.3d 376 (7th Cir. 2021), distinguishing Ex Parte Endo, 323 U.S. 283 (1944) from Rumsfeld v. Padilla, 542 U.S. 426 (2004) and rescinding transfer of § 2241 petition.

"Generally, a habeas corpus petition is most desirable in the district where the material events took place and where the records and witnesses are likely found." Smith-El v. Warden, 2021 U.S. Dist. LEXIS 17635, No. 20-cv-1319-DWD (S.D. Ill. Jan. 29, 2021), citing Braden v. 30th Judicial Circuit Court of Kentucky, 410 U.S. 484, 493-94 (1973). The instant material events took place and the records and witnesses are likely found in Terre Haute.

Petitioner objects to any transfer of the instant case to elsewhere.

Respectfully submitted under the prison-mailbox rule, Houston v. Lack, 487 U.S. 266 (1988), in an envelope bearing sufficient affixed pre-paid First Class U.S. postage, handed to Ms. Hill of the USP Marion CMU unit team in her official capacity as an agent of the respondent Thursday, January 27, 2022, or the first opportunity thereafter,

by: BG
Martin Gottesfeld, pro se (address supra)