UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MARTIN S. GOTTESFELD, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 2:20-cv-00012-JRS-MJD |
| B. LAMMER, | ) ) ) | |
| Respondent. | ) | |

**Order Granting Motion for Extension of Time**

The petitioner's motion for extension of time, dkt. [83], is **granted**. He shall have **through April 13, 2022,** to file an amended reply in support of his petition for a writ of habeas corpus.

IT IS SO ORDERED.

Date: 2/15/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARTIN S. GOTTESFELD
12982-104
MARION - USP
MARION U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
MARION, IL 62959

Lara K. Langeneckert
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lara.langeneckert@usdoj.gov