UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MARTIN S. GOTTESFELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00012-JRS-MJD |
| | ) | |
| B. LAMMER, | ) | |
| | ) | |
| Respondent. | ) | |

**Order Granting Motion for Extension of Time**

Petitioner Martin Gottesfeld's motion for extension of time, dkt. [87], is **granted**. He shall file his amended reply no later than **May 16, 2022**. A review of the docket shows Mr. Gottesfeld has been given eighteen previous extensions to file his amended reply. Mr. Martin should not expect any further extensions.

**SO ORDERED**.

Date: 4/12/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARTIN S. GOTTESFELD
12982-104
MARION - USP
MARION U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
MARION, IL 62959

All Electronically Registered Counsel