United States District Court
Southern District of Indiana
Terre Haute Division

FILED
05/23/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

MARTIN GOTTESFELD,
Petitioner, pro se,
v.
B. LAMMER, Warden of
the FCI Terre Haute, Indiana,
Respondent.

No. 2:20-cv-12-JRS-MJD

## Motion for an Extension

MARTIN GOTTESFELD, Petitioner, pro se, is "mindful of the Court's admonition that [he] 'shall not expect any further extensions' to file [his] amended reply." Declaration of Martin Gottesfeld (May 12, 2022), Exh. 1, at ¶ 2 (quoting Order, dkt. 88). Nonetheless the circumstances described in Petitioner's declaration compel that he humbly ask the Court for a twentieth and he hopes final extension until Monday, June 14, 2022.

Otherwise Petitioner would have to complete his amended reply in support of the instant petition without access to a law library. Petitioner's amended filing will differ from its predecessor filed two years ago. He prefers say no more lest he tip his hand, but should the Court wish for any reason to deny Petitioner's request for an extension, Petitioner requests a brief telephonic hearing to explain himself further.

Respectfully submitted under the prison-mailbox rule, Houston v. Lack, 487 U.S. 266 (1988) by mailing to the Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage, handed to _____ of the USP Marion CMU unit team in _____ official capacity as an agent of Respondent and his counsel Thursday, May 12, 2022, or the first opportunity thereafter,

by: /s/ MG
Martin Gottesfeld, pro se
Reg. no. 12982-104
United States Penitentiary
P.O. Box 1000
Marion, IL 62959

## CERTIFICATE OF SERVICE

I, Martin Gottesfeld, pro se, certify that I caused a digital copy of the foregoing document to be served on counsel for the respondent in the above-captioned case Thursday, May 12, 2022 or the first opportunity thereafter via her agent, See 28 C.F.R. § 540.203 (mail to U.S. courts is read for contents).

by: /s/ Martin Gottesfeld
Martin Gottesfeld