Exh. 1

# Declaration of Martin Gottesfeld

1. I am Martin Gottesfeld, Petitioner, pro se, in Gottesfeld v. Lammer, 2:20-cv-12-JRS-MJD (S.D. Ind.) (hereinafter "the case").

2. I am mindful of the Court's admonition that I "should not expect any further extensions" to file my amended reply. Order, dkt. 88 (Apr. 12, 2022).

3. I have diligently pursued my rights in the case, dutifully filing for 19 timely extensions, id., each time with good cause, due to, e.g., lack of law-library access due to the SARS-CoV-2 lockdowns and non-disciplinary pre- and post-transfer administrative segregation apart from my case files.

4. I care much about the case as demonstrated by my handwriting of the 40-page petition. See Verified Petition for a Writ of Habeas Corpus (28 U.S.C. § 2241)

14. Concerned for the instant deadline should I miss any more library hours, I petitioned my jailors last night pursuant to Federal regulations. See Request to Staff (8:40 P.M. May 11, 2022), Attachm. 2 (citing 28 C.F.R. § 543.11(a) ("The Warden shall give special time allowance for research and preparation of legal documents to an inmate who demonstrates a requirement to meet an imminent court deadline") and Order, dkt. 88). My petition has been fruitless.

15. Though I may cite authorities to my jailors — and I am leery of even doing so on the politest terms until the Court affirms my right under the Petition Clause, given the events of the instant case — I am ultimately powerless to compel their compliance.

16. I am still unable to purchase a typewriting wheel or erasing ribbons of my own because the USP Marion commissary is itself without those items. See, Declaration of Martin Gottesfeld (Apr. 3, 2022), dkt. 86, at ¶¶ 4-9, and ~~id. Attachm.~~ USP Marion out-of-stock list, id., Attachm. 1.

17. I would request a shorter extension, but 1) some of the recent lockdowns lasted over a week, with the Covid lockdown lasting three weeks and ~~too~~ 2) the mail continues to encounter multi-week delays such that by the time a request for a two-week extension reached the Court and an order thereon reached me the extension would likely have long expired. See, again, ante, ¶ 11.

I declare under the penalty of perjury under the laws of The United States of America that the foregoing is true and correct. See 28 U.S.C. § 1746. Executed 1358 hrs., i.e. nearly five hours into this latest lockdown, Thursday, May 12, 2022.

by: /s/
Martin Gottesfeld

Attachm. 1   Petitioner's Lost Productivity at USP Marion in 2022

| Day no(s). | Start Time & Date | End Time & Date | Event | Lockdown Tot. Whole Days | Piecemeal Hours |
|---|---|---|---|---|---|
| 0–14 | 1800 hrs. Jan. 21st | 1800 hrs. Feb. 4th | Arrival; no property; quarantine | 14 | |
| 10–19 | 1730 hrs. Jan. 31st | 1030 hrs. Feb. 9th | National lockdown; no library | 19 | |
| 25 | 0845 hrs. Feb. 15th | 0915 hrs. id. | Lockdown | 19 | ½ |
| 27 | 0820 hrs. Feb. 17th | 1000 hrs. id. | Lockdown | 19 | 2⅙ |
| 38–59 | 1100 hrs. Feb. 28th | 0730 hrs. Mar. 21st | Covid lockdown | 40 | 2⅙ |
| 62 | Morning Mar. 24th | N/A | Property arrives | 40 | 2⅙ |
| 75 | 0811 hrs. Apr. 6th | 1010 hrs. id. | Lockdown | 40 | 4⅙ |
| 76–77 | 0930 hrs. Apr. 7th | 1630 hrs. id. | Lockdown | 41 | 4⅙ |
| 81 | Apr. 12th | N/A | Order entered, dkt. 88 | 41 | 4⅙ |
| 90 | 1105 hrs. Apr. 21st | 1400 hrs. id. | Lockdown | 41 | 7⅙ |
| 94 | 0815 hrs. Apr. 25th | 0907 hrs. id. | Lockdown | 41 | 8⅙ |
| 95 | Apr. 26th | N/A | Petitioner rec'ed Order | 41 | 8⅙ |
| 96 | 1900 hrs. Apr. 26th | 0600 hrs. Apr. 27th | Lockdown | 41 | 10⅙ |
| 96–97 | 1310 hrs. Apr. 27th | 1645 hrs. id. | Lockdown | 41 | 13⅔ |
| 98 | 1630 hrs. Apr. 28th | 0600 hrs. Apr. 29th | Lockdown | 41 | 18⅙ |
| 104–05 | 1315 hrs. May 5th | 1430 hrs. May 6th | Lockdown | 42 | 18⅙ |
| 109 | 1100 hrs. May 10th | 1400 hrs. id. | Lockdown | 42 | 21⅙ |
| 111 | 0900 hrs. May 12th | Unknown | Lockdown | 42 | 23⅙+ |

Attachm. 2

TRULINCS 12982104 - GOTTESFELD, MARTIN - Unit: MAR-I-A

----------------------------------------------------------------------------------

FROM: 12982104
TO: CMU
SUBJECT: ***Request to Staff*** GOTTESFELD, MARTIN, Reg# 12982104, MAR-I-A
DATE: 05/11/2022 08:40:34 PM

To: Unit Team
Inmate Work Assignment: N/A

Salutations Unit Team:

I hope you are well.

I write pursuant to 28 C.F.R. sec. 543.11(i) ("The Warden shall give special time allowance for research and preparation of legal documents to an inmate who demonstrates a requirement to meet an imminent court deadline").

My deadline is five days from now, Monday, May 16, 2022, and both the Court and I are disinclined towards further extensions. See Order Granting Extension, Gottesfeld v. Lammer, 2:20-cv-12-JRS-MJD (S.D. Ind.), dkt. 88.

May I please spend whatever extra time can be arranged on the law library and typewriter? I have already lost much time to lockdowns, including a whole day last week, which the extra hours would help offset.

Thanks for your consideration,
/s/ Martin Gottesfeld, pro se