*Exhibit 1*

Declaration in Support of Extension

1. I am Martin Gottesfeld, Petitioner, *pro se*, in *Gottesfeld v. Lammer*, 2:20-cv-12-JRS-MJD (S.D. Ind.) (hereinafter "the case").

2. I have been working nearly every waking hour for the past several weeks, including holidays and weekends, on my amended reply in support of the petition in the case.

3. Without counsel and formal legal training, producing the draft of my nearly completed reply, as it stands, and the completed underlying factual pleading, Declaration of Martin Gottesfeld re *Exhaustion, Retaliation & Justiciability* (June 7, 2022), was arduous.

4. I had to search for several hours through over 150 lbs. of case files shipped from Terre Haute in an unorganized fashion because I was not allowed to pack-out my own property in an orderly way like other prisoners. In the end, my multiple complete passes through all of the above-said files still did not produce every document for which I was searching. This dragged out the search for many hours across multiple days before I gave up finding everything. *Cf.* ERJ Decl. at 46, ¶ 347 (search for remedy 1000236-R4 came up empty); *id.* ¶ 348 (record of 1000236-A1 also missing).

5. The electronic law library (ELL) machines and the typewriters are housed in separate buildings at the USP Marion CMU, necessitating multiple trips with cumbersome stacks of papers up and down stairs to compose legal documents.

6. The photocopier to which I have access here has no document feeder, such that I had to copy each of the 151 appendix pages individually, as well as the 54 pages of the declaration itself.

7. But foremost, the composition of the 54-page fact-specific document referencing 70 attachments is one of the most comprehensive and cumbersome filings I have ever made.

8. I have diligently used the time the Court has provided me, but I am intellectually exhausted from the effort and the quality of my work and the time taken to produce even simple documents now bear out that I am greatly in need of rest before continuing.

9. I estimate I need two weeks to render adequate my mostly completed draft of my amended reply, which is a substantial and substantive document touching on many complex matters of law and fact.

I declare under the penalty of perjury under the laws of The United States of America that the foregoing is true and correct. 28 U.S.C. § 1746. Executed Monday, June 13, 2022.

by: *[signature]*
Martin Gottesfeld