

Priority Mail Flat Rate
Please docket contents in color.

MARTIN GOTTESFELD
REG NO. 12982-104
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

⇔12982-104⇔
U S District Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Monday, June 13, 2022; *Houston*
*v. Lack*, 487 U.S. 266 (1988)

Priority Mail—Flat Rate

Priority Mail—Flat Rate