UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**
**07/05/2022**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

MARTIN GOTTESFELD,
Petitioner, *pro se*,

v.

B. LAMMER, Warden of
The FCI Terre Haute, Indiana,
Respondent.

No. 2:20-cv-12-JRS-MJD

## MOTION FOR AN EXTENSION

MARTIN GOTTESFELD, Petitioner, *pro se*, moves the Court for a further and likely final extension until Monday, July 11, 2022, in which to file his amended reply in support of the instant petition. In support of this motion, Petitioner respectfully directs the Court's attention to Declaration in Support of Extension (June 23, 2022), Exh. 1.

Petitioner wishes not to belabor the obvious, but he is compelled to note that once he turns over care, custody and control of his filings the chain of custody runs uninterrupted through Respondent until they reach the Court. "There is only one federal government." *United States v. Reina-Del-Rosario*, 281 F. Supp. 3d 253, 254 (D.P.R. 2017) (Gelpi, J.). Respondent and the U.S. Postal Service (USPS) are agents thereof. "Imagine the difficulty and possible resistance that a *pro se* prisoner will likely face under similar circumstances." *Ray v. Clements*, 700 F.3d 993, 1018 (7th Cir. 2012). "To ignore this practical reality is to elevate form over substance, procedure over justice." *Id.* See also *Houston v. Lack*, 487 U.S. 266 (1988) (noting that unrepresented prisoners are unable to assure timely entry or even proper mailing of their filings and creating the prison-mailbox rule).

In further support of this motion, Petitioner respectfully directs the Court's attention to two of the relevant Bureau of Prisons (BOP) central-office responses to his remedies included in the damaged appendix he attempted to mail, which speak to his timely exhaustion before he opened this case: Court-access BP-11 Cent. Office's Resp. (Nov. 21, 2019), Exh. 2 and Ex Post Facto BP-11 Cent. Office's Resp. (Nov. 21, 2019), Exh. 3. See also Petition at 1 (citing "[P]etitioner's

First Amendment right of access to the courts" in support of the demand that proximately caused the relevant incident report ("IR") no. 3338082), dkt. 1.

Respectfully filed Thursday, June 23, 2022, under the prison-mailbox rule, *Houston, supra*, by mailing to the Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage, handed to Mr. Nate Simpkins of the CMU Marion unit team in his official capacity as an agent of Respondent and of Respondent's counsel at the next opportunity,

by: [signature]
Martin Gottesfeld, *pro se*
Reg. no. 12982-104
United States Penitentiary
P.O. Box 1000
Marion, IL 62959

## CERTIFICATE OF SERVICE

I, Martin Gottesfeld, *pro se*, certify that I caused a digital copy of the foregoing document to be delivered to counsel for the respondent in the above-captioned case by in-hand delivery of my filing to her agent Mr. Nate Simpkins of the CMU Marion unit team in his official capacity; *see* 28 C.F.R. § 540.203(a), (c) (mail to U.S. courts and judges is read for contents),

by: [signature]
Martin Gottesfeld