Exhibit 2

Administrative Remedy No. 979745-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal where you claim your mail to the Courts is being processed in an untimely manner at FCI Terre Haute. You state you have the right to access the Courts without interference and delay. You request your Court filings be mailed in a reasonable time frame and without exercising unlawful executive discretionary review beforehand.

The Warden and Regional Director adequately the issues raised in your complaint we concur with the responses provided. As indicated, based on your CMU status and need for increased monitoring, all incoming and outgoing mail, must be properly and thoroughly reviewed. There may be circumstances that could result in a delay. However, staff makes every effort to avoid any delays in the processing and delivery of inmate mail. If you experience any excessive mail delays you should report it to staff at that time so action can be taken.

This response is provided for informational purposes.

_11/21/19_
Date

Ian Connors, Administrator
National Inmate Appeals