Exhibit 3

Administrative Remedy No. 979747-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal where you claim there are several rules and polices of the Communications Management Unit (CMU) that are not available in the law Library. ==You contend it is a violation of due process to implement rules that are not codified== and believe there are "no set of actual rules," for the CMU. You request to know where you can find each and every written rule of the CMU and how you can access the set of rules inside the unit.

The Warden and Regional Director adequately addressed your complaint and we concur with the responses provided. As noted, National and local policies are located in the Law Library. The rules and regulations for the CMU are outlined in Program Statement 5214.02, CMU, as promulgated in 28 CFR §540, as well as Institution Supplement THX5214.02B, CMU. Inmates are also provided with a CMU handbook. There is no indication you have not been provided with access to the rules and regulations of the CMU that apply to your designation. Your claim of a due process violation is not supported.

Accordingly, your appeal is denied.

_____11/21/19_____                          _____
Date                                         Ian Connors, Administrator
                                             National Inmate Appeals