

SAINT LOUIS MO 630

30 JUN 2022 PM 9 L

Thursday, June 23, 2022; *Houston v. Lack*, 487 U.S. 266 (1988)

◇12982-104◇
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

FILED
JUL 5 2022
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

4780785738

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY MAGNETOMETER

MARTIN GOTTESFELD
REG. NO. 12982-104
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

Contains 1) Mot. for Ext.,
two pages; 2) Decl. in
Supp., two pages; 3) Ans.
to rem. 979745-A1, one pg.
and 4) Ans. to rem.
979747-A1, one pg.;
total of six pgs for entry
in 2:20-cv-12-JRS-MJD

Warden
United States Penitentiary
Marion, Illinois  62959

Date: 06/22/22

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.