UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN S. GOTTESFELD, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:20-cv-00012-JRS-MJD |
| B. LAMMER, | ) ) ) |
| Respondent. | ) |

**ORDER DENYING MOTIONS FOR EXTENTION OF TIME**

Petitioner Martin S. Gottesfeld's three motions for extension of time to file an amended reply, dkts. [90], [92], and [93], are **denied**. Mr. Gottesfeld should review dkt. 88 for the Court's reasoning.

**IT IS SO ORDERED**.

Date: 7/11/2022

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARTIN S. GOTTESFELD
12982-104
MARION - USP
MARION U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
MARION, IL 62959

Lara K. Langeneckert
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lara.langeneckert@usdoj.gov