UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN GOTTESFELD,<br>Petitioner, *pro se*,<br><br>v.<br><br>B. LAMMER, Warden of<br>The FCI Terre Haute, Indiana,<br>Respondent. | No. 2:20-cv-12-JRS-MJD |

## MOTION FOR AN EXTENSION

MARTIN GOTTESFELD, Petitioner, *pro se*, moves the Court for a further and likely final extension until Monday, July 18, 2022, in which to file his amended reply in support of the instant petition. In support of this motion, Petitioner respectfully directs the Court's attention to Declaration of Martin Gottesfeld (July 6, 2022), Exh. 1.

Petitioner's writing-in-chief for his amended reply is done. *Id.* ¶ 2. He is obtaining the photocopy cards necessary to maintain a copy of the filing in case of further problems in transit. *Id.* ¶¶ 3–5. He is further awaiting the provisioning of a box—rather than another manila envelope—in which to mail the filing to better ensure its safe arrival. *Id.* ¶ 6.

The additional week's delay is not the result of any lack of diligence by Petitioner. *Id.* ¶¶ 4 (citing Request to Staff re Allowance to purchase extra copy cards for court filing? (June 29, 2022), Attachm. 1), 6–7.

Respectfully filed Wednesday, July 6, 2022, under the prison-mailbox rule, *Houston v. Lack*, 487 U.S. 266 (1988), by mailing to the Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage, handed to Ms. Kathy Hill ~~Mr. Nate Simpkins~~ of the CMU Marion unit team in her ~~his~~ official capacity as an agent of Respondent and of Respondent's counsel Wednesday, July 6, 2022, or the first opportunity thereafter,

by: /s/ Martin Gottesfeld
Martin Gottesfeld
Reg. no. 12982-104
United States Penitentiary
P.O. Box 1000
Marion, IL 62959

## CERTIFICATE OF SERVICE

I, Martin Gottesfeld, *pro se*, certify that I caused a digital copy of the foregoing document to be served upon counsel for the respondent in the above-captioned case by in-hand delivery to her agent ~~Mr. Nate Simpkins~~ Ms. Kathy Hill of the CMU Marion unit team in ~~his~~ her official capacity Wednesday, July 6, 2022, or the first opportunity thereafter; *see* 28 C.F.R. § 540.203(a), (c) (mail to U.S. courts and judges is pre-screened for contents),

by: *[signature]*
Martin Gottesfeld