Exhibit 1

Declaration of Martin Gottesfeld

1. I am Martin Gottesfeld, Petitioner, *pro se*, in *Gottesfeld v. Lammer*, 2:20-cv-12-JRS-MJD (S.D. Ind.)

2. I have completed writing-in-chief of my amended reply in support of the instant petition.

3. But I will be unable, despite my best efforts, to mail my reply by Monday, July 11, 2022, because I lack sufficient photocopy cards to retain a copy of th filing for myself and it would be especially imprudent of me, given that my last attempt to mail the bulk of my reply to the Court led to its being damaged in transit by the United States Postal Service, for me to mail my only copy.

4. I timely requested an allowance of additional copy cards from the USP Marion commissary. *See* Request to Staff re Allowance to purchase extra copy cards for court filing? (June 29, 2022), Attachm. 1.

5. But that request was not processed this week; I spoke today to Marion CMU Intelligence Resource Officer Ms. Kathy Hill and she is reforwarding my request for processing during next week's commissary sales.

6. I have opened further dialogue with BOP regarding protecting the filing in transit to the Court and have reached a tentative agreement for BOP to provide a box for the mailing. I have diligently inquired at every opportunity but am still awaiting the provisioning of said box, which now appears unlikely by Monday, July 11, 2022.

7. I have been working nearly every waking hour on my amended reply, as audio and video surveillance footage would reflect, if examined. I very much look forward to the adjudication of this case.

I declare under the penalty of perjury under the laws of The United States of America that the foregoing is true and correct. 28 U.S.C. § 1746. Executed Wednesday, July 5, 2022.

by: /s/ Martin Gottesfeld
Martin Gottesfeld