Attachment 1

TRULINCS 12982104 - GOTTESFELD, MARTIN - Unit: MAR-I-A

---

FROM: 12982104
TO: CMU
SUBJECT: ***Request to Staff*** GOTTESFELD, MARTIN, Reg# 12982104, MAR-I-A
DATE: 06/29/2022 05:22:21 PM

To: Unit Team
Inmate Work Assignment: N/A

Re Allowance to purchase extra copy cards for court filing?

Salutations Unit Team:

I hope you are well.

As you know, one of my mailings to U.S. District Court for the Southern District of Indiana, The Honorable James Russell Sweeney II presiding, was recently damaged in transit by the postal service, botching an approx.-250-page filing for my case **Gottesfeld v. Lammer**, 2:20-cv-12-JRS-MJD. I have asked the Court for an extension until Monday, July 11, 2022, in which both to refile it and to tender a lengthy related amended reply in support of the petition.

As you also know, approx. half of all copy cards sold here at USP Marion do not function, and I am awaiting return of at least three (3) such nonfunctional copy cards from Trust Fund. In addition, two (2) more of my copy cards, still in my direct possession, misread and are thus useless. This totals to at least five (5) non-working copy cards and an approximate total of at least 250 pages of copies that I cannot make, but that I need to make to litigate the aforementioned district case.

So, may I please order an extra five (5) copy cards for next week, July 3 through 9, 2022? That would make my total order seven (7) copy cards (the two allowed by the weekly limit plus the additional five), and allow me to make my filing deadline.

Thanks for your consideration,
/s/ Martin Gottesfeld, Petitioner, **pro se**, **Gottesfeld v. Lammer**, 2:20-cv-12-JRS-MJD (S.D. Ind.)