MARTIN GOTTESFELD
REG. NO. 12982-104
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

SAINT LOUIS MO 630

8 JUL 2022 PM 7 L

Wednesday, July 6, 2022; *Houston v. Lack*, 487 U.S. 266 (1988)

⇔ 12982-104 ⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

**FILED**

JUL 11 2022

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373829

Warden
United States Penitentiary
Marion, Illinois, 62959

Date: 07/07/22

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.