United States District Court
Southern District of Indiana

DeQuan Cobb, Plaintiff
v.
Charles Dugan, et al., Defendants

Cause No. 2:21-cv-00034-JPH-DLP

Plaintiff's Notice to the Court, Serving Second 'good faith' attempt of Settlement Demand upon Defendants [in accord with Dkt 40]

Comes now, Plaintiff DeQuan Cobb, notifying this honorable court that a second notice of Settlement Demand has been served upon the Defendants by way of their Counsel Thomas S. Pratt, as their Counsel has not responded in 'good faith' to Plaintiff's first request and twenty-one (21) business days has elapsed since first notice.

Respectfully Submitted, x D Cobb

DeQuan Cobb # 228049
Pendleton Correctional Facility
4490 W. Reformatory Rd.,
Pendleton, IN, 46064

**FILED**

**07/11/2022**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk