Case 2:20-cv-00012-JRS-MJD   Document 96-1   Filed 07/11/22   Page 1 of 1 PageID #: 887

NAME DeQuan Cobb
D.O.C. NO. 228049
LOCATION GCH 6C-5

Indiana Department of Correction
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064

This identifies this correspondence as having been mailed by an offender incarcerated at the above correctional institution.
"**WARNING**": Not responsible for contents. Any enclosed money orders should be referred to your local postmaster before cashing.

INDIANAPOLIS IN

7 JUL 2022 PM 7

US POSTAGE IMI PITNEY BOWES

ZIP 46064 $ 000.53⁰
02 4W
0000373730 JUL. 07. 2022

FILED
JUL 11 2022
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

The Office of the
Clerk of the U.S District Court
921 Ohio Street
Room 104
Terre Haute, Ind. 47807

SCREENED BY
X-RAY/MAGNETOMETER
UNITED STATES MARSHAL

47807-373829