UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MARTIN S. GOTTESFELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00012-JRS-MJD |
| | ) | |
| B. LAMMER, | ) | |
| | ) | |
| Respondent. | ) | |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner, Martin S. Gottesfeld.

Mr. Gottesfeld's petition for writ of habeas corpus is **denied** and the action is **dismissed without prejudice**.

Date: 07/18/2022

Roger A.G. Sharpe, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARTIN S. GOTTESFELD
12982-104
MARION - USP
MARION U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
MARION, IL 62959

Lara K. Langeneckert
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lara.langeneckert@usdoj.gov