UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE INDIANA

FILED
07/25/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| | |
|---|---|
| MARTIN GOTTESFELD, Petitioner, *pro se*, | ) ) ) |
| v. | ) ) No. 2:20-cv-12-JRS-MJD |
| B. LAMMER, Warden of The FCI Terre Haute, Indiana, | ) ) ) ) |

NOTICE—FILING ALERT

MARTIN GOTTESFELD, Petitioner, *pro se*, notifies the Court he has filed, under the prison-mailbox rule, *Houston v. Lack*, 487 U.S. 266 (1988), the following documents on Monday, July 18, 2022:

• Declaration of Martin Gottesfeld re *Exhaustion, Retaliation & Justiciability* (ERJ Decl.) (executed July 15, 2022; 18 pgs. of citation tables plus 62 pgs. of declaration body, totaling 80 pgs.), as, *e.g.*, dkt. 95;

• Appendix to ERJ Decl. (81 attachments, totaling 263 pgs.), as, *e.g.*, dkt. 95-1;

• Amended Reply in Support of Petition (22 pgs. plus 20 pgs. of exhibits numbered 1–5, totaling 42 pgs.), as, *e.g.*, dkts. 96, 96-1 through 96-5; and

• Motion for Leave to Supplement or Amend (3 pgs.), as, *e.g.*, dkt. 97.

*See* Declaration of Martin Gottesfeld (executed July 19, 2022), Exh. 1.

If, for any reason, the above fails to arrive timely and intact, Petitioner moves the Court to order Respondent to scan a copy thereof in color for electronic transmission to the Clerk, or, in the alternative, to order a deputy U.S. marshal to USP Marion to take direct custody of a color copy from Petitioner personally for in-hand delivery to the Clerk.

Respectfully filed Tuesday, July 18, 2022, under the prison-mailbox rule, *Houston v. Lack*, 487 U.S. 266 (1988), by mailing to the Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage, handed to Ms. Kathy Hill of the CMU Marion unit team in her official capacity as an agent of Respondent and of his counsel at the next opportunity,

by: /s/
Martin Gottesfeld
Reg. no. 12982-104
United States Penitentiary
P.O. Box 1000
Marion, IL 62959

## CERTIFICATE OF SERVICE

I, Martin Gottesfeld, *pro se*, certify that I caused a digital copy of the foregoing document to be served on counsel for Respondent in the above-captioned case by mailing it to the Court July 19, 2022, or the first opportunity thereafter; *see* 28 C.F.R. § 540.203(a), (c) (mail to U.S. courts and judges is read for contents),

by: /s/
Martin Gottesfeld