Exhibit 1

Declaration of Martin Gottesfeld

1. I am Martin Gottesfeld, Petitioner, *pro se*, in *Gottesfeld v. Lammer*, 2:20-cv-12-JRS-MJD (S.D. Ind.).

2. On Monday, July 18, 2022, I had ready for mailing to the Court the filings listed in the corresponding Notice—Filing Alert, in a box bearing sufficient affixed pre-paid Priority Mail® postage. *See* Photocopy of Box, Attachm. 1.

3. At 388 pages, these filings were a significant and arduous undertaking for me; I lack formal legal training and a college education.

4. I previously attempted to file an earlier version of ERJ Decl., which I limited to fewer attachments in order to be mailable in a single envelope. Nonetheless, that mailing cost me more than $23.40 in photocopies, $10 in postage and more in typing supplies. It arrived damaged at the Court and was effectively a total loss.

5. This version of the mailing cost me $45.40 in copies, $20.30 in postage and more in typing supplies, totaling over $65.

6. If this version is lost, I shall have to spend more hours copying and color-highlighting a fresh-copied 263-page appendix, not to mention another $45.40 in copies.

I declare under penalty of perjury under the laws of The United States of America that the foregoing is true and correct. 28 U.S.C. § 1746. Executed Tuesday, July 19, 2022.

by: /s/ Martin Gottesfeld
Martin Gottesfeld

- Page 1 of 1 -

Attachm. 1

From—
Martin Gottesfeld
Reg. No. 12982-104
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

To—

⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

USPS TRACKING #
9114 9014 9645 1828 1185 72

Priority Mail Flat Rate

Priority Mail Flat Rate

Flat Rate