MARTIN GOTTESFELD
REG. NO. 12982-104
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

Contents—

- Notice—Filing Alert (2 pgs.);
- Decl. (1 pg.); and
- Attachm. (1 pg.).

Total—4 pgs. for entry in 2:20-cv-12-JRS-MJD

FILED
JUL 25 2022
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Tuesday, July 19, 2022; *Houston v. Lack*, 487 U.S. 266 (1988)

⇔ 12982-104 ⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States