

Please scan in high-res. black-and-white, enter as first new entry, e.g., dkt. 95.

Declaration of Martin Gottesfeld re Exhaustion, Retaliation & Justiciability (ERJ Decl.)

(18 + 62 = 80 pgs.)