# The Intercept_

# Inside El Chapo's Confinement: Cockroaches, Frigid Temperatures, Tacos, and a Three-Lieutenant Escort

Martin Gottesfeld

February 3 2019, 9:11 a.m.



The high-security federal jail known as the Metropolitan Correctional Center, near Foley Square in New York City, on Jan. 21, 2017. The facility has housed some of New York's highest-risk federal defendants. Joaquín Guzmán, the Mexican drug kingpin known as "El Chapo," has been held there since January. Photo: Karsten Moran/The New York Times via Redux

*Editor's note: Martin Gottesfeld is currently serving a 10-year federal prison sentence, convicted of a cyberattack against Boston Children's Hospital, in protest of the facility's controversial treatment of a young girl in its custody. His case has been profiled by Rolling Stone magazine. During a period of his confinement, he was housed in a unit adjacent to Joaquín "El Chapo" Guzmán at the Federal Bureau of Prisons' Metropolitan Correctional Center, in New York. Access to the facility is severely restricted, and this is the first account of the conditions surrounding Guzmán's detention during his trial. See FreeMartyG.com for more on Gottesfeld's case and background.*

**At the tail** end of the Obama administration, I was locked up a stone's throw away from Joaquín "El Chapo" Guzmán at the Federal Bureau of Prisons' infamous Metropolitan Correctional Center, New York, or MCC NY, in downtown Manhattan, where Guzmán is currently being held during his ongoing federal trial. I was there writing and waging a hunger strike when El Chapo first arrived. Much has been written about El Chapo's trial, but close to nothing about the conditions of his confinement, as the security around him has made access off limits to any journalist other than me.

I'm an imprisoned human rights activist and political journalist focusing on protecting institutionalized children from common tortures in America like these:

– Page A10 of A263 –

Congressional "Hearing on "Child Abuse and Deceptive Marketing by Re...

I'm currently suing the Bureau of Prisons and MCC NY for both state and federal civil rights violations, related to the conditions where El Chapo is held, and I'm exploring class-action certification. My lawsuit against MCC NY offers a new and rare glimpse into prison life in the solitary confinement cells that El Chapo has now called home for nearly two years. Besides simply recovering my fees and costs, however, my goals aren't financial. Instead I'm asking the court to force MCC NY to respect human dignity, the First Amendment, federal regulations, and other human and civil rights.

There's a lot of mystery surrounding the 10-South unit at MCC where El Chapo is being housed. Much of that is fueled by the effects of it being a "SAMs" or "special administrative measures" unit. As such, the inmates aren't supposed to come into any visual or other contact with other inmates.

Even magazines they receive in the mail must be prescreened by the FBI for the supposed reason of intercepting hidden messages. Outbound communications are similarly restricted and monitored in real time.

— Page A11 of A263 —

You can read more about the SAMs program here. For the rest of the details of my pending litigation, you can read the full filing at FreeMartyG.com.

But it's virtually impossible to prevent inmates from seeing other inmates. For my part, I was regularly paraded to the 10-South medical exam room during my 81 consecutive days in solitary confinement at MCC NY, and I shopped at the 10-South commissary. When I caught glimpses of El Chapo being moved, I noted his unassuming appearance. He was about my height and weight, and I'm 5-foot-7, 180 pounds (obviously, though, I weighed less during my hunger strike).

Once El Chapo arrived at MCC NY, the staff appeared to be doing everything they could to get him to roll on the rest of the Sinaloa Cartel and especially to try to get him to reveal where he's allegedly hiding $1 billion or so in assets in Mexico. The prison transferred Spanish-speaking staff to his unit in case he ever let something slip in his native language. This also seemed to be part of a "good cop, bad cop" routine. They vacated the cell next to his in an apparent effort to reduce his conversational options. They seemed to hope that he'd get lonely and decide to speak to prison staff.

Even within the "SAMs" program though, El Chapo was subject to extra precautions. While every inmate in 10-South is also on a status called a "lieutenant hold," which requires using a lieutenant and two lower-ranking correctional officers to move them anywhere, El Chapo was a "three-lieutenant hold," meaning that three lieutenants were necessary to move him. Finding three available lieutenants was no easy task, which meant that moving El Chapo was always an all-consuming process.

The facility itself is trash, with cockroach-infested meal trays and frigid, leaky cells. One inmate resorted to drinking from his toilet when the

water was shut off. (Its sister facility across the river is now the subject of public attention, as detainees have been living without heat.)

In my lawsuit, I also describe how, as a member of the press, my First Amendment rights were violated. Among other things, MCC NY and its warden refused to let me send sealed media mail to Rolling Stone, which was profiling me and my case, as they were required to do by federal regulation. According to them, Rolling Stone didn't qualify as a legitimate national news organization.

Here's what I think they didn't want Rolling Stone and its readership to see:



Drawing: Courtesy of Martin Gottesfeld

The above is my hand-drawn diagram of the cell where MCC NY houses

high-profile inmates like El Chapo. I made that drawing as I was standing in that cell myself about two years ago, but MCC NY wouldn't let me mail this diagram to the press.

My proximity to El Chapo might also explain why the prison wouldn't let Rolling Stone or Wired interview me in the prison.

Some inmates, however, saw at least one benefit from the alleged drug lord's arrival. Once he was in 10-South, the kitchen served his unit tacos for dinner.

 We depend on the support of readers like you to help keep our nonprofit newsroom strong and independent. **Join Us** →

## RELATED

 **"'Vicious' And 'Brutal'" — Life Inside a Freezing Federal Prison With No Heat**

 **Police Make More Than 10 Million Arrests a Year, but That Doesn't Mean They're Solving Crimes**

 **Prisons Across the U.S. Are Quietly Building Databases of Incarcerated People's Voice Prints**

– Page A14 of A263 –



**What Sean Penn Teaches Us About How Not to Chat With a Fugitive**

## COMMENTS

The comments on this post are now closed.

Sign in to participate →

## COMMENTS (18)

Filter ▾

**WTF** 1 month ago

And why is everyone only talking about Mexicans and Mexico? Drugs come from all around the world. El Chapo is just ONE of thousands of drug traffickers. Even with El Chapo out of commission drugs will still continue to pour into our country, because if it's not El Chapo it will be someone else to take his place. The war on drugs will continue for years and years to come just like it has for years and years already. Anyone who thinks El Chapo is solely to blame for the US's drug problem is ignorant.

Respect                                    ⊂⊐ Share    ⊐ Report

**WTF** 1 month ago

@GregS This is exactly what I've been saying also. This is insane! How is it possible for this to be happening? What's really going on with our government to put him on trial in the US for crimes committed in Mexico? The US doesn't even want illegal immigrants here and here they are extraditing him and assuming responsibility to financially support him along with other imprisoned illegal immigrants (if he's found guilty) for the rest of his life. I smell something fishy going on..

Respect                                    ⊂⊐ Share    ⊐ Report

**GregS** 1 month ago

Would it be legal for Russia to come over here and get Hillary and take her to Russia and have a trial on her, that is what we are doing to Chapo, we have no right to have a trial on him when he has

never been in this country before. It is true if drugs were legalized their would be no drug cartels, there would be no money for them, there would be no need for 90% of our FBI agents, prison guards, prosecutors or federal judges, let's send them all home, we are paying them about $200,000 each a year, let's balance our budget, let them get a job helping society.

2 Respect                                                                      ⊂⊐ Share      ⊐ Report


**photosymbiosis** 1 month ago

Suggested follow-up story: Inside the Luxury Resorts Where The HSBC Bankers Who Laundered El Chapo's Money Hang Out.

https://www.theguardian.com/commentisfree/2015/feb/15/hsbc-has-form-mexico-laundered-drug-money

> "The bank was fined more than Wachovia, a record $1.9bn. But this was less than five weeks' income for HSBC's American subsidiary. Breuer deemed that HSBC should not be prosecuted in the way that a back-street dope-dealer would be; there would be a five-year "deferred prosecution".
>
> The bank announced that it would "partially defer bonus compensation for its most senior officials during the five-year period of the deferred prosecution agreement" – ergo they'd be renumerated with slightly less than usual. Ouch! But what HSBC did was not indictable.
>
> And not just that: Paul Thurston, the man in charge of HSBC Mexico for some of the relevant period, was promoted to become head of global retail on a multi-million dollar salary. Stephen Green, the chief executive of the bank throughout its service to Chapo Guzman's cartel, was appointed to the British government."

That's just the tip of the story, there's also the role Loretta Lynch and James Comey played in covering for them - it's soooooo corrupt.

4 Respect                                                                      ⊂⊐ Share      ⊐ Report


**CTBigRed** 1 month ago

This piece seems a fantasy piece. He was in the same location. Beyond that, this is a lot of nothing. Transferring Spanish-speaking staff? Huh? Check the roster of any metropolitan corrections facility- lots of staff speak Spanish. Interrogation? That is done in the presence of lawyers.
There are 1600 inmates on any given day in that facility. I am sure any one of them has his gripping version of being locked up with El Chapo.

Respect                                                                       ⊂⊐ Share      ⊐ Report

**carrierwave** 1 month ago

The attached article may seem off topic until you get to the fourth paragraph.

http://www.ruby-sapphire.com/burmese_politics.htm

My question is: Why aren't all our good and honest civil servants, (CIA, FBI, etc.), who participated in the smuggling of drugs to fund their stinking operations sharing the cell block with Guzman?

As with the author of this article - I no longer have faith in my country. The government nor the "good people".

My " wake up" started during my first tour in VN in 1966 @ 18yo and has only progressed since.

The hypocrisy is not only appalling but DISCUSTING.

3 Respect                                     ⌒⊃ Share     ⚑ Report

**Midwest** 1 month ago

Poor El Chapo

Respect                                         ⌒⊃ Share     ⚑ Report

**Tom_Collins** 1 month ago (Edited)

The American political right (and Obama supporting neolib corporate/Wall Street whore warmongers) only care about the Constitution and due process, including "innocent until proven guilty" when it's expedient, i.e. suits them politically or personally. Their moral relativism on this and other subjects such as torture, moral hazard, and international law partially explains why we are where we're at as a society and culture - bread and circuses as the country's humanity and infrastructure crumble. But hey, at least the right is anti-safe space, I guess.

1 Respect                                     ⌒⊃ Share     ⚑ Report

**Midwest** 1 month ago

You think he is going to beat the wrap huh?

Respect                                      ⌒⊃ Share     ⚑ Report

**Tom_Collins** 1 month ago

*rap

— Page A17 of A263 —

Respect                                                                    ⌫ Share    ⚑ Report

**Dysnomia** 1 month ago

Regarding El Chapo, violent drug gangs and cartels would not exist if drugs were legalized, so El Chapo is the fault of the U.S. government and the war on drugs.

And regarding Gottesfeld, he was absolutely correct that that young woman was being tortured, and he was absolutely morally right to try to do something - anything - about it.

1 Respect                                                                  ⌫ Share    ⚑ Report

**rubbercow** 1 month ago

This argument always amuses me.

Since there is a demand for drugs, others are somehow forced to produce them?

Do you assume that Mexicans, for example, are just mindless automata only capable of responding to stimuli?  They have no agency?  No independent intellectual capacity?

I would also like to see legalization but the argument that the market in the US is the sole reason for the existence of abject lawlessness in Mexico is simple minded.

1 Respect                                                                  ⌫ Share    ⚑ Report

**Tom_Collins** 1 month ago (Edited)

> Since there is a demand for drugs, others are somehow forced to produce them?

Taking into account the necessary contextual and market information to address this question is 95% sufficient in answering it.  Nature abhors a vacuum - basic supply/demand are part of it too - and crushing, generational poverty is another part of it.  The fact that these drugs are selectively illegal also makes them very lucrative. (which is not to say that legal opioids are not even more lucrative, hence War on (some) Drugs.)

> Do you assume that Mexicans, for example, are just mindless automata only capable of responding to stimuli? They have no agency? No independent intellectual capacity?

In light of my first answer, I think these questions are moot. But it comes down to the different applications and ethical interpretations of law and justice that the United States

– Page A18 of A263 –

Case 2:20-cv-00012-JRS-MJD   Document 100-3   Filed 07/25/22   Page 11 of 12 PageID #: 1001

government selectively lays out and enforces. You can sell dangerous drugs and intentionally get tens of thousands of people (if not more) addicted to them - so long as you're a US Government-approved pusher with the right kind of $ and connections/lobbyists. That is a perfect example of the rampant corruption endemic in modern United States, albeit a different *looking* kind of corruption than what you see in third world countries.

However, I am often shocked by the levels of depravity and savagery that the Mexican cartels engage in and wonder whether that could happen here with the right economic conditions and governmental corruption, or whether there is something unique to the culture in some Latin American countries that make this happen. That said, of course it could happen here.

3 Respect                                                          ⌘ Share     ⚑ Report

**Dysnomia** 1 month ago

My argument isn't that Mexicans have no independent agency. It isn't even fundamentally about supply and demand (Tom Collins makes some excellent points though.)

My point is that criminalization pushes drugs (at least those drugs the capitalist class and their proxies in the political class have decided to criminalize) to the black market, where producers, distributors, sellers and end users have no recourse but violence to settle their disputes. And since there's **so** much money to be made in the illegal drug trade, and since the entire industry is illegal anyway, it draws the most ruthless, amoral operators to run it.

1 Respect                                                          ⌘ Share     ⚑ Report

**Tom_Collins** 1 month ago (Edited)

Agree with most of that. I do come from a business background, however, so I have to acknowledge that it's indeed supply/demand. If Americans didn't want so many drugs, and the US Government didn't strictly limit some of them (including pharma) the value would collapse and there would be nothing in it for the cartels (or legal pushers like Perdue Pharma).

In which sense, one effective, albeit perverse, way to drastically damage the cartels' business would be for the government to flood the market with decent quality heroin, cocaine and meth, as we've seen what that's done to marijuana prices in places like Oregon and California.

1 Respect                                                          ⌘ Share     ⚑ Report

**Dysnomia** 1 month ago

Yeah I definitely agree that the price of illegal drugs is severely inflated, which is why there's so much money to be made producing and distrbuting them. All the effort that

– Page A19 of A263 –

goes into evading law enforcement costs a lot of money, and those costs are burnt into the price.

Full legalization (without huge taxes designed to keep the price high) would drastically lower prices, which would also have other beneficial effects such as some users no longer needing to commit crimes in order to afford drugs.

1 Respect                                                        ⊂⊃ Share     ⊐ Report

**Grace1**  2 months ago

Good article.

It is a disgrace the way prisoners are treated in the US, hopefully the tacos helped.
And best of luck with your cases.

3 Respect                                                        ⊂⊃ Share     ⊐ Report

**cpt_obvs**  2 months ago

I hope El Chapo is not treated as badly as Justina Pelletier.

3 Respect                                                        ⊂⊃ Share     ⊐ Report