*Attachm. 3*

```
  THAAD   606.00  *        MALE CUSTODY CLASSIFICATION FORM      *        08-11-2021
  PAGE 001 OF 001                                                        13:57:27
                              (A) IDENTIFYING DATA
     REG NO..:  12982-104            FORM DATE: 08-11-2021         ORG: ( THA )
     NAME....:  GOTTESFELD, MARTIN

                                          MGTV:  NONE
     PUB SFTY: NONE                       MVED:
                              (B) BASE SCORING
  DETAINER: (0) NONE                SEVERITY.......: (5) HIGH
  MOS REL.: 39                      CRIM HIST SCORE: (00) 0 POINTS
  ESCAPES.: (0) NONE                VIOLENCE.......: (0) NONE
  VOL SURR: (0) N/A                 AGE CATEGORY...: (2) 36 THROUGH 54
  EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                              (C) CUSTODY SCORING
  TIME SERVED.....: (4) 26-75%       PROG PARTICIPAT: (0) POOR
  LIVING SKILLS...: (0) POOR         TYPE DISCIP RPT: (1) > 1 HIGH
  FREQ DISCIP RPT.: (2) 1           FAMILY/COMMUN..: (3) MINIMAL


                   --- LEVEL AND CUSTODY SUMMARY ---
  BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
  +7   +10    +2       +9        MINIMUM       N/A            IN     INCREASE



  G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```