Attchm. 6

Remedy Table

| # | Rem. # | Description | BP-8 | Resp. | BP-9 | Resp. | Rcpt. | BP-10 | Resp. | Rcpt. | BP-11 | Resp. | Rcpt. | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 977006 | CMU Designation | 04/24/19 | 04/30 | 05/02/19 | 05/08* | 05/20 | | | | | | | BP-9 rejected, resubmitted as -F2 |
| 2 | 977006-F2 | | | | | | | 05/20/19 | 06/04* | 06/07 | 06/10 | 07/14* | 09/10 09/16 10/16* 11/08 | Merits unreached; packets jumbled |
| 3 | 977009 | UDC/Hart Compl. | N/A | N/A | 05/01/19 | 05/08* | 05/20 | | | | | | | BP-9 rejected, resubmitted as -F2 |
| 4 | 977009-F2 | | | | | | | 05/20/19 | 06/03* | 06/07 | 06/10 | | | Regional renumbered BP-10 983561 |
| 5 | 983561-R1 | | | | | | | | | | | 07/08* | 09/10 09/16 10/16* 11/08 | Merits unreached, packets jumbled |
| 6 | 978744 | Bradley Compl. | N/A | N/A | N/A | N/A | N/A | 05/03 | 05/28* | 06/21 | 07/05 | 07/25* | 08/12 | BP-10 Ans. ambig., app. as Hart 9 |
| 7 | 979745 | Court-access | 05/06/19 | 05/09 | 05/09/19 | 07/15 | 07/25 | 07/25 | 08/30 | 09/25 | 09/27 | 11/21 | 12/13 | Merits reached, relief denied |
| 8 | 982366 | Wisdom tooth | 05/07/19 | 06/21 | 06/04/19 | 07/15 | 07/25 | | | | | | | Relief denied, told to wait |
| 9 | 984009 | Same wis. tooth | 05/07/19 | 06/13 | 07/05/19 | | | | | | | | | 2d resp. to 8, 9s crossed paths |
| 10 | 980471 | WSJ withheld | 05/09/19 | 05/14 | 06/06/19 | 06/18 | 06/27 | 07/05 | 08/05 | 09/06 | 09/06 | 11/21 | 12/05 | Relief denied |
| 11 | 979747 | Ex Post Facto | 05/10/19 | 05/20 | 05/20/19 | 07/01 | 07/25 | 07/25 | 08/30 | 09/25 | 09/27 | 11/21 | 12/13 | Merits reached, relief denied |
| 12 | 979748 | Wheeler Compl. | N/A | N/A | 05/22/19 | 06/04* | 06/07 | 06/10 | | | | | | Regional renumbered BP-10 983562 |
| 13 | 983562-R1 | | | | | | | | | | | 07/08* | 09/10 09/16 10/16* 11/08 | Merits unreached, packets jumbled |
| 14 | 980704 | Addr. approval | 05/24/19 | N/A | 06/11/19 | 06/17 | | | | | | | | Ms. Thomas partially resolved |
| 15 | N/A | Typewriters | 06/21/19 | N/A | | | | | | | | | | Educ. Dir. broke promise, refiled |
| 16 | N/A | Clar. 978744-R1 | 06/24/19 | 06/25 | | | | | | | | | | Time ran out to pursue further |
| 17 | 996452 | Req. DHO rep. | 06/25/19 | N/A | 09/12/19 | N/A | N/A | 10/25 | 11/07* | 11/25 | 11/26 | 12/03* | 01/06 | BP-9 never put in SENTRY, no rep. |
| 18 | 984449 | Environ. cond. | 07/01/19 | 07/08 | 07/09/19 | 08/05 | 08/19 | 08/19 | 09/30 | 10/21 | 10/25 | 12/27 | 01/29 | Relief den.; conc. CMU#gen. pop. |
| 19 | N/A | Linex exch. | 07/09/19 | 07/16 | | | | | | | | | | Linex exchange implemented |
| 20 | N/A | Typewriters II | 08/08/19 | N/A | | | | | | | | | | Fixed after regional walkthrough |
| 21 | N/A | Addr. approval | 08/13/19 | N/A | | | | | | | | | | Address(es) approved |
| 22 | 994120 | Lexis® issue | 08/19/19 | N/A | 09/12/19 | N/A | N/A | 11/08 | 12/02 | 11/11 | 12/04* | 01/06 | | BP-10 rej. for lack of -9 resp. |
| 23 | 994120-R2 | | | | | | | | | 12/02 | 12/23 | 01/29 | | Gave up after IR 3338082 |
| 24 | 992982 | Webster's Dict. | 08/20/19 | N/A | 09/19/19 | 10/03* | 10/07 | | | | | | | BP-9 rej. for lack of -8 resp. |

* denotes a rejection

-- Page A90 of A263 --

Remedy Table cont.

| Rem. # | Description | BP-8 | Resp. | BP-9 | Resp. | Rcpt. | BP-10 | Resp. | Rcpt. | BP-11 | Resp. | Rcpt. | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 994099 | Req. for notary | 10/08/19 | 10/09 | 10/09/19 | 10/31 | 11/08 | 11/11 | 12/26 | 01/29 | | | Gave up after IR 3338082 |
| 26 | 997702 | Req. watches | 10/09/19 | N/A | 11/11/19 | 12/05 | 12/11 | | | | | | Gave up after IR 3338082 |
| 27 | N/A | Eisele BP-8 | 10/25/19 | N/A | | | | | | | | | IR 3338082 |
| 28 | N/A | FRP | 11/05/19 | N/A | | | | | | | | | Was given incompl. J & C |
| 29 | 997696 | Food | 11/05/19 | 11/12 | 11/12/19 | 12/10 | 12/11 | | | | | | Gave up after IR 3338082 |
| 30 | 1000286 | Req. mattresses | 11/11/19 | N/A | 12/08/19 | 01/31 | 02/04 | | | | | | After hab. filed, new mattresses |
| 31 | 1000288 | Req. watches II | 10/09/19 | N/A | 12/04/19 | 01/22 | 01/30 | | | | | | Gave up after IR 3338082 |
| 32 | 1000236 | Royer Sex.-ab. | 11/26/19 | N/A | 12/08/19 | 03/23 | 07/07 | 07/07 | 07/20* | 08/05 | | | Rej., given 10 days to resubmit |
| 33 | 1035041-R1 (2020) | | | | | | | | 07/23* | 08/03 | | | 2d part of split, also rejected |
| 34 | 1000236-R2 (2020) | | | | | | | | 08/03 | 08/12* | 08/31 | | | Rej. as untimely, prom. memo. |
| 35 | 1000236-R3 (2020) | | | | | | | | 08/06 | 08/14* | 09/04 | | | Rej. as untimely, no memo incl. |
| 36 | 1000236-R4 (2020) | | | | | | | | ? | ? | ? | | | Unknown |
| 37 | 1000236-R5 (2020) | | | | | | | | 09/05 | 10/29 | 12/31 | ? | ?* | 1st BP-11 filed, rej. awa. ans. |
| 38 | 1000236-A2 (2021) | | | | | | | | | | | 01/01 | 04/21 | 06/21 Relief denied |
| 39 | 1119733-R1 (2022) for DHO Rep. IR 3427792 (Mar. 3, 2021) | | | | | | | | 04/29 | 05/09* | 06/01 | | | Rej. for date of hearing/charge |
| 40 | 1119733-R2 (2022) | | | | | | | | 06/01 | | | | | Awaiting ack. and answer |
| 41 | 1120386-R1 (2022) for DHO Rep. IR 3552752 (Dec. 1, 2021) | | | | | | | | 04/29 | 05/09* | 06/03 | | | Rej. for date of hearing/charge |
| 42 | 1120386-R2 (2022) | | | | | | | | 06/03 | 06/16* | 07/11 | | | 2d Rej. for hearing date/charge |
| 43 | 1120386-R3 (2022) | | | | | | | | 07/11 | | | | | |
| 44 | 1120431-R1 (2022) for DHO Rep. IR 3338082 (Dec. 20, 2019) | | | | | | | | 04/29 | 05/16* | 06/15 | | | Rej. for hrg. date/chg., >1 issue |
| 45 | 1120431-R2 (2022) | | | | | | | | 06/15 | | | | | |
| 46 | 1121369-R1 (2022) for DHO Rep. IR 3549119 (Dec. 1, 2021) | | | | | | | | 04/29 | | | | | Answer overdue since 7/5/22 |