To: Mailroom  
From: Martin S. Gottesfeld (Reg. No.: 12982-104)  
Date: Friday, May 3rd, 2019  
Subject: Tracking of outgoing mail  

Salutations Mailroom,

    Can you please track the following mailings, which I sent to U.S. District Court in New York and the Southern District of New York U.S. attorney's office on or about April 29th, 2019?

    9114 9023 0722 4072 3904 38  
    9114 9023 0722 4072 3904 52  
    9114 9023 0722 4072 4447 11  
    9114 9014 9645 1762 0788 33  

Thanks in advance for your assistance,

*[signature]*

Martin S. Gottesfeld, Reg. No.: 12982-104