**Tracking Number:** 9114902307224072444711

Remove

## Label Created, not yet in system

A status update is not yet available on your package. It will be available when the shipper provides an update or the package is delivered to USPS. Check back soon.

**Sign up for Informed Delivery® (https://informeddelivery.usps.com/box/pages/intro/start.action)** to receive notifications for packages addressed to you.

**Tracking Number:** 9114901496451762078833

Remove

Feedback

## Label Created, not yet in system

A status update is not yet available on your package. It will be available when the shipper provides an update or the package is delivered to USPS. Check back soon.

**Sign up for Informed Delivery® (https://informeddelivery.usps.com/box/pages/intro/start.action)** to receive notifications for packages addressed to you.

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# USPS Tracking®

FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package ✚

Remove

**Tracking Number:** 9114902307224072390438

## Label Created, not yet in system

A status update is not yet available on your package. It will be available when the shipper provides an update or the package is delivered to USPS. Check back soon.

**Sign up for Informed Delivery®** (https://informeddelivery.usps.com/box/pages/intro/start.action) to receive notifications for packages addressed to you.

Feedback

Remove

**Tracking Number:** 9114902307224072390452

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit

May 3, 2019
In Transit to Next Facility

**Get Updates**

**See Less**