Attchm. 12

Attachment 1

# FCC Terre Haute

## Administrative Remedy – Informal Resolution

| Inmate Name: Gottesfeld | Register #: 12982-104 |
|---|---|
| Unit: CMU | Date Submitted: May 6th, 2019 |

**Section 1: NOTICE TO INMATE** - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

**Section 1a: Briefly state your specific single complaint:** Important filings which I mailed to U.S. District Court for The Southern District Of New York on April 29th, 2019, appears not to have left the mail room yet. These filings bore the following USPS Tracking #s:
9114 9023 0722 4072 3904 38
9114 9023 0722 4072 3904 52
9114 9023 0722 4072 4447 11
9114 9014 9645 1762 0788 33

These are important and time-sensitive filings. This delay is effectively denying me access to the courts.

**Section 1b: Briefly state the resolution you request:** I would like these and all my future mailings to U.S. District Court not to be delayed for 5+ Business days while the FBOP exercises unlawful executive discretionary review of them.

**Inmate Signature:** [signed]

**Counselor Printed Name/Signature:** R. Eisele R.E.

### Section 2: Department Assigned

| Date Assigned: | | Date Due: | | |
|---|---|---|---|---|
| ☐ Food Service | ☑ Unit Mgmt | ☐ Unicor | ☐ Education |
| ☐ Psychology | ☐ Medical | ☐ Chaplain | ☐ Recreation |
| ☐ Trust Fund | ☐ Custody | ☐ Facilities | ☐ Safety |
| ☐ ISM/Mailroom | ☐ Admin. | ☐ SIS | |

### Section 3: Department Head Response

**Issue Resolved Comments:**

**Issue Un-resolved Comments:** Your mail is reviewed and sent in accordance with CMU policy & procedures.

**Unable to Address Issue Comments:**

| Inmate Signature if Resolved: | Date: |
|---|---|
| Staff Signature: | Date: |

### Section 4: Tracking

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | 5-6-19 | 5-6-19 | 5-9-19 | | | |
| Time | 1217 | 1230 | 1324 | | | |
| Staff | R. Eisele | R. Eisele | R. Eisele | | | |

– Page A102 of A263 –