To: Mailroom
From: Martin S. Gottesfeld (Reg. No.: 12982-104)
Date: Thursday, May 9th, 2019
Subject: USPS Tracking

Salutations,

    Can I please get the latest tracking information for the following USPS labels, which I mailed on April 29th, 2019?

    9114 9023 0722 4072 3904 38

    9114 9023 0722 4072 3904 52

    9114 9023 0722 4072 4447 11

    9114 9014 9645 1762 0788 33

    May I please also get the latest tracking information for the following USPS label, which I mailed on May 8th, 2019?

    9114 9023 0722 4072 3904 76

    Thanks in advance for your help,

Martin S. Gottesfeld