# USPS Tracking® FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package  **+**

Tracking Number: 9114902307224072390438

Remove

Your item departed our USPS facility in NEW YORK NY DISTRIBUTION CENTER on May 10, 2019 at 1:38 am. The item is currently in transit to the destination.

## In-Transit

May 10, 2019 at 1:38 am
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**Change Delivery Instructions**

---

Text & Email Updates

---

Delivery Instructions

---

Tracking History

---

Product Information

---

**See Less**

# USPS Tracking®

FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 9114902307224072390452

Remove

Your item was delivered to an individual at the address at 2:10 pm on May 6, 2019 in NEW YORK, NY 10007.

## Delivered

May 6, 2019 at 2:10 pm
Delivered, Left with Individual
NEW YORK, NY 10007

Feedback

**Get Updates**

Text & Email Updates

Tracking History

Product Information

See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 9114902307224072444711

Remove

Your item departed our USPS facility in NEW YORK NY DISTRIBUTION CENTER on May 10, 2019 at 1:54 am. The item is currently in transit to the destination.

## In-Transit

May 10, 2019 at 1:54 am
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**Change Delivery Instructions**

Text & Email Updates

Delivery Instructions

Tracking History

Product Information

**See Less**

# USPS Tracking®

FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package** +

Remove

**Tracking Number:** 9114901496451762078833

Your item departed our USPS facility in NEW YORK NY DISTRIBUTION CENTER on May 10, 2019 at 1:38 am. The item is currently in transit to the destination.

## In-Transit

May 10, 2019 at 1:38 am
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**Change Delivery Instructions**

---

Text & Email Updates

---

Delivery Instructions

---

Tracking History

---

Product Information

---

See Less