**U.S. DEPARTMENT OF JUSTICE**   Attchm. 16
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Gottesfeld, Martin, S.**　　**12982-104**　　**THA-CMU**　　**FCI Terre Haute**
　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

**Part A- INMATE REQUEST** Important and time-sensitive filings which I mailed to the US District Court for The Sout~~eh~~hern District of New York on Monday, ~~m~~ April 29th, 2019, ~~di~~ for docketing ~~t~~in the case 18-cv-10836-PGG did not leave the mailroom for quite some time. They had the following USPS tracking numbers: 9114 9023 0722 4072 3904 38, 9114 9023 0722 4072 3904 52, 9114 9023 0722 4072 4447 11, and ~~411=--991~~ 9114 9014 9645 1762 0788 33. That delay effectively denied access to the courts. Further, it is unlawful for the FBOP to exercise Executive discretionary review of my filings with the judicial branch (please see Ex Parte Hull, 312 U.S. 546; 85 L.Ed. 1034; 61 S.Ct. 640 (1941) and Cochran v. Kansas, 316 U.S. 255; 86 L.Ed. 1453; 62 S.Ct. 1068 (1942). The right to access the courts without interference from prison officials is well-established and ~~seem~~ resoundingly unambiguous in Constitutional law.

Please mail my filings out to U.S. District and other courts in a reasonable time frame and without exercising unlawful Executive discretionary review beforehand.

Sunday, May 12th, 2019
DATE　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B- RESPONSE**

　

DATE　　　　　　　　　　　　　　WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE　　　　　　　　CASE NUMBER: _____

　　　　　　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

— Page A109 of A263 —

DATE　　　　　　　　RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982
USP LVN