Attachm,

Attachment 1

## FCC Terre Haute

### Administrative Remedy – Informal Resolution

Inmate Name: Gottesfeld    Register #: 14892-104  12982-104

Unit: CMU    Date Submitted: May 10th, 2019

Section 1: NOTICE TO INMATE – Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

Section 1a: Briefly state your specific single complaint: The CMU handbook says that I have the right to be informed of all of the rules of the institution, yet there are many communications rules regarding third-party communication, financial documents, media access, process service, mail to the OIG, etc. which do not appear to be written anywhere. This present serious issues, including for Constitutional Due Process and Protected Speech.

Section 1b: Briefly state the resolution you request: Please tell me where I can find each and every communications rule in a written form and how I can access this set of rules from inside the unit.

Inmate Signature:

Counselor Printed Name/Signature: K. I

Section 2: Department Assigned

Date Assigned:    Date Due:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Food Service | | ☐ Unit Mgmt | | ☐ Unicor | | ☐ Education |
| ☐ Psychology | | ☐ Medical | | ☐ Chaplain | | ☐ Recreation |
| ☐ Trust Fund | | ☐ Custody | | ☐ Facilities | | ☐ Safety |
| ☐ ISM/Mailroom | | ☐ Admin. | | ☐ SIS | | |

Section 3: Department Head Response:

Issue Resolved Comments:

Issue Un-resolved Comments: National and local policy is available in the Law Library. This is updated regularly.

Unable to Address Issue Comments:

Inmate Signature if Resolved:    Date:

Staff Signature: R. Eisele R.E    Date: 5/13/19

Section 4: Tracking

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
|---|---|---|---|---|---|---|
| Date | 5-9-19 | 5-10-19 | 5-10-19 | | | |
| Time | 1329 | 1420 | 1305 | | | |
| Staff | R. Eisele | R. Eisele | R. Eisele | | | |