Attchm. 18



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

---

☒ Institution   ☐ Region   ☐ Central

___CMU_____ Unit

# Receipt of Administrative Remedy

Inmate Name: ___Gottesfeld___   Reg. No.: __12982-104__

Administrative Remedy No.: ___977006-F1___

Received on this __20th__ day of __May__, 2019.

_R.S___ CSW
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by _____, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

**Inmate Copy**

- Page A111 of A263 -

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY


DATE: MAY 8, 2019



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      TERRE HAUTE FCI

TO   : MARTIN GOTTESFELD, 12982-104
       TERRE HAUTE FCI     UNT: CMU     QTR: D04-041L
       4200 BUREAU ROAD NORTH
       TERRE HAUTE,  IN 47808



FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 977006-F1         ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : MAY 6, 2019
SUBJECT 1       : COMMUNICATION MANAGEMENT UNIT
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER.  TEXT ON ONE SIDE.  THE
                 TEXT MUST BE LEGIBLE.

REJECT REASON 3: SEE REMARKS.

REMARKS         : DOES NOT STATE A SPECIFIC REQUEST OR RESOLUTION.
```

U.S. DEPARTMENT OF JUSTICE — REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Gottesfeld, Martin S.  12982-104  THA-G  FCI-Terra Haute
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A– INMATE REQUEST** Please see the BP-8 attached hereto. [Additio]nally, I don't believe that the CMU can qualify as a "general population [unit] when a radical Islamic inmate who went on to kill a non-violent 68-year-o[ld and s]tab another man times-be, both over a noise dispute (allegedly), was housed there with a possibili[ty] of later stepping down to a legitimate "general population unit," as revealed by t[he] sworn court declaration of Associate Warden Dan Sproul in the case of 3:16-CV-0096 NJR-DGW (please see attached). I wish to be moved to a facility which is instead commensurate with my status as a non-violent first-time alleged offender who is 35 years old with a high-school diploma and which is located within 500 miles of my wife in Somerville, MA 02143, where I can have contact visits.

May 2n 2019
DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE                                    WARDEN OR REGIONAL DIRECTOR

SECOND COPY: RETURN TO INMATE          CASE NUMBER: _____
                                        CASE NUMBER: _____
**Part C– RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION
SUBJECT: _____

– Page A113 of A263 –

DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982