Attchm. 14



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

---

☒ Institution ☐ Region ☐ Central

___CMU___ Unit

# Receipt of Administrative Remedy

Inmate Name: ___Gottesfeld___ Reg. No.: ___12982-104___

Administrative Remedy No.: ___977009-F1___

Received on this ___20th___ day of ___May___, 2019.

___R.2___ CSW
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by _____, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

## Inmate Copy

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 8, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      TERRE HAUTE FCI

TO  : MARTIN GOTTESFELD, 12982-104
      TERRE HAUTE FCI    UNT: CMU    QTR: D04-041L
      4200 BUREAU ROAD NORTH
      TERRE HAUTE, IN 47808


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 977009-F1         ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : MAY 6, 2019
SUBJECT 1       : COMMUNICATION MANAGEMENT UNIT
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER.  TEXT ON ONE SIDE.  THE
                 TEXT MUST BE LEGIBLE.

REJECT REASON 3: SEE REMARKS.

REMARKS        : DOES NOT STATE A SPECIFIC REQUEST OR RESOLUTION.

SENSITIVE BP-9/STAFF MISCONDUCT

| U.S. DEPARTMENT OF JUSTICE | REQUEST FOR ADMINISTRATIVE REMEDY |
|---|---|
| Federal Bureau of Prisons | |

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Gottesfeld, Martin, S.**        **12982-104**        **THA-CMU**        **FCI-Terra Haute**
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A- INMATE REQUEST**  SENSITIVE BP-9/STAFF MISCONDUCT: ~~FBOP~~ FBOP staff are retaliating against me for Constitutionally-protected and court-ordered help I am providing to another inmate to fill out USM-285 legal forms in pursuit of his case in The District of Colorado (18-cv-02328) despite 28 CFR §543.11(f)(1), FBOP policy statement 1315.07(10), Johnson v. Avery, 393 U.S. 483; 21L.Ed.2d 718; 89 S.Ct. 747 (1969), Wolff v. McDonnell, 418 U.S. 539; 93 S.Ct. 2963; 41 L.Ed.2d (1974), Bounds v. Smith, 430 U.S. 817; 52 L.Ed.2d 72; 97 S.Ct. 1491 (1977), and Williams v. Lane, 851 F.2d 867 (7th Cir. 1988). As such, I do not believe that these FBOP personnel are entitled to qualified immunity in future litigation. Plesae see BP-A0288 Incident Report 3249328 attached hereto, as well as my draft statement for the DHO This post-hoc-dated and originally-unnumbered Incident Report was also delivered t me about 24 hours later than my BP-8 contesting m~~uy~~y placement in a CMU, which explicitly ~~stated~~ states my spotless inmate record (attached), and I believe that this led to the decision of Mr. R. Blythe to retaliate specifically by making such a frivilous allegation on a BP-A0288, a form which I do no t believe he is allowed to use in the~~f-fist~~ first place as PMB-Field Staff. I also wish to add that this Incident report followed my Thursday, April 18th, 2019 10:00 A.M. discussion with Ms. Seireveld, during which time I asked for a written copy of the CMU rules for communications. The UDC was also held in an intimidating manner.

19-05-01 DATE        SIGNATURE OF REQUESTER

**Part B- RESPONSE**

rec'd 5/6/19
rec'd 6/3/19

DATE        WARDEN OR REGIONAL DIRECTOR

ORIGINAL: RETURN TO INMATE        CASE NUMBER: 977009-F1
                                  CASE NUMBER: 977009-F2

**Part C- RECEIPT**

Return to: _____   _____   _____   _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.   UNIT    INSTITUTION

SUBJECT: _____

- Page A116 of A263 -

DATE        RECIPIENT'S SIGNATURE (STAFF MEMBER)        BP-229(13)
                                                        APRIL 1982