*Attachm. 20*

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 8, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
TERRE HAUTE FCI

TO   : MARTIN GOTTESFELD, 12982-104
TERRE HAUTE FCI    UNT: CMU    QTR: D04-041L
4200 BUREAU ROAD NORTH
TERRE HAUTE, IN 47808

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 977006-F1        ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : MAY 6, 2019
SUBJECT 1       : COMMUNICATION MANAGEMENT UNIT
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER. TEXT ON ONE SIDE. THE
                 TEXT MUST BE LEGIBLE.

REJECT REASON 3: SEE REMARKS.

REMARKS         : DOES NOT STATE A SPECIFIC REQUEST OR RESOLUTION.

Monday, May 20th, 2019

Specific request is made in the BP-8 and reiterated in the text of the BP-9, i.e. to be moved to an appropriate facility.
There are no continuation pages and all attachments are provided in quadruplicate, as required.
My underlying criminal case is 1:16-cr-10305-NMG in the District of Massachusetts. However, no reference to this case number whatsoever appears in the paperwork regarding my placement in a CMU.

Signed May 20th, 2019,

*[signature]*

Martin S. Gottesfeld, Reg-No.: 12982-104

- Page A117 of A263 -