**U.S. DEPARTMENT OF JUSTICE**   Attachm. 21                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Gottesfeld, Martin, S.**   **12982-104**   **CMU**   **FCI-THA**
   LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A- INMATE REQUEST**

Please see attached BP-8. There are many policies enforced in the CMU which are <u>not</u> located in the law library. One prohibits me from including affidavits signed by other inmates in my mail to the OIG. There are many other such policies not written anywhere.

Remedy Requested: Please tell me where I can find each and every communications rule in a <u>written</u> form and how I can access this set of rules from inside the unit.

**May 20th, 2019**                              [signature]
   DATE                                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____ DATE _____          _____ WARDEN OR REGIONAL DIRECTOR _____

**ORIGINAL: RETURN TO INMATE**                 CASE NUMBER: _____
                                               CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

– Page A118 of A263 –

_____ DATE _____                     RECIPIENT'S SIGNATURE (STAFF MEMBER)
                                                                    BP-229(13)
                                                                    APRIL 1982