

**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

☒ Institution ☐ Region ☐ Central

___CMU___ Unit

# Receipt of Administrative Remedy

Inmate Name: ___Gottesfeld___  Reg. No.: ___12982-104___

Administrative Remedy No.: ___977006-F2___

Received on this ___7th___ day of ___June___, 2019.

___R.E.  CSW___
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by _____, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

**Inmate Copy**

– Page A119 of A263 –

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 4, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      TERRE HAUTE FCI

TO  : MARTIN GOTTESFELD, 12982-104
      TERRE HAUTE FCI    UNT: CMU    QTR: D04-041L
      4200 BUREAU ROAD NORTH
      TERRE HAUTE, IN 47808

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 977006-F2        ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : JUNE 4, 2019
SUBJECT 1       : COMMUNICATION MANAGEMENT UNIT
SUBJECT 2       :
INCIDENT RPT NO :

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER. TEXT ON ONE SIDE. THE
                 TEXT MUST BE LEGIBLE.

REJECT REASON 3: SEE REMARKS.

REMARKS        : NUMEROUS DOCUMENTS CONTINUE TO BE ATTACHED WITHOUT
                 A SPECIFIC REQUEST OR SPECIFIC RESOLUTION ON THE
                 CORRECT FORM W/ONLY 1 PC OF DOCUMENTATION ATTACHED