Attchm. 23



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

| ☒ Institution | ☐ Region | ☐ Central |
|---|---|---|
| CMU | | Unit |

# Receipt of
# Administrative Remedy

Inmate Name: _____Gottesfeld_____    Reg. No.: __12982-104__

Administrative Remedy No.: ___977009-F2___

Received on this __7th__ day of __June__, 2019.

_____R.S____ CSW_____
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by _____, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

**Inmate Copy**