U.S. Department of Justice — Attachm. 24 — Regional Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Gottesfeld, Martin, S.    12982-104    CMU    FCI-THA
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A—REASON FOR APPEAL    I am appealing the rejection of the BP-9 which follows. I was not provided with a date by which to resubmit at the institutional level and I do not believe that it is being rejected in good-faith. A specific request has been made at the BP-8 level, and clearly it was understood. That request was reiterated at the BP-9 level, and it strains credulity beyond its breaking point to assert that it is "without a specific request or specific resolution." All non-continuation pages are ~~attachme~~ attachments and continue to be provided in quadruplicate, as required.

INMATE'S SPECIFIC REQUEST: I wish for my administrative remedy to be accepted for filing and to be moved to a facility commensurate with my status as a non-violent first-time offender who is 35 years old with a high-school ~~disp~~ diploma, located within 500 miles of my wife in Somerville, MA 02143, and with contact visits.

June 10th, 2019
DATE        SIGNATURE OF REQUESTER

Part B—RESPONSE

DATE        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE      CASE NUMBER: _____

Part C—RECEIPT

— Page A122 of A263 —

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

BP-230(13)