Attachm. 25

U.S. Department of Justice
Federal Bureau of Prisons

Federal Correctional Complex
Terre Haute, Indiana

☐ Institution  ☑ Region  ☐ Central
CMU Unit

# Receipt of Administrative Remedy

Inmate Name: Gottesfeld, Martin    Reg. No.: 12982-104

Administrative Remedy No.: 978744-R1

Received on this 21st day of June, 2019.

R2— CSW
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by _____, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

**Inmate Copy**

— Page A123 of A263 —

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 28, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO   : MARTIN GOTTESFELD, 12982-104
       TERRE HAUTE FCI     UNT: CMU     QTR: D04-041L
       4200 BUREAU ROAD NORTH
       TERRE HAUTE,  IN 47808


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 978744-R1        REGIONAL APPEAL
DATE RECEIVED    : MAY 21, 2019
SUBJECT 1        : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.