Attachm. 27

Attachment 1

## FCC Terre Haute

### Administrative Remedy – Informal Resolution

| Inmate Name: *Gottesfeld* | Register #: 12982-104 |
|---|---|
| Unit: *CMU* | Date Submitted: June 24th, 2019 |

Section 1: NOTICE TO INMATE - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

Section 1a: Briefly state your specific single complaint: I received a copy of administrative remedy number 978744-R1 back a few business days ago but I am unable to identify which of my pending such requests it is, so I am unable to effectively continue pursuing the admin. remedy process. This is effectively making the admin. remedy process unavailable to me. Please identify which of my pending administrative remedy requests is numbered 978744-R1.

Section 1b: Briefly state the resolution you request: Please tell me which of my pending requests for an administrative remedy is numbered 978744-R1 so that I can appeal/refile as necessary.

Inmate Signature:

Counselor Printed Name/Signature: R. Eisele  R.E

| Section 2: Department Assigned: | | | |
|---|---|---|---|
| Date Assigned: | | Date Due: | |
| ☐ Food Service | ☒ Unit Mgmt | ☐ Unicor | ☐ Education |
| ☐ Psychology | ☐ Medical | ☐ Chaplain | ☐ Recreation |
| ☐ Trust Fund | ☐ Custody | ☐ Facilities | ☐ Safety |
| ☐ ISM/Mailroom | ☐ Admin. | ☐ SIS | |

Section 3: Department Head Response:

Issue Resolved Comments: If it was sensitive you wouldn't receive a copy back. Admin. remedies are assigned a number ~~$~~ after unit team turns them in. It was a staff complaint and that is all that is provided in the computer.

Issue Un-resolved Comments:

Unable to Address Issue Comments:

| Inmate Signature if Resolved: | | | Date: | |
|---|---|---|---|---|
| Staff Signature: R.E | | | Date: 6.25.19 | |

| Section 4: Tracking: | | | | | |
|---|---|---|---|---|---|
| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected |
| Date | 6-21-19 | 6-24-19 | 6-25-19 | | | |
| Time | 1:20 PM | 1:50 PM | 2:40 PM | | | |
| Staff | R. Eisele | R. Eisele | R. Eisele | | | |

– Page A126 of A263 –