Attchm. 29

RECEIPT - ADMINISTRATIVE REMEDY

DATE: JUNE 25, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      TERRE HAUTE FCI

TO  : MARTIN GOTTESFELD, 12982-104
      TERRE HAUTE FCI    UNT: CMU    QTR: D04-041L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 979747-F1
DATE RECEIVED   : JUNE 3, 2019
RESPONSE DUE    : JUNE 23, 2019
SUBJECT 1       : COMMUNICATION MANAGEMENT UNIT
SUBJECT 2       :