U.S. Department of Justice /Attachm/ 31     Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Gottesfeld, Martin, S.    12982-104    CMU    FCI-THA
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A—REASON FOR APPEAL  I am appealing the rejection of the BP-10 which follows in accordance with 28 CFR §542.17(c). I was not provided with a date by which to resubmit the BP-10 at the regional level as required by 28 CFR 542.17(b), so appeal of the rejection is appropriate. A specific request has been made at the SENSITIVE BP-9 level for the correction of the underlying staff misconduct as necessary to comply with the law and the relevant regulations. I do not believe that this BP-10 was rejected in good faith. All attachments are non-continuation pages and continue to be provided in the appropriate quantities as required, so with some miniaturization to save paper.

INMATE'S SPECIFIC REQUEST: I wish for my administrative remedy to be accepted for filing and for the correction of the underlying staff misconduct as necessary to comply with the law and the relevant regulations because it continues to affect my life and my good-time credits, among other things. Should this BP-11 arrive late, then I request an extension of time to file to accomodate: the July 4th holiday (I am a CMU inmate with no access to mail from July 3rd, 2019 (evening) until today), the unusually long delay for my mail to be processed by the BOP due to my designation to a CMU, and the need to file an additional BP-8 (along with the ~~el~~delay thereby ~~intredueted~~ introduced) so that I could ascertain which BP-10 had been rejected.

Friday, July 5th, 2019
DATE                                SIGNATURE OF REQUESTER

Part B—RESPONSE

_____      _____
DATE                                GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE        CASE NUMBER: _____

Part C—RECEIPT                                       CASE NUMBER: _____

Return to: _____    _____    _____    _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

– Page A133 of A263 –

_____      _____
DATE                                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                             BP-231(13)
                                 Printed on Recycled Paper                                   APRIL 1982





