Attachm. 32



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

☑ Institution   ☐ Region   ☐ Central

_CMU_ Unit

# Receipt of
# Administrative Remedy

Inmate Name: _Gottesfeld, Martin_ Reg. No.: _12982-104_

Administrative Remedy No.: _979745-F1_

Received on this _25th_ day of _July_, 2019.

_R. S_   CSW
Signature/Title of Staff

# Inmate Copy

Remedy No.:  979745-F1 ·  · · · · ·                                    FCC Terre Haute, IN

---

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted June 3, 2019, in which you allege your mailing to the Southern District of New York was delayed causing you denied access to the courts.  As relief, you request your filings to the U.S. District and other courts be mailed out in a reasonable timeframe.

A review of your request reveals that you are housed in the Communication Management Unit (CMU) at FCC Terre Haute. You are currently housed in a general population housing unit with 100% communication monitoring.  All general correspondence and special mail will be cleared by the Counter Terrorism Unit (CTU) prior to mailing.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101.  Your appeal must be received within 20 calendar days of the date of this response.

_____7/15/19_____
Date

_____
B. Lammer, FCI Warden

U.S. DEPARTMENT OF JUSTICE                                    REQUEST FOR ADMINISTRATIVE REMEDY

Federal Bureau of Prisons

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Gottesfeld, Martin, S.           12982-104        THA-CMU          FCI Terrea Haute
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.        UNIT              INSTITUTION

Part A- INMATE REQUEST Important and time-sensitive filings which I mailed to the US District Cou
or The Soutehhern District of New York on Monday, m April 29th, 2019, di for docketing tin the case
: 18-cv-10836-PGG did not leave the mailroom for quite some time. They had the following USPS
:acking numbers: 9114 9023 0722 4072 3904 38, 9114 9023 0722 4072 3904 52,
!14 9023 0722 4072 4447 11, and 4̶1̶1̶=̶-̶-̶9̶9̶1̶ 9114 9014 9645 1762 0788 33. That delay effectively deni
: access to the courts. Further, it is unlawful for the FBOP to exercise Executive discretionary
:view of my filings with the judicial branch (please see Ex Parte Hull, 312 U.S. 546; 85 L.Ed.-
)34; 61 S.Ct. 640 {1941} arid Cochran v. Kansas, 316 U.S. 255; 86 L.Ed. 1453; 62 S.Ct. 1068 (1942).
1e right to access the courts without interference from prison officials is well-established and
:s̶e̶u̶i̶ resoundingly unambiguous in Constitutional law.
.ease mail my filings out to U.S. District and other courts in a reasonable time frame and without
:ercising unlawful Executive discretionary review beforehand.

Sunday, May 12th, 2019
        DATE                                                   SIGNATURE OF REQUESTER

Part B- RESPONSE

_____                              _____
        DATE                                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                            CASE NUMBER: _____

                                                      CASE NUMBER: _____

Part C- RECEIPT

Return to: _____  _____  _____  _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.      UNIT        INSTITUTION
                                       – Page A139 of A263 –
SUBJECT: _____

_____       ⊕                     _____
        DATE              PRINTED ON RECYCLED PAPER   RECIPIENT'S SIGNATURE (STAFF MEMBER)        BP-229(13)
                                                                                                  APRIL 1982
USP LVN