Attchm. 33



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

☑ Institution ☐ Region ☐ Central

___CMU___ Unit

# Receipt of Administrative Remedy

Inmate Name: _Gottesfeld, Martin_ Reg. No.: _12982-104_

Administrative Remedy No.: _976747-F1_

Received on this _25th_ day of _July_, 2019.

_R.S___ CSW
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by _____, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

**Inmate Copy**

Remedy No.: 979747-F1                                          FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted June 3, 2019, in which you allege that there are many policies enforced in the Communication Management Unit (CMU) which are not located in the law library. You allege that you are prohibited from including affidavits signed by other inmates to the Office of Inspector General (OIG). As relief, you request access to every communication rule in its written form.

A review of your request reveals that national and local policies are available in the law library and are updated regularly. You are not allowed to send mail on behalf of another inmate. Please refer to Program Statement 5265.14, <u>Correspondence</u>.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

_7/01/19_
Date

_____
B. Lammer, FCI Warden

**U.S. DEPARTMENT OF JUSTICE**        **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Gottesfeld, Martin, S.**    **12982-104**    **CMU**    **FCI-THA**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

Please see attached BP-8. There are many policies enforced in the CMU which are <u>not</u> located in the law library. One prohibits me from including affidavits signed by other inmates in my mail to the OIG. There are many other such policies not written anywhere.

Remedy Requested: Please tell me where I can find each and every communications rule in a <u>written</u> form and how I can access this set of rules from inside the unit.

May 20th, 2019
DATE           SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE           WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE      CASE NUMBER: 970747-F1

CASE NUMBER: _____

**Part C- RECEIPT**

— Page A142 of A263 —

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE           RECIPIENT'S SIGNATURE (STAFF MEMBER)