U.S. Department of Justice   Attchm. 34                    **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Gottesfeld, Martin, S.__    __12982-104__    __CMU__    __FCI-THA__
         LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A—REASON FOR APPEAL  Important and time-sensitive filings that I mailed to the U.S. District Court for the Southern District of New York on Monday, April 29th, 2019, for docketing in the case of 18-cv-10836-PGG did not leave the mailroom for quite some time. They had the following USPS tracking numbers: 9114 9023 0722 4072 3904 38, 9114 9023 0722 4072 3904 52, 9114 9023 0722 4072 444 11, and 9114 9014 9645 1762 0788 33. That delay effectively denied me access to the courts. Further it is unlawful for the FBOP to exercise Executive discretionary review of my filings with the judicial branch (please see Ex Parte Hull, 312 U.S. 546; 85 L.Ed. 1034; 61 S.Ct. 640 (1941) and Cochran v. Kansas, 316 U.S. 255; 86 L.Ed. 1453; 62 S.Ct. 1068 (1942). The right to access the court without interference from ~~pison~~ prison officials is well-established and resoundingly unambiguous i Constitutional law. My mail to state and federal courts continues to encounter these delays despite the requirements of BOP Program Statement 5800.10 §306. In ~~onee3~~ one such instance, a motion for an extension of time to file ~~for~~ before a June 20th, 2019, deadline was handed to CMU staff on June 10th, 2019, but did not reach the court until approx. July 20th.

INMATE'S SPECIFIC REQUEST: Please mail my filings out to U.S. District Court and other courts in a reasonable time frame and without exercising unlawful Executive discretionary review beforehand.

__Thu., July 25th, 2019__                              _[signature]_
         DATE                                       SIGNATURE OF REQUESTER

Part B—RESPONSE

---

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                        CASE NUMBER: _____

---

Part C—RECEIPT
                              – Page A143 of A263 –      CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    BP-230(13)

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808






USPS TRACKING #
9114 9023 0722 4293 0870 94

⇔12982-104⇔
North Central Region
400 State AVE
Kansas CITY, KS 66101-2492
United States

Thursday, July 25th, 2019, <u>Houston v. Lack</u>, 487 U.S. 266 (1988)
Remedy No.: 979745-F1