U.S. Department of Justice          Attchm. 35          Regional Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: **Gottesfeld, Martin, S.**     **12982-104**     **CMU**     **FCI-THA**
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL** Please see attached BP-8/BP-9. Many policies enforced in the FCI-THA CMU continue to be absent from the law library. One prohibits me from including affidavits signed by other inmates in my correspondence to t OIG, which isn't sent on behalf of anybody else, but rather as relevant evidence to support my claims in my mail to the OIG Another forbids me from helping inmates locate defendants dodging service of process in some cases, but not others, based o the capricious discretion of the FCI legal department. Yet This unwritten rule is unlawful as per SCOTUS decisions like Johnson v. Avery. Yet another rule forbids me from identifying myself as press even though a U.S. District Court struck dow this same restriction and it has since been nullified in its written form by the BOP (see McGowan v. U.S. in 2nd Cir.). Yet another unwritten rule forbids CMU inmates from receiving certain financial documents that inmates elsewhere are allowed to receive and this rule is not codified anywhere in the law library. Katherine Siereveld of the FCI Legal Dept. has further admitted on multiple occassions that there is no set of actual written rules.

INMATES SPECIFIC REQUEST: The FCI-THA CMU handbook says I have the right to know all of the rules for the unit, so please tell me where I can find each and every written rule, including the above, in written form and how I can access this set of rules from inside the unit given that we do not receive the federal register.

Thu., July 25th, 2019
DATE                                                        SIGNATURE OF REQUESTER

**Part B—RESPONSE**

DATE                                                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

**Part C—RECEIPT**

                                                           CASE NUMBER: _____

– Page A145 of A263 –

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

BP-230(13)

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808





⇔ 12982-104 ⇔
North Central Region
400 State AVE
Kansas CITY, KS 66101-2492
United States

Thursday, July 25th, 2019, Houston v. Lack, 487 U.S. 266 (1988)
Remedy No.: 979747-F1