Attachm. 37



U.S. Department of Justice
Federal Bureau of Prisons

Federal Correctional Complex
Terre Haute, Indiana

☐ Institution  ☐ Region  ☒ Central

__CMU_____ Unit

# Receipt of Administrative Remedy

| Inmate Name: | Gottesfeld | Reg. No.: | 12982-104 |
|---|---|---|---|
| Administrative Remedy No.: | 978744-A1 | | |

Received on this __12th__ day of __August__, 2019.

__R. S_____ csw__
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by _____, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

Inmate Copy

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 25, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MARTIN GOTTESFELD, 12982-104
      TERRE HAUTE FCI     UNT: CMU    QTR: D04-041L
      4200 BUREAU ROAD NORTH
      TERRE HAUTE,  IN 47808

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 978744-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : JULY 15, 2019
SUBJECT 1       : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL. YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, ███████████████████
                 OFFICE LEVEL.

REJECT REASON 2: CONCUR WITH RATIONALE OF REGIONAL OFFICE ███████████████
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 3: SEE REMARKS.

REMARKS         : START APPEAL AT INSTITUTIONAL LEVEL SO WARDEN CAN
                  ADDRESS YOUR CONCERN

U.S. Department of Justice / Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Gottesfeld, Martin, S. — 12982-104 — CMU — FCI-THA
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A—REASON FOR APPEAL** I am appealing the rejection of the BP-10 which follows in accordance with 28 CFR §542.17(c). I was not provided with a date by which to resubmit the BP-10 at the regional level as required by 28 CFR 542.17(b), so appeal of the rejection is appropriate. A specific request has been made at the SENSITIVE BP-9 level for the correction of the underlying staff misconduct as necessary to comply with the law and the relevant regulations. I do not believe that this BP-10 was rejected in good faith. All attachments are non-continuation pages and continue to be provided in the appropriate quantities as required, so with some miniaturization to save paper.

INMATE'S SPECIFIC REQUEST: I wish for my administrative remedy to be accepted for filing and for the correction of the underlying staff misconduct as necessary to comply with the law and the relevant regulations because it continues to affect my life and my good-time credits, among other things. Should this BP-11 arrive late, then I request an extension of time to file to accomodate: the July 4th holiday (I am a CMU inmate with no access to mail from July 3rd, 2019 (evening) until today, the unusually long delay for my mail to be processed by the BOP due to my designation to a CMU, and the need to file an additional BP-8 (along with the ~~delay thereby introduced~~ delay thereby introduced) so that I could ascertain which BP-10 had been rejected.

Friday, July 5th, 2019
DATE

SIGNATURE OF REQUESTER

**Part B—RESPONSE**

9114 9023 0722 4293 0875 82

RECEIVED
JUL 1 5 2019
Administrative Remedy Section
Federal Bureau of Prisons

---

DATE | GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE — CASE NUMBER: _____

**Part C—RECEIPT** — CASE NUMBER: 978744-A1

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: _____

— Page A150 of A263 —

DATE — SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN

BP-231(13)
APRIL 1982



Page A152 of A263


