Attachm. 38

To: CMU Unit Team
From: Martin S. Gottesfeld (Reg. No.: 12982-104)
Date: Thursday, August 15th, 2019
Subject: Unanswered requests

Salutations Unit Team,

I'm following up on the attached requests and BP-8. I have not yet heard back on the BP-8 nor the July 26th/July 29th request for a notary, although I did submit a copy of the document I would like to have sworn. The last I heard back on the PACER request from the 26th of July was that someone other than Ms. Griffin was looking into it. I haven't, however, heard anything since.

Can someone please let me know where each of these requests stands, and if I need to do anything further in regards to any of them?

With gratitude,

Martin S. Gottesfeld