Attchm. 39

RECEIPT - ADMINISTRATIVE REMEDY

DATE: AUGUST 16, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO   : MARTIN GOTTESFELD, 12982-104
       TERRE HAUTE FCI    UNT: CMU    QTR: D04-041L

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID      : 979745-R1
DATE RECEIVED  : AUGUST 8, 2019
RESPONSE DUE   : SEPTEMBER 7, 2019
SUBJECT 1      : OTHER MAIL COMPLAINTS
SUBJECT 2      :