Attchm. 40

RECEIPT - ADMINISTRATIVE REMEDY

DATE: AUGUST 16, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
NORTH CENTRAL REGIONAL OFFICE

TO  : MARTIN GOTTESFELD, 12982-104
TERRE HAUTE FCI     UNT: CMU     QTR: D04-041L

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 979747-R1
DATE RECEIVED   : AUGUST 8, 2019
RESPONSE DUE    : SEPTEMBER 7, 2019
SUBJECT 1       : COMMUNICATION MANAGEMENT UNIT
SUBJECT 2       :