Attachm. 42

Home/The State Of The Union/More Odd Details In The Donald Reynolds, Jr. Case

# More Odd Details In The Donald Reynolds, Jr. Case

Further apparent obstruction of his communications, plus a newly obtained lawsuit by Reynolds against a confidential witness

Photo from court documents in lawsuit against Albert Baah

MARCH 17, 2021

2:19 PM

**ARTHUR BLOOM**

Since our original article on the case of Donald Reynolds, Jr, a few more important details have surfaced that add to the picture.
TAC has obtained a lawsuit Reynolds filed in 2008 in Knox County chancery court against Albert Baah, a car dealer in Knoxville he was doing business with. The lawsuit contains evidence that, contrary to the U.S. Attorneys' assertions at the trial, Reynolds' businesses were legitimate.

The 2007 Cadillac Escalade that is the subject of the lawsuit was impounded after the arrest of Nathaniel Smith, originally Reynolds' co-defendant who gave, then disavowed a statement saying Reynolds had no knowledge of his drug-related activities. Baah then repossessed the car from impound. Reynolds argued it was still his, the lawsuit arose

from that, and it was still in progress when he was arrested. You can read it here.

At the risk of stating the obvious, this would be an extremely strange lawsuit to file if Reynolds was a drug dealer. One would think, if his drug-dealing associate had just been arrested, it would be bad operational security to try to take possession of the car he was arrested in via the civil justice system.

Baah was one of two confidential witnesses investigators relied on to obtain the search warrants on Reynolds' home and that of his parents. Property from the elder Reynolds' house was seized as proceeds from a drug operation and not returned, despite them not having been charged with anything. Neither raid found any drugs, and one wonders what AUSA Tracee Plowell told the grand jury in late 2008.

Baah testified at the trial that he didn't know anything about Reynolds' alleged drug dealing, and he had to be called as a witness by the defense. The other confidential witness used to obtain the search warrants did not testify at all. At the time of Reynolds' arrest, Baah was being sued by him.

TAC has been told that Smith has been warned not to try to communicate with Reynolds' parents.

In the waning months of the Trump administration, I communicated with several White House officials in an effort to seek clemency for Reynolds. His parents wrote the clemency letter, but their emails to the same White House officials I was able to communicate with without any problems, mysteriously bounced when they tried to do the same, so I sent it on their behalf. TAC has copies of the return messages to them. According to a letter from the Office of the Pardon Attorney this February, he no longer has a petition pending, if he ever did.

The previous story detailed other odd happenings with tracking slips for physical mail related to Reynolds' case. TAC spoke to a clerk at the Cincinnati appellate court who said mail meant for them had sat idle in the Terre Haute prison for quite some time without moving. If this sounds paranoid, remember the point of a Communications Management Unit is to manage communications.

Reynolds is serving a life-plus-75 sentence in a prison meant for terrorists, despite a near-total lack of physical evidence connecting him to the drug dealing for which he was convicted. Whether the Biden administration's vaunted new approach to criminal justice might lead to a reevaluation of his case, it's too soon to say.

"The U.S. Attorney's office for the Eastern District of Tennessee has no comment" about the sentence or the harassment by federal officers faced by Reynolds' parents, spokeswoman Rachelle Barnes told TAC.

**Update:** TAC has also obtained Smith's affidavit denying Reynolds' involvement in drugs:



**Arthur Bloom** @j_arthur_bloom · Mar 26, 2021

I've been told Donald Reynolds Jr has been cut off and put in isolation for 180 days since the publication of this article



theamericanconservative.com
More Odd Details in the Donald Reynolds, Jr. Case - The Americ...
Further apparent obstruction of his communications, plus a newly obtained lawsuit by Reynolds against a confidential witness

**Arthur Bloom**
@j_arthur_bloom

Here is the affidavit from his original co-defendant Nathaniel Smith, which wasn't allowed to be presented at

the trial, where Smith says Reynolds wasn't involved in any criminal activity.



4:51 PM · Mar 26, 2021

♡ 4    ◯ Reply    ⬆ Share this Tweet

Read 1 reply

## ABOUT THE AUTHOR



Arthur Bloom is the former editor of The American Conservative online. He was previously deputy editor of the Daily Caller and a columnist for the Catholic Herald. He holds masters degrees in urban planning and American studies from the University of Kansas. His work has appeared in The Washington Post, The Washington Times, The Spectator (UK), The Guardian, Quillette, The American Spectator, Modern Age, and Tiny Mix Tapes.
 email

# AFFIDAVIT

**RECEIVED**
JUL 3 1 2009
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

I NATHANIEL SMITH JR also known as Nugget; solemnly sworn, depose and state as follows:

I am a Singer/promoter for Timeless Entertainment Inc. I was employed by Donald R. Reynolds Jr. in or around April 2004. I frequently recorded in Reynolds Studio on a average of 2-3 times a month.

During the course of my employment, I participated in five concerts with artists across the country, where my job or role was to market/promote prior to the concert in and around the appointed location. I usually attend in a group of 4-5 people to carry out the task given by my employer. In the summer of July 20 2007 I, Nathaniel Smith Jr, also known as "Nugget", took upon myself to borrow the 2007 Cadillac Escalade VIN #: 3GYFK62827G27299, in Chicago, While myself and other employees were suppose to be on assignment to promote two upcoming artist and their album, at the "Taste of Chicago" event. Not having permission from my employer, nor giving any prior knowledge to my co-workers of my plans and actions, I took the truck and on my own accord, took upon myself to retrieve a package that was sent to the Comfort Inn in Skokie, IL, in the name of Brian Donell Bradley, for which I was arrested.

Do to my insubordinate actions, I caused the loss of the Cadillac Escalade, which was to be sold in Chicago as well as cause to my employer Donald R.

Reynolds Jr, to acquire legal problems due to my irresponsible activities. This affidavit is to make things right. I take full responsibility for my actions, in that I acted on my own accord.

Donald R. Reynolds Jr. should not be punished due to false information, which was given by my ex-girlfriend Courtney Hensley, also known as "CWI", because of her jelous outrage she had toward me when I seperated from her. Due to my prior relations with Mrs Hensley and the activies that we participated in together, she has made biasly false accusations and serious threats, that I took lightly. Mrs Hensley knew that my love was for music, and the company I was employed for had already signed a major record label deal.

Becaus of where my future was about to take me Mrs. Hensley made false statements about myself, Donald R Reynolds Jr, and his company Timeless Entertainment Inc. which she has no knowledge about. Mrs. Hensley accusations are based on information and idea's that I Nathaniel Smith Jr also known as Nugget, had discussed with Mrs Hensley about what I was thinking and planning on doing with people I had acquired during my travels. The incident that I caused in Chicago was the first time I had ever tried anything like that. Further more, there were some Fed-X accounts found in the house rented by Donald R. Reynolds Jr. Those accounts where left there by me, along with other

miscellaneous paper work and property. Mr. Reynolds allowed me to keep some of my possessions and belongings at his home after my break-up and seperation from Mrs Hensley. Mr Reynolds did not approve of or condone any illegal activity let-alone indulge, so I kept anything of that nature secret for fear of losing my position in the Company.