Attchm. 43



U.S. Department of Justice
Federal Bureau of Prisons

Federal Correctional Complex
Terre Haute, Indiana

☐ Institution  ☑ Region  ☐ Central

___CMM___ Unit

# Receipt of Administrative Remedy

Inmate Name: __Gottesfeld, Martin__  Reg. No.: __12982-104__

Administrative Remedy No.: __971006-R1__

Received on this __10th__ day of __Sep.__, 2019.

_____ CSW
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by __9/17__, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

**Inmate Copy**

- Page A177 of A263 -

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY


DATE: JULY 14, 2019



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : MARTIN GOTTESFELD, 12982-104
      TERRE HAUTE FCI    UNT: CMU    QTR: D04-041L
      4200 BUREAU ROAD NORTH
      TERRE HAUTE, IN 47808


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 977006-R1      REGIONAL APPEAL
DATE RECEIVED   : JULY 5, 2019
SUBJECT 1       : COMMUNICATION MANAGEMENT UNIT
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : CONCUR WITH INSTITUTION REJECTION, CORRECT ISSUES AT
                  THAT LEVEL PRIOR TO FILING AT THIS LEVEL.
```

U.S. Department of Justice                     Regional Administrative Remedy Appeal
Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Gottesfeld, Martin, S.__    __12982-104__    __CMU__    __FCI-THA__
         LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**   I am appealing the rejection of the BP-9 which follows. I was not provided with a date by which to resubmit at the institutional level and I do not believe that it is being rejected in good-faith. A specific request has been made at the BP-8 level, and clearly it was understood. That request was reiterated at the BP-9 level, and it strains credulity beyond its breaking point to assert that it is "without a specific request or specific resolution." All non-continuation pages are ~~attachme~~ attachments and continue to be provided in quadruplicate, as required.

INMATE'S SPECIFIC REQUEST: I wish for my administrative remedy to be accepted for filing and to be moved to a facility commensurate with my status as a non-violent first-time offender who is 35 years old with a high-school ~~disp~~ diploma, located within 500 miles of my wife in Somerville, MA 02143, and with contact visits.

__June 10th, 2019__                                    _[signature]_
         DATE                                        SIGNATURE OF REQUESTER

**Part B—RESPONSE**

[Stamp: RECEIVED JUL 05 2019 REGIONAL DIRECTOR'S OFFICE NORTH CENTRAL REGION]

---

_____                          _____
         DATE                                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE                            CASE NUMBER: __977006__

---

**Part C—RECEIPT**
                              – Page A179 of A263 –         CASE NEMBER: _____

Return to: _____    _____    _____    _____
              LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.      UNIT     INSTITUTION

SUBJECT: _____

                                                                    BP-230(13)
                                                                    APRIL 1982
_____    _____
   DATE       SIGNATURE RECIPIENT OF REGIONAL APPEAL