Attchm. 44



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

☐ Institution  ☑ Region  ☐ Central

CMU Unit

## Receipt of Administrative Remedy

Inmate Name: Gottesfeld, Martin   Reg. No.: 12982-104

Administrative Remedy No.: 983561-R1

Received on this 10th day of Sep, 2019.

_R.S._ CSW
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by 9/17, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

**Inmate Copy**