U.S. Department of Justice  Attchm. 45

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Gottesfeld, Martin, S.     12982-104     CMU     FCI-THA
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

Part A—REASON FOR APPEAL I am appealing the rejection of the BP-9 which follows. I was not provided with a date by which to resubmit at the institutional level in the original response to the BP-9, so appeal of that rejection was appropriate and timely filed in the BP-10 that follows. I do not believe that my BP-9 and BP-10 were rejected in good-faith. A specific request was made at the BP-8 level, and clearly it was understood. That request was reiterated at the BP-9 level, and it strains credulity beyond its breaking point to assert that it is "without a specific request or specific resolution." That request was then reiterated—along with a request that my original BP-9 be accepted for filing—at the BP-10 level. All non-continuation pages are attachments and continue to be provided with extra copies, as required. No CFR or FBOP program statement restricts administrative-remedy filings to only 1 piece of documentation.

INMATE'S SPECIFIC REQUEST: I wish for my BP-9 to be accepted for filing at the institutional level and to be moved to a facility commensurate with my status as a non-violent first-time offender who is 35 years old with a high-school diploma, located within 500 miles of my wife in Somerville, MA 02143, and with contact visits.
I asked for BP-11s on previous days and today was the first day I was given them.

Sept 16th, 2019
DATE                                            SIGNATURE OF REQUESTER

Part B—RESPONSE

_____                              _____
DATE                                          GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

Part C—RECEIPT                                CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.     UNIT     INSTITUTION
SUBJECT: _____

— Page A181 of A263 —

DATE        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL         BP-231(13)
USP LVN                                                              APRIL 1982

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



USPS TRACKING #

9114 9023 0722 4072 3908 41

⇔12982-104⇔
Office Of General Counsel
Bureau of Prisons
320 1ST ST NW
Washington, DC 20534
United States




Monday, September 16th, 2019, <u>Houston v. Lack</u>, 487 U.S. 266 (1988)

BP-11 CMU desig.