Attachm. 46



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
Terre Haute, Indiana

☐ Institution  ☑ Region  ☐ Central
CMU Unit

# Receipt of Administrative Remedy

Inmate Name: Gottesfeld, Martin   Reg. No.: 12982-104

Administrative Remedy No.: 979745-R1

Received on this 25th day of Sep., 2019.

_R.E_  CSW
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by _____, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

**Inmate Copy**

— Page A183 of A263 —

U.S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

Regional Administrative Remedy Appeal
Part B - Response

---

**Administrative Remedy Number: 979745-R1**

---

This is in response to your Regional Administrative Remedy Appeal received in this office on August 8, 2019, in which you allege your mail is not properly processed in a timely manner, thus denying your access to the courts. For relief, you request staff process your outgoing correspondence in a timely manner.

We have reviewed your appeal and the Warden's response dated July 15, 2019. Program Statement 5214.02, Communications Management Units, states, "Incoming and outgoing written general correspondence is ordinarily reviewed by CTU staff before delivery to the inmate or further processing to the post office. ... Only privileged communication with the inmate's attorney will be handled as special mail. All other types of correspondence do not receive special handling and will be treated as general correspondence." You were designated to the Communications Management Unit (CMU) to ensure additional monitoring of your communication could be accomplished. This delay is necessary to ensure the safe and orderly operation of the institution, as well as, the general public. You have provided insufficient evidence to support your claim staff is acting outside the scope of policy. We find no evidence of staff malfeasance.

Based on the above, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

08/30/19
Date

J. E. Krueger, Regional Director