Attchm. 47



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

☐ Institution ☒ Region ☐ Central

___CMU___ Unit

## Receipt of Administrative Remedy

Inmate Name: __Gottesfeld, Martin__ Reg. No.: __12982-104__

Administrative Remedy No.: __979747-R1__

Received on this __25th__ day of __Sep__, 2019.

_R.E.___ csu
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by _____, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

**Inmate Copy**

U.S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

Regional Administrative Remedy Appeal
Part B - Response

**Administrative Remedy Number:** 979747-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on August 8, 2019, in which you contend several policies and procedures are unavailable for your review. For relief, you request access to the policies, procedures, and rules, of the Communications Management Unit.

We have reviewed your appeal and the Warden's response dated July 1, 2019. As indicated in the Warden's response, all policies, procedures, rules, inmate bulletins, etc., are available for your review in the law library. Additionally, all updates are available as they become implemented.

Based on the above, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

08/30/19
Date

J. E. Krueger, Regional Director