U.S. Department of Justice  Attchm. 48                    Central Office Administrative Remedy Appeal
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

| From: | Gottesfeld, Martin, S. | 12982-104 | D/CMU | FCI-THA |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

Part A—REASON FOR APPEAL   INMATE'S SPECIFIC REQUEST: Please mail my filings to U.S. district court and other courts in a reasonable time frame and without exercising unlawful Executive discretionary review beforehand.

Important and time-sensitive filings that I mailed to the U.S. District Court for The Southern District of New York on Monday, April 29th, 2019, for docketing in the case of 18-cv-10836-PGG did not leave the mailroom for quite some time. They had the following USPS tracking numbers: 9114 9023 0722 4072 3904 38, 9114 9023 0722 4072 3904 52, 9114 9023 0722 4072 3447 11, and 9114 9023 9014 9645 1762 0788 33. That delay effectively denied me access to the courts. Further, it is unlawful for the FBOP to exercise Executive discretionary review of my filings with the judicial branch (please see Ex Parte Hull, 312 U.S. 546; 85 L.Ed. 1034; 61 S.Ct. 640 (1941) and Cochran v. Kansas, 316 U.S. 255; 86 L.Ed. 1453; 62 S.Ct. 1068 (1942)). The right of access to the courts without interference from prison officials is well-established and resoundingly unambiguous in Constitutional Law. My mail to state and federal courts continues to encounter these delays despite the requirements of BOP Program Statement 5800.10 §306. In one such instance, a motion for an extension of time to file before a June 20th, 2019, deadline was handed to CMU staff on June 10th, 2019, but did not reach the court until approx. July 20th, 2019.

Fri., Sept. 27th, 2019                                                  /s/ MSG
_____                               _____
        DATE                                                           SIGNATURE OF REQUESTER

Part B—RESPONSE




_____                               _____
        DATE                                                           GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                             CASE NUMBER: _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Part C—RECEIPT
                                                       CASE NUMBER: _____

                              — Page A187 of A263 —
Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____                               _____
        DATE                                          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                                                            BP-231(13)
                                                                                   APRIL 1982

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808


USPS TRACKING #
9114 9023 0722 4291 7995 48

   

⇔12982-104⇔
Office Of General Counsel
Bureau of Prisons
320 1ST ST NW
Washington, DC 20534
United States

Friday, September 27th, 2019, <u>Houston v. Lack</u>, 487 U.S. 266 (1988)

BP-11
979745-R1