U.S. Department of Justice  Attchm. 49                    Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Gottesfeld, Martin, S.__  __12982-104__  __CMU/D__  __FCI-THA__
         LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.      UNIT     INSTITUTION

Part A—REASON FOR APPEAL  INMATE'S SPECIFIC REQUEST: The FCI-THA CMU handbook says I have the right to know all of the rules for the unit, so please tell me where I can find each and every written rule, including the below, in written form and how I can access this set of rules from inside the unit given that we do not receive the federal register.

Please see attached BP-8/BP-9. Many policies enforced in the FCI-THA CMU continue to be absent from the law library. One prohibits me from including affidavits signed by other inmates in my correspondence to the OIG, which isn't sent on behalf of anybody else, but rather as relevant evidence to support my claims in my mail to the OIG. Another forbids me from helping inmates locate defendants dodging service of process in some cases, but not others, based on Johnson v. Avery. Yet another rule forbids the arbitrary and capricious discretion of the FCI legal department. This unwritten rule is unlawful as per SCOTUS decisions like Johnson v. Avery. Yet another rule forbids me from identifying myself as press even though a U.S. district court struck down this same restriction and it has since been nullified in its written form by the BOP (see McGowan v. U.S. in 2nd Cir.). Yet another unwritten rule forbids CMU inmates from receiving certain financial documents that inmates elsewhere are allowed to receive and this rule is not codified anywhere in the law library. Katherine Siereveld of the FCI Legal Dept. has further admitted on multiple occasions that there is no set of actual written rules.

__Fri., Sept. 27th, 2019__                         __[signature]__
       DATE                                       SIGNATURE OF REQUESTER

Part B—RESPONSE

_____                              _____
      DATE                                      GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                        CASE NUMBER: _____

Part C—RECEIPT                                    CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____
                                   — Page A189 of A263 —

_____                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL     BP-231(13)
      DATE                                                                              APRIL 1982
USP LVN

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808







⇔12982-104⇔
Office Of General Counsel
Bureau of Prisons
320 1ST ST NW
Washington, DC 20534
United States

Friday, September 27th, 2019, Houston v. Lack, 487 U.S. 266 (1988)

BP-11
Churitter Rules
979747-R1