Attachm. S1

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808





⇔12982-104⇔
North Central Region
400 State AVE
Kansas CITY, KS 66101-2492
United States

Friday, October 25th, 2019, Houston v. Lack, 487 U.S. 266 (1988)

BP-10
DHO Finding