

**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

☐ Institution  ☐ Region  ☒ Central

CMU _____ Unit

# Receipt of Administrative Remedy

| Inmate Name: | Gottesfeld | Reg. No.: | 12982-104 |
|---|---|---|---|
| Administrative Remedy No.: | 977006-A1 | | |

Received on this ___8th___ day of ___Nov___, 2019.

_____ CSW
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by ___11/18___, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

**Inmate Copy**

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 16, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MARTIN GOTTESFELD, 12982-104
      TERRE HAUTE FCI      UNT: CMU      QTR: D04-041L
      4200 BUREAU ROAD NORTH
      TERRE HAUTE, IN 47808

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 977006-A1         CENTRAL OFFICE APPEAL
DATE RECEIVED    : OCTOBER 3, 2019
SUBJECT 1        : COMMUNICATION MANAGEMENT UNIT
SUBJECT 2        :
INCIDENT RPT NO  :

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: SEE REMARKS.

REMARKS        : A REJECTION IS NOT A DENIAL. FOLLOW INSTRUCTIONS,
                 MAKE CORRECTIONS, AND RESUBMIT AT THE APPROPRIATE
                 LEVEL.

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Gottesfeld, Martin, S.__  __12982-104__  __CMU__  __FCI-THA__
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A—REASON FOR APPEAL** I am appealing the rejection of the BP-9 which follows. I was not provided with a date by which to resubmit at the institutional level in the original response to the BP-9, so appeal of that rejection was appropriate and timely filed in the BP-10 that follows. I do not believe that my BP-9 and BP-10 were rejected in good-faith. A specific request was made at the BP-8 level, and clearly it was understood. That request was reiterated at the BP-9 level, and it strains credulity beyond its breaking point to assert that it is "without a specific request or specific resolution." That request was then reiterated—along with a request that my original BP-9 be accepted for filing—at the BP-10 level. All non-continuation pages are attachments and continue to be provided with extra copies, as required. No CFR or FBOP program statement restricts administrative-remedy filings to only 1 piece of documentation.

INMATE'S SPECIFIC REQUEST: I wish for my BP-9 to be accepted for filing at the institutional level and to be moved to a facility commensurate with my status as a non-violent first-time offender who is 35 years old with a high-school diploma, located within 500 miles of my wife in Somerville, MA 02143, and with contact visits.
I asked for BP-11s on previous days and today was the first day I was given them.

__Sept 16th, 2019__    __[signature]__
DATE                   SIGNATURE OF REQUESTER

**Part B—RESPONSE**

DIF

RECEIVED
OCT 03 2019
Administrative Remedy Section
Federal Bureau of Prisons

_____   _____
DATE              GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                CASE NUMBER: _____

**Part C—RECEIPT**
                                          CASE NUMBER: _____

Return to: _____   _____   _____   _____
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.   UNIT    INSTITUTION
SUBJECT: _____

– Page A201 of A263 –

_____        _____
DATE                   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                              BP-231(13)
                                                     APRIL 1982