Attchm. 53



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
Terre Haute, Indiana

☐ Institution  ☐ Region  ☒ Central

CMU _____ Unit

# Receipt of Administrative Remedy

| Inmate Name: | Gottesfeld | Reg. No.: | 12982-104 |
|---|---|---|---|
| Administrative Remedy No.: | 983561-A1 | | |

Received on this __8th__ day of __Nov__, 2019.

_____
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by __11/18__, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

**Inmate Copy**