Attchm. 54

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 18, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MARTIN GOTTESFELD, 12982-104   UNT: CMU   QTR: D04-041L
      TERRE HAUTE FCI

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW. WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 979745-A1
DATE RECEIVED   : OCTOBER 9, 2019
RESPONSE DUE    : DECEMBER 8, 2019
SUBJECT 1       : OTHER MAIL COMPLAINTS
SUBJECT 2       :

RECEIPT - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 18, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MARTIN GOTTESFELD, 12982-104   UNT: CMU   QTR: D04-041L
      TERRE HAUTE FCI

THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 979745-A1
DATE RECEIVED   : OCTOBER 9, 2019
RESPONSE DUE    : DECEMBER 8, 2019
SUBJECT 1       : OTHER MAIL COMPLAINTS
SUBJECT 2       :