Attchm. 58



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
Terre Haute, Indiana

☐ Institution ☐ Region ☒ Central

CMU Unit

## Receipt of Administrative Remedy

Inmate Name: Gottesfeld, Martin  Reg. No.: 12982-104

Administrative Remedy No.: 979745-A1

Received on this 13th day of Dec, 2019.

R.E csw
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by _____, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

Signature/Title of Staff

**Inmate Copy**

– Page A209 of A263 –

**Administrative Remedy No. 979745-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you claim your mail to the Courts is being processed in an untimely manner at FCI Terre Haute. You state you have the right to access the Courts without interference and delay. You request your Court filings be mailed in a reasonable time frame and without exercising unlawful executive discretionary review beforehand.

The Warden and Regional Director adequately the issues raised in your complaint we concur with the responses provided. As indicated, based on your CMU status and need for increased monitoring, all incoming and outgoing mail, must be properly and thoroughly reviewed. There may be circumstances that could result in a delay. However, staff makes every effort to avoid any delays in the processing and delivery of inmate mail. If you experience any excessive mail delays you should report it to staff at that time so action can be taken.

This response is provided for informational purposes.

_11/21/19_
Date

Ian Connors, Administrator
National Inmate Appeals

U.S. Department of Justice | **Central Office Administrative Remedy Appeal**
Federal Bureau of Prisons

Type or use ball–point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attachments must be submitted with this appeal.

From: Gottesfeld, Martin, S.    12982-104    D/CMU    FCI-THA
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

Part A—REASON FOR APPEAL  INMATE'S SPECIFIC REQUEST: Please mail my filings to U.S. district court and other courts in a reasonable time frame and without exercising unlawful Executive discretionary review beforehand.

Important and time-sensitive filings that I mailed to the U.S. District Court for The Southern District of New York on Monday, April 29th, 2019, for docketing in the case of 18-cv-10836-PGG did not leave the mailroom for quite some time. They had the following USPS tracking numbers: 9114 9023 0722 4072 3904 38, 9114 9023 0722 4072 3904 52, 9114 9023 0722 4072 4447 11, and 9114 9023 9014 9645 1762 0788 33. That delay effectively denied me access to the courts. Further, it is unlawful for the FBOP to exercise Executive discretionary review of my filings with the judicial branch (please see Ex Parte Hull, 312 U.S. 546; 85 L.Ed. 1034; 61 S.Ct. 640 (1941) and Cochran v. Kansas, 316 U.S. 255; 86 L.Ed. 1453; 62 S.Ct. 1068 (1942)). The right of access to the courts without interference from prison officials is well-established and resoundingly unambiguous in Constitutional Law. My mail to state and federal courts continues to encounter these delays despite the requirements of BOP Program Statement 5800.10 §306. In one such instance, a motion for an extension of time to file before a June 20th, 2019, deadline was handed to CMU staff on June 10th, 2019, but did not reach the court until approx. July 20th, 2019.

Fri., Sept. 27th, 2019
DATE                                        SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED
OCT 09 2019
Administrative Remedy Section
Federal Bureau of Prisons

DATE                                        GENERAL COUNSEL
ORIGINAL: RETURN TO INMATE                  CASE NUMBER: _____

Part C—RECEIPT
                                            CASE NUMBER: _____

– Page A211 of A263 –

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION
SUBJECT: _____

DATE              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL    BP-231(13)
USP LVN                                                              APRIL 1982