Attachm. 59



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

☑ Institution  ☐ Region  ☑ Central
_CMU_ Unit

# Receipt of
## Administrative Remedy

Inmate Name: _Bottsfeld, Martin_ Reg. No.: _12982-104_

Administrative Remedy No.: _979747-A1_

Received on this ___13th___ day of ___Dec___, 2019.

_RE csw_
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff
member by _____, 2019.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

# Inmate Copy

**Administrative Remedy No. 979747-A1**
**Part B - Response**


This is in response to your Central Office Administrative Remedy Appeal where you claim there are several rules and polices of the Communications Management Unit (CMU) that are not available in the law Library.  You contend it is a violation of due process to implement rules that are not codified and believe there are "no set of actual rules," for the CMU.  You request to know where you can find each and every written rule of the CMU and how you can access the set of rules inside the unit.

The Warden and Regional Director adequately addressed your complaint and we concur with the responses provided.  As noted, National and local policies are located in the Law Library.  The rules and regulations for the CMU are outlined in Program Statement 5214.02, CMU, as promulgated in 28 CFR §540, as well as Institution Supplement THX5214.02B, CMU.  Inmates are also provided with a CMU handbook.  There is no indication you have not been provided with access to the rules and regulations of the CMU that apply to your designation.  Your claim of a due process violation is not supported.

Accordingly, your appeal is denied.


_____
Date   11/21/19

_____
Ian Connors, Administrator
National Inmate Appeals RMF

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attach-ments must be submitted with this appeal.

From: Gottesfeld, Martin, S.     12982-104     CMU/D     FCI-THA

      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

Part A—REASON FOR APPEAL   INMATE'S SPECIFIC REQUEST: The FCI-THA CMU handbook says I have the right to know all of the rules for the unit, so please tell me where I can find each and every written rule, including the below, in written form and how I can access this set of rules from inside the unit given that we do not receive the federal register.
Please see attached BP-8/BP-9. Many policies enforced in the FCI-THA CMU continue to be absent from the law library. One prohibits me from including affidavits signed by other inmates in my correspondence to the OIG, which isn't sent on behalf of anybody else, but rather as relevant evidence to support my claims in my mail to the OIG. Another forbids me from helping inmates locate defendants dodging service of process in some cases, but not others, based on ~~Johnson v. Avery. Yet another rule forbids~~ the arbitrary and capricious discretion of the FCI legal department. This unwritten rule is unlawful as per SCOTUS decisions like Johnson v. Avery. Yet another rule forbids me from identifying myself as press even though a U.S. district court struck down this same restriction and it has since been nullified in its written form by the BOP (see McGowan v. U.S. in 2nd Cir.). Yet another unwritten rule forbids CMU inmates from receiving certain financial documents that inmates elsewhere are allowed to receive and this rule is not codified anywhere in the law library. Katherine Siereveld of the FCI Legal Dept. has further admitted on multiple occasions that there is no set of actual written rules.

Fri., Sept. 27th, 2019

DATE                                SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED

OCT 0 9 2019

Administrative Remedy Section
Federal Bureau of Prisons

---

_____ DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: _____

Part C—RECEIPT                               CASE NUMBER: _____

Return to: _____                                                                                                                                                

      LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.             UNIT         INSTITUTION

                                             – Page A214 of A263 –

SUBJECT: _____

_____ DATE                           SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL      BP–231(13)
                                                                            APRIL 1982

USP LVN