Attchm. 60

RECEIPT - ADMINISTRATIVE REMEDY

DATE: DECEMBER 19, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      TERRE HAUTE FCI

TO  : MARTIN GOTTESFELD, 12982-104
      TERRE HAUTE FCI    UNT: CMU    QTR: D02-010LDS

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID      : 1000236-F1
DATE RECEIVED  : DECEMBER 10, 2019
RESPONSE DUE   : DECEMBER 30, 2019
SUBJECT 1      : OTHER NON-MAIL COMMUNICATION
SUBJECT 2      : COMMUNICATION MANAGEMENT UNIT