

**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

☐ Institution   ☒ Region   ☐ Central

CMU _____ Unit

# Receipt of Administrative Remedy

| Inmate Name: | Gottesfeld | Reg. No.: | 12982-104 |
|---|---|---|---|
| Administrative Remedy No.: | 996452-A1 | | |

Received on this ___6th___ day of ___JAN___, 20~~19~~ 20.

___PL   csw___
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by ___1/14___, 20~~19~~ 20.

Edits received by Unit Team on this _____ day of _____, 2019.

_____
Signature/Title of Staff

**Inmate Copy**