Attchm. 62

RECEIPT - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 25, 2020   Reclved F 2020-09-25

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : MARTIN GOTTESFELD, 12982-104
      TERRE HAUTE FCI    UNT: CMU    QTR: D03-038L

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID      : 1000236-R5
DATE RECEIVED  : SEPTEMBER 21, 2020
RESPONSE DUE   : NOVEMBER 20, 2020
SUBJECT 1      : OTHER NON-MAIL COMMUNICATION
SUBJECT 2      : COMMUNICATION MANAGEMENT UNIT

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 25, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : MARTIN GOTTESFELD, 12982-104
      TERRE HAUTE FCI     UNT: CMU     QTR: D03-038L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 1000236-R5
DATE RECEIVED   : SEPTEMBER 21, 2020
RESPONSE DUE    : NOVEMBER 20, 2020
SUBJECT 1       : OTHER NON-MAIL COMMUNICATION
SUBJECT 2       : COMMUNICATION MANAGEMENT UNIT