Attchm. 63



U.S. Department of Justice
Federal Bureau of Prisons

Federal Correctional Complex
Terre Haute, Indiana

☐ Institution  ☒ Region  ☐ Central

CMU Unit

# Receipt of Administrative Remedy

| Inmate Name: | GOTTESFELD, MARTIN | Reg. No.: | 45546-039 |
|---|---|---|---|
| Administrative Remedy No.: | 1000236-R5 | | |

Received on this __31st__ day of __Dec__, 2020.

__Re csw__
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by __1/10__, 2020.

Edits received by Unit Team on this _____ day of _____, 2020.

_____
Signature/Title of Staff


Inmate Copy

— Page A219 of A263 —

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

---

**Administrative Remedy Number: 1000236-R5**

---

This is in response to your Regional Administrative Remedy Appeal received in this office on September 21, 2020, in which you request access to Trust Fund Inmate Limited Computer System (TRULINCS) for anonymously reporting Prison Rape Elimination Act (PREA) violations to the Office of Inspector General (OIG).

We have reviewed the information presented in your appeal and the Warden's response. TRULINCS allows inmates to report allegations of sexual abuse and harassment directly to the OIG through the Electronic Request to Staff service. Due to the security concerns of the Communications Management Unit, the Electronic Request to Staff service is not available. You may draft a PREA complaint and provide it to staff in an unopened envelope so it may be scanned for contraband prior to it being sealed for mailing. The complaint will then be mailed to the outside entity for processing as they deem appropriate.

Based on the above information, your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

10/29/20
Date

Barb von Blanckensee, Regional Director

**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*

Terre Haute, Indiana 47802

September 8, 2020

RE: Martin Gottesfeld, Reg. No. 12982-104

To Whom it may Concern,

The delivery dates reflected on inmate Gottesfeld's Administrative Remedy packets are accurate. The March response from the Warden was not received by inmate Gottesfeld until August due to staff error. Please process the packet if there are no other discrepancies.

R. Eisele, Case Manager
Communications Management Unit
FCI Terre Haute