U.S. Department of Justice                                       Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Gottesfeld, Martin, S.__    __12982-104__    __D/CMU__    __FCI-THA__
         LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.         UNIT        INSTITUTION

Part A—REASON FOR APPEAL This is an appeal of admin. rem. no. 1000236-R5. The remedy provided by the warden and regional director is unlawful because a) it violates the anonymity requirement of 28 C.F.R. § 115.51(b) by forcing me to identify myself as the originator of my PREA complaints to the small number of static CMU unit staff who accept care, custody, and control of my outbound physical correspondence and the FCI-THA CMU prisoner population, unit team, and frequency of external PREA complaints made and handled thereby are so small that in all cases using the procedure provided unit team would know exactly *who* filed *each* specific complaint; and b) the procedure provided does not exist for mail from CMU prisoners to the OIG and Warden Lammer and Regional Director Blanckensee lack the authority to create it *ad hoc*.

PS 5214.02 Communications Management Unit[*sic*] forbids the provided procedure for prisoner mail to and from the OIG, as do 28 C.F.R. §§ 540.200 *et seq.*, and the BOP neither superseded these regulations nor implemented the required public-comment period to do so.

Please fulfill my original request in a legitimate manner consistent with all relevant laws and regulations that provides equal protection for CMU prisoners.

NO FURTHER RETALIATION PLEASE.


__01 Jan. 2021 (Fri.)__                                       __[signature]__
         DATE                                                  SIGNATURE OF REQUESTER

Part B—RESPONSE






















ORIGINAL: RETURN TO INMATE                                CASE NUMBER: _____

Part C—RECEIPT                                            CASE NUMBER: _____

                                    — Page A222 of A263 —
Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.         UNIT         INSTITUTION
SUBJECT: _____

_____          _____
    DATE                 SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL       BP-231(13)
                                                                                APRIL 1982

Martin S. Gottesfeld
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808





USPS TRACKING #

9114 9023 0722 4290 6096 19



⇔ 12982-104 ⇔
Office Of General Counsel
Bureau of Prisons
320 1ST ST NW
Washington, DC 20534
United States

Friday, January 1, 2021
Second BP-11 in re admin. rem. no. 1000236-R5