Attchm. 65



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
Terre Haute, Indiana

☐ Institution ☐ Region ☒ Central

CMU Unit

# Receipt of Administrative Remedy

| Inmate Name: | GOTTESFELD, MARTIN | Reg. No.: | 12982-104 |
|---|---|---|---|
| Administrative Remedy No.: | 1000236-A2 | | |

Received on this 21st day of June, 2021.

___FE CSW___
Signature/Title of Staff

If Administrative Remedy is allowed to be resubmitted, it is due to a Unit Team staff member by 07/01, 2021.

Edits received by Unit Team on this _____ day of _____, 2021.

_____
Signature/Title of Staff

**Inmate Copy**

— Page A224 of A263 —

Administrative Remedy No. 1000236-A2
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal where you request FCC Terre Haute enable the email feature in the CMU in order to directly report PREA allegations to the OIG.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal. You have been provided instructions on how to contact the OIG regarding PREA allegations. We find this method is sufficient. You provide no new information which had not been previously considered during your lower level appeals that would compel us to reverse the decisions of the lower levels.

Accordingly, your appeal is denied.

_4/21/21_
Date

_____
Ian Connors, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Gottesfeld, Martin, S.__   __12982-104__   __D/CMU__   __FCI-THA__
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

Part A—REASON FOR APPEAL This is an appeal of admin. rem. no. 1000236-R5. The remedy provided by the warden and regional director is unlawful because a) it violates the anonymity requirement of 28 C.F.R. § 115.51(b) by forcing me to identify myself as the originator of my PREA complaints to the small number of static CMU unit staff who accept care, custody, and control of my outbound physical correspondence and the FCI-THA CMU prisoner population, unit team, and frequency of external PREA complaints made and handled thereby are so small that in all cases using the procedure provided unit team would know exactly *who* filed *each* specific complaint; and b) the procedure provided does not exist for mail from CMU prisoners to the OIG and Warden Lanner and Regional Director Blanckensee lack the authority to create it *ad hoc*.

PS 5214.02 Communications Management Unit[sic] forbids the provided procedure for prisoner mail to and from the OIG, as do 28 C.F.R. §§ 540.200 *et seq.*, and the BOP neither superseded these regulations nor implemented the required public-comment period to do so.

Please fulfill my original request in a legitimate manner consistent with all relevant laws and regulations that provides equal protection for CMU prisoners.

NO FURTHER RETALIATION PLEASE.

__01 Jan. 2021 (Fri.)__
DATE                                    SIGNATURE OF REQUESTER

Part B—RESPONSE

---

ORIGINAL: RETURN TO INMATE                                    CASE NUMBER: __1000236__

Part C—RECEIPT
                                                              CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

— Page A226 of A263 —

_____    _____
DATE          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982