U.S. Department of Justice   Attchm. 67                       **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: GOTTESFELD, MARTIN          12982-104          I          USP MARION
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.        UNIT        INSTITUTION

Part A - REASON FOR APPEAL DHO D. Matthews never wrote the report of his findings re incident report (IR) 3427792 and it was never delivered to me. Please either produce the written DHO report or expunge the IR. See *Scruggs v. Jordan*, 485 F.3d 934, 939 (7th Cir. 2007) (quoting *Rasheed-Bey v. Duckworth*, 969 F.2d 357, 361 (7th Cir. 1992)) (prisoners entitled to "advance (at least 24 hours before hearing) written notice," "the opportunity to call witnesses and present documentary evidence," "the opportunity to be heard before an impartial decision maker," disclosure of exculpatory evidence, and "a written statement by the fact finder"). See also *Wolff v. McDonnell*, 418 U.S. 539 (1974) (same). I was denied witnesses, e.g., Katherine Siereveld, and exculpatory evidence, e.g., the letter in question to Walter Pavlo, for no legitimate reason. Matthews was biased and never produced a written report despite his entering sanctions into SENTRY immediately. See, e.g., Program Statement 5270.09, CN-1, Inmate Discipline Program (Nov. 8, 2020) at ch. 5 ("The DHO gives the inmate a written copy of the decisions and disposition, ordinarily within 15 work days of the decision.") His bias was obvious because, e.g., IR 3427792 violates BOP policy. "An inmate may prepare a manuscript for private use or for publication while in custody without staff approval." Program Statement 5350.27 Inmate Manuscripts (July 27, 1999) at § 7 (quoting 28 C.F.R. § 551.81). "An inmate may mail a manuscript as general correspondence." Id. at § 8 (quoting 28 C.F.R. § 551.82). "As used in this rule, manuscript means fiction, nonfiction, [...] and other writings of a similar nature." Id. at § 6 (quoting 28 C.F.R. § 551.80). The UDC was convened too late and the warden's memo was untimely issued after the UDC deadline passed. Matthews acknowledged openly he was punishing me for the contents of the letter—not the manner in which it was transmitted. This pattern of bogus IRs and withheld DHO reports is harassment in retaliation against my protected speech by Terre Haute and W. Virginia staffers.

Apr. 29, 2022 (Fri.)                                               /s/ MG
      DATE                                                  SIGNATURE OF REQUESTER

Part B - RESPONSE

        DATE                                              REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                              CASE NUMBER: _____

Part C - RECEIPT                                         CASE NUMBER: _____

— Page A229 of A263 —

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.      UNIT         INSTITUTION

SUBJECT: _____

      DATE                              SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

MARTIN GOTTESFELD
REG. NO. 12982-104
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959




⇔12982-104⇔
North Central Region
400 State AVE
Kansas CiTY, KS 66101-2492
United States

Appeal of IR 3427792
Friday, April 29, 2022; *Houston v. Lack*, 487 U.S. 266 (1988)