Attachm. 72

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 9, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : MARTIN GOTTESFELD, 12982-104
      MARION USP    UNT: I    QTR: I01-007L
      P.O. BOX 2000
      MARION, IL 62959

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1119733-R1       REGIONAL APPEAL
DATE RECEIVED   : MAY 6, 2022
SUBJECT 1       : DHO APPEAL - PROCEDURES
SUBJECT 2       :
INCIDENT RPT NO: 3427792

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF THE   DHO REPORT YOU
                 WISH TO APPEAL OR   IDENTIFY THE CHARGES AND DATE
                 OF THE DHO ACTION.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

I/m Received 6-1-22

RECEIVED MAY 24 2022 BY

**U.S. Department of Justice**  **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **GOTTESFELD, MARTIN**    **12982-104**    **I**    **USP MARION**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** DHO D. Matthews never wrote the report of his findings re incident report (IR) 3427792 and it was never delivered to me. Please either produce the written DHO report or expunge the IR. See *Scruggs v. Jordan*, 485 F.3d 934, 939 (7th Cir. 2007) (quoting *Rasheed-Bey v. Duckworth*, 969 F.2d 357, 361 (7th Cir. 1992)) (prisoners entitled to "advance (at least 24 hours before hearing) written notice," "the opportunity to call witnesses and present documentary evidence," "the opportunity to be heard before an impartial decision maker," disclosure of exculpatory evidence, and "a written statement by the fact finder"). See also *Wolff v. McDonnell*, 418 U.S. 539 (1974) (same). I was denied witnesses, e.g., Katherine Siereveld, and exculpatory evidence, e.g., the letter in question to Walter Pavlo, for no legitimate reason. Matthews was biased and never produced a written report despite his entering sanctions into SENTRY immediately. See, e.g., Program Statement 5270.09, CN-1, Inmate Discipline Program (Nov. 8, 2020) at ch. 5.J ("The DHO gives the inmate a written copy of the decisions and disposition, ordinarily within 15 work days of the decision.") His bias was obvious because, e.g., IR 3427792 violates BOP policy. "An inmate may prepare a manuscript for private use or for publication while in custody without staff approval." Program Statement 5350.27 Inmate Manuscripts (July 27, 1999) at § 7 (quoting 28 C.F.R. § 551.81). "An inmate may mail a manuscript as general correspondence." *Id.* at § 8 (quoting 28 C.F.R. § 551.82). "As used in this rule, manuscript means fiction, nonfiction, [...] and other writings of a similar nature." *Id.* at § 6 (quoting 28 C.F.R. § 551.80). The UDC was convened too late and the warden's memo was untimely issued after the UDC deadline passed. Matthews acknowledged openly he was punishing me for the contents of the letter—not the manner in which it was transmitted. This pattern of bogus IRs and withheld DHO reports is harassment in retaliation against my protected speech by Terre Haute and W. Virginia staffers.

Apr. 29, 2022 (Fri.)
DATE    SIGNATURE OF REQUESTER

RECEIVED MAY 06 2022 REGIONAL DIRECTOR'S OFFICE NORTH CENTRAL REGION

**Part B - RESPONSE**

---

DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

**Part C - RECEIPT**    CASE NUMBER: **1119733-R1**

– Page A242 of A263 –

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)