```
MARHT              *        INMATE DISCIPLINE DATA              *     04-28-2022
PAGE 001           *     CHRONOLOGICAL DISCIPLINARY RECORD       *     13:31:16

REGISTER NO: 12982-104   NAME..: GOTTESFELD, MARTIN
FUNCTION...: PRT         FORMAT: CHRONO      LIMIT TO ___ MOS PRIOR TO 04-28-2022
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3552752 - SANCTIONED  INCIDENT DATE/TIME: 09-30-2021 1722
DHO HEARING DATE/TIME: 12-01-2021 1305
FACL/CHAIRPERSON.....: THA/J BRADLEY
REPORT REMARKS.......: CONTEXT OF PHONE CONVERSATION POSED A THREAT TO
                       THEW SAFE ORDERLY OPERATION OF THE INSTITUTION.
    397  PHONE ABUSE - NO CIRCUMVENTION  - FREQ: 1
         LP PHONE    / 90 DAYS / CS
                 FROM: 05-30-2022   THRU: 08-27-2022
         COMP:      LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3549119 - SANCTIONED  INCIDENT DATE/TIME: 09-16-2021 1720
DHO HEARING DATE/TIME: 12-01-2021 1300
FACL/CHAIRPERSON.....: THA/J BRADLEY
REPORT REMARKS.......: I/M OVER PHONE GAVE INTERVIEW TO WIFE WHICH WAS RELAYED
                       TO MEDIA AND PUBLISHED IN ARTICLE. I/M DENIES
    297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:P
         LP EMAIL    / 180 DAYS / CS
                 FROM: 12-01-2021   THRU: 05-29-2022
         COMP:      LAW:
         LP PHONE    / 180 DAYS / CS
                 FROM: 12-01-2021   THRU: 05-29-2022
         COMP:      LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3427792 - SANCTIONED  INCIDENT DATE/TIME: 08-25-2020 1059
DHO HEARING DATE/TIME: 03-03-2021 1300
FACL/CHAIRPERSON.....: THA/M.MATTHEWS
REPORT REMARKS.......: I/M WAS ATT TO SEND MAIL OUT TO HAVE INFOMATION
                       PUBLISHED BY A THIRD PARTY. I/M DENIES
    296A MAIL ABUSE, DISRUPT MONITORING - FREQ: 1
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:P
         LP PHONE    / 90 DAYS / CS
                 FROM: 03-03-2021   THRU: 05-31-2021
         COMP:      LAW:
         MON FINE    / 38.00 DOLLARS / CS
         COMP:      LAW:    BAL $77.90
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3338082 - SANCTIONED  INCIDENT DATE/TIME: 12-06-2019 1920
DHO HEARING DATE/TIME: 12-20-2019 1120            DHO REPT DEL: 01-24-2020 1504
FACL/CHAIRPERSON.....: THA/D.MATTHEWS
REPORT REMARKS.......: I/M STATED HE WAS EXTORTING ANYONE




G0002        MORE PAGES TO FOLLOW . . .
```

```
    MARHT           *          INMATE DISCIPLINE DATA         *      04-28-2022
PAGE 002 OF 002 *        CHRONOLOGICAL DISCIPLINARY RECORD    *      13:31:16

REGISTER NO: 12982-104 NAME..: GOTTESFELD, MARTIN
FUNCTION...: PRT        FORMAT: CHRONO      LIMIT TO ___ MOS PRIOR TO 04-28-2022

DHO HEARING DATE/TIME: 12-20-2019 1120 REPORT 3338082 CONTINUED
    204A EXTORTING/BLACKMAIL/PROTECTING - FREQ: 1
        DIS GCT      / 27 DAYS / CS
        COMP:010 LAW:P    TO PROMOTE CLEAR CONDUCT
        LP COMM      / 90 DAYS / CS
                  FROM: 12-20-2019  THRU: 03-18-2020
        COMP:     LAW:    TO PROMOTE CLEAR CONDUCT
        LP PHONE     / 90 DAYS / CS
                  FROM: 12-20-2019  THRU: 03-18-2020
        COMP:     LAW:    TO PROMOTE CLEAR CONDUCT
        MON FINE     / 50.00 DOLLARS / CS
        COMP:     LAW:    TO PROMOTE CLEAR CONDUCT




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```