**U.S. Department of Justice**     Attachm. 74                          **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **GOTTESFELD, MARTIN**    **12982-104**    **I**    **USP MARION**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** This is a resubmission of rem. no. 1119733-R1. See enclosed. DHO D. Matthews never wrote the report of his findings re incident report (IR) 3427792 charging code 296A and adjudicated Mar. 3, 2021. Please produc[e] the report or expunge the IR. See *Scruggs v. Jordan*, 485 F.3d 934, 939 (7th Cir. 2007) (quoting *Rasheed-Bey v. Duckworth*, 969 F.2d 357, 361 (7th Cir. 1992)) (prisoners entitled to "24 hours [...] written notice," "the opportunity to call witnesses and present documentary evidence," "the opportunity to be heard before an impartial decision maker," exculpatory evidence, and "a written statement by the fact finder"). See also *Wolff v. McDonnell*, 418 U.S. 539 (1974) (same). I was denied witnesses, e.g., Katherine Siereveld, and exculpatory evidence, e.g., the letter in question to Mr. Pavlo, for no legitimate reason. Matthews was biased and never produced a written report despite enforcing sanctions immediately. See, e.g. Prog. Stat. 5270.09, CN-1, Inmate Discipline Program (Nov. 8, 2020) at ch. 5 ("The DHO gives the inmate a written cop[y] of the decisions and disposition, ordinarily within 15 work days of the decision"). His bias was obvious because, e.g., IR 3427792 violates BOP policy. "An inmate may prepare a manuscript for private use *or for publication while in custody, without staff approval*." Prog. Stat. 5350.27 Inmate Manuscripts (July 27, 1999) § 7 (quoting 28 C.F.R. § 551.81) (emphasi[s] added). "An inmate may mail a manuscript as general correspondence." Id. at § 8 (quoting 28 C.F.R. § 551.82). "As used i[n] this rule, manuscript means fiction, nonfiction[...] and other writings of a similar nature." Id. at § 6 (quoting 28 C.F.R. § 551.80). The UDC was convened too late and the warden's memo was untimely issued after the UDC deadline passed. Matthews acknowledged openly he was punishing me for the contents of the letter—not the manner I transmitted it. This pattern of bogus IRs and withheld DHO reports is harassment in retaliation against my protected speech by Terre Haute and W. Virginia staffers.

**June 1, 2022 (Wed.) (the same day I rec'ved the rejection)**    [signature]
DATE                                              SIGNATURE OF REQUESTER

**Part B - RESPONSE**

---

DATE                                              REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                       CASE NUMBER: _____

**Part C - RECEIPT**                              CASE NUMBER: _____

— Page A245 of A263 —

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE                                              SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                          PRINTED ON RECYCLED PAPER                  BP-230(13) JUNE 2002

```
MARTIN GOTTESFELD
REG. NO. 12982-104
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959
```



12982-104
North Central Region
400 State AVE
Kansas CiTY, KS 66101-2492
United States

Resubmission of Rem. No. 1119733-R1

Wed., June 1, 2022