Attachm. 75

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 16, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : MARTIN GOTTESFELD, 12982-104
      MARION USP     UNT: I    QTR: I01-007L
      P.O. BOX 2000
      MARION, IL 62959

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1120386-R1       REGIONAL APPEAL
DATE RECEIVED   : MAY 9, 2022
SUBJECT 1       : DHO APPEAL - PROCEDURES
SUBJECT 2       :
INCIDENT RPT NO: 3552752

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF THE  DHO REPORT YOU
                 WISH TO APPEAL OR    IDENTIFY THE CHARGES AND DATE
                 OF THE DHO ACTION.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.


RECEIVED JUN 02 2022 USP Marion Warden's ofc.


RECEIVED MAY 23 2022

June 3, 22 from Unit Team S. Wallace

- Page A247 of A263 -

**PREA**—See, e.g., 28 C.F.R. §§ 115.67(c) and 115.54

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Gottesfeld, Martin   12982-104   I   USP Marion
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** DHO Jason Bradley is withholding his DHO report re incident report (IR) 3552752 in violation of BOP policy and PREA. Please either produce the written report or expunge the IR. He entered sanctions five months ago (Dec. 1, 2021) but wrote and delivered no report to me. See, e.g., Program Statement 5270.09, CN-1, Inmate Discipline Program (Nov. 8, 2020) at ch. 5 ("The DHO gives the inmate a written copy of the decisions and disposition, ordinarily within 15 work days of the decision") and Scruggs v. Jordan, 485 F.3d 934, 939 (7th Cir. 2007) (due process requires, inter alia, ability to call witnesses, 24-hour notice of charge(s), disclosure of exculpatory evidence, an impartial decision maker and written findings). The sole UDC member was Todd Royer, against whom I had and still have filed PREA complaints and who was subject of the relevant phone call. See, e.g., 28 C.F.R. §§ 541.7(b) ("UDC members will not be [...] significantly involved in the incident"), 115.64(a)(1) (staff must "Separate the alleged victim," me, and "abuser," Royer), and 115.67(c) (BOP must monitor alleged abusers and abused for "changes that may suggest possible retaliation" and "act promptly to remedy any such retaliation," including "inmate disciplinary reports"); and U.S. Const. amend I. Bradley retaliates against my PREA reporting of his fellow DHO Mr. Royer. I was denied witnesses, e.g., Jodi Wampler, evidence, e.g., audio surveillance of staffer Ms. Jamie Wheeler's saying I may read the same statement for which I was sanctioned, a impartial decision maker not friends with Royer, separation from Royer under PREA, and, now, Bradley's written report, without which I am denied access to court. The call posed no articulable threat to safety or orderly operations; none was ever presented. Instead Bradley openly took exception to negative reports to journalists re Royer. I was denied advance notice of the charge, code 397, which Bradley adopted sua sponte at the hearing minutes before his decision. My staff rep neglected her duties re my rights.

Apr. 29, 2022 (Fri.)
DATE   SIGNATURE OF REQUESTER

**Part B - RESPONSE**

[Stamp: RECEIVED MAY 09 2022 REGIONAL DIRECTOR'S OFFICE NORTH CENTRAL REGION]

DATE   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar

ORIGINAL: RETURN TO INMATE   CASE NUMBER: _____

**Part C - RECEIPT**   CASE NUMBER: 1203816-R1

— Page A248 of A263 —

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

DATE   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002