Attachm. 79

RECEIPT - ADMINISTRATIVE REMEDY

DATE: JULY 8, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : MARTIN GOTTESFELD, 12982-104
      MARION USP      UNT: I     QTR: I01-009L


THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 1121369-R1
DATE RECEIVED   : MAY 6, 2022
RESPONSE DUE    : JULY 5, 2022
SUBJECT 1       : PREA - SEXUAL ABUSE BY STAFF
SUBJECT 2       :

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: JULY 8, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : MARTIN GOTTESFELD, 12982-104
      MARION USP     UNT: I    QTR: I01-009L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

```
REMEDY ID       : 1121369-R1
DATE RECEIVED   : MAY 6, 2022
RESPONSE DUE    : JULY 5, 2022
SUBJECT 1       : PREA - SEXUAL ABUSE BY STAFF
SUBJECT 2       :
```