Witness Questions re IR 3338082 for Mr. William O. Harris

1. How long did Complainant Eisele spend reading Petitioner Martin Gottesfeld's Demand pursuant to D.C. Code § 16-1905 when he first handed it to her the night of Friday, December 6, 2019?

2. Did Complainant Eisele give Petitioner Gottesfeld a time frame in which to expect a formal answer to the Demand, and, if so, what was it?

3. Has Eisele ever been subject to such a demand in the past?

4. When you personally served Eisele with a demand under D.C. Code § 16-1905, did she file an incident report against you?

5. Why do you think it is that when you personally served Eisele with a demand under D.C. Code § 16-1905 she did not file an incident report against you but she did file such a report against Petitioner?

6. Did Eisele seem to fear financial demise due to your demand under D.C. Code § 16-1905?

7. Did your demand under D.C. Code § 16-1905 bring about or come close to bringing about the financial demise of Eisele or anyone else?

8. Have you ever seen Eisele retaliate against protected conduct, and, if so, when?