

Please scan in high-res, black-and-white, enter as second stand-alone entry, e.g.) dkt. 96, with exhibits at, e.g.) dkt. 96-1 through 96-5.

Amended Reply in Support of Habeas Petition

(22+5+7+4+3+1 = 42 pgs.)