

Please scan in high-res, black-and-white, enter as last new entry, e.g., dkt. 97

Motion for Leave to Supplement or Amend

(3 pgs.)