From— Priority Mail Flat Rate

Martin Gottesfeld
Reg. no. 12982-104
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

To—

Priority Mail Flat Rate

July 18, 2022; Harder to Ledes, 487

⟨⟩12982-104⟨⟩
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

⟨⟩12982-104⟨⟩
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

**USPS TRACKING #**

9114 9014 9645 1828 1185 72

EXPECTED DELIVERY DAY: 07/23/22

**USPS TRACKING® #**

9505 5116 0901 2202 4375 38

U.S. POSTAGE PAID
PM
MARION, IL
65959
AUG.25.22
AMOUNT
$0.00
R2305010096-71
1004
47807