FILED
07/25/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN GOTTESFELD, Petitioner, *pro se*, <br><br> v. <br><br> B. LAMMER, Warden of The FCI Terre Haute, Indiana, Respondent. | No. 2:20-cv-12-JRS-MJD |

## OBJECTION

MARTIN GOTTESFELD, Petitioner, *pro se*, wishes the Court to note his objection to its Order Denying Motions for Extension of Time, dkt. 94. Specifically, Petitioner objects on two grounds 1) the Seventh Circuit holds that total denial of law-library access of the type evidenced without rebuttal in his motions for extensions constitutes an unconstitutional impediment to his pursuit of habeas relief, *Estremera v. United States*, 724 F.3d 773 (7th Cir. 2013), and 2) the destruction of his earlier filing in transit from prison officials to the U.S. Postal Service to the Court was beyond his control, and, in theory, did not affect the filing date of the first version of ERJ Decl., a digital copy of which is now in Respondent's possession, should the Court wish to inspect it, *see, e.g., Ray v. Clements*, 700 F.3d 993 (7th Cir. 2012); *Houston v. Lack*, 487 U.S. 266 (1988); 28 C.F.R. § 540.203(a), (c) (mail to U.S. courts and judges is pre-screened (and preserved) before mailing).

Petitioner further notes he received the Court's order, dkt. 94, after he had filed 1) amended ERJ Decl., 2) Amended Reply In Support of Petition and 3) Motion for Leave to Supplement or Amend, and that, to his knowledge, the Court is yet to rule on his last Motion for an Extension. *See* Gottesfeld Decl., Exh. 1.

Respectfully filed Wednesday, July 20, 2022, under the prison-mailbox rule, *Houston v. Lack*, 487 U.S. 266 (1988), by mailing to the Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage, handed to Ms. Kathy Hill of the CMU Marion unit team in her official capacity as an agent of Respondent and of Respondent's counsel at the next opportunity,

by: *[signature]*
Martin Gottesfeld
Reg. no. 12982-104
United States Penitentiary
P.O. Box 1000
Marion, IL 62959

## CERTIFICATE OF SERVICE

I, Martin Gottesfeld, *pro se*, certify I caused an electronic copy of the foregoing document to be served upon counsel for the respondent in the above-captioned case Wednesday, July 20, 2022, or the first opportunity thereafter; *see* 28 C.F.R. § 540.203(a), (c) (mail to U.S. courts and judges is screened for contents),

by: *[signature]*
Martin Gottesfeld