*Exhibit 1*

Declaration of Martin Gottesfeld

1. I am Martin Gottesfeld, Petitioner, *pro se*, in *Gottesfeld v. Lammer*, 2:20-cv-12-JRS-MJD (S.D. Ind.).

2. I had my filing of 1) ERJ Decl., 2) Amended Reply In Support of Petition and 3) Motion to Supplement or Amend ready for mailing as contemplated by the prison-mailbox rule Monday, July 18, 2022.

3. There is no free-standing prison mailbox in my housing unit; instead I must wait for particular staffers to accept my court mails, whose appearances are not subject to my control.

4. At the next opportunity, mail call Tuesday, July 19, 2022, I handed Ms. Kathy Hill of the CMU Marion unit team the aforesaid filing.

5. At that same mail call I received for the first time the Court's Order, dkt. 94, in an envelope postmarked 12 JUL 2022.

6. In counting my outstanding motions, it appears that when the Court entered its Order, it had not yet received my last motion for an extension, seeking an extension through Monday, July 18, 2022.

I declare under the penalty of perjury under the laws of The United States of America that the foregoing is true and correct. 28 U.S.C. § 1746. Executed Wednesday, July 20, 2022.

by: /s/ Martin Gottesfeld