MARTIN GOTTESFELD
REG. NO. 12982-104
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

22 JUL 2022 PM 5 L

Contents—

- Objection (2 pgs.); and
- Decl. (1 pg.).

Total—3 pgs. for entry in
2:20-cv-12-JRS-MJD

Wednesday, July 20, 2022; *Houston v. Lack*, 487 U.S. 266 (1988)

⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

FILED
JUL 2 5 2022
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA