UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
08/15/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

MARTIN GOTTESFELD,
Petitioner, *pro se*,

v.

B. LAMMER, Warden of
The FCI Terre Haute, Indiana,
Respondent.

No. 2:20-cv-12-JRS-MJD

## NOTICE

MARTIN GOTTESFELD, Petitioner, *pro se*, hereby notifies the Court and Respondent of

   1) Petitioner's Aug. 9, 2022, receipt of rejected remedy 1120431-R2, in which he sought expungement of the Court-access incident report (IR) 3338082 perhaps most relevant to this case; and

   2) Petitioner's Aug. 9, 2022, resubmission of said remedy.

*See* Gottesfeld Decl., Exh. 1. Petitioner notes that the rejection notice reflects "DATE: JUNE 30, 2022," but was withheld from him until yesterday, Aug. 9, 2022, i.e. until the Court had entered judgment and Petitioner had timely filed his Rule 59(e) motion. *See* Attachm. 1 at 2, Exh. 1, Rej. Ntc.; *id.* at 1, Late Administrative Remedy/Delay Memo ("On August 8, 2022, Administrative Remedy Rejection 1120431-R2 was placed in the inmate mailbox back to" Petitioner).

   Petitioner further notes that the remedy was again rejected on the basis "YOU DID NOT PROVIDE A COPY OF THE DHO REPORT YOU WISH TO APPEAL OR IDENTIFY THE CHARGES AND DATE OF THE DHO ACTION." Attachm. 1 at 2, Exh. 1, Rej. Ntc., at REJECT REASON 1. Nonetheless Petitioner had specified: "DHO action taken 12-20-2019, charge 204A attempted extortion." Attachm. 1 at 4, Exh. 1, Reg.

Rem. Appeal ("BP-10").

He further notes that the latest rejection is inconsistent with Respondent's handling of remedy 1121369-R1 re RT IR 3549119. *See* Notice (filed under the prison-mailbox rule Aug. 6, 2022, dkt. no. unknown). Though Respondent disavowed any definite timeline for administrative review of that other remedy, it was, at least, accepted without Petitioner's specifying "THE CHARGES" or providing the nonexistent DHO report. *Id.*

In any event, Petitioner, through no fault of his own and because of no rule found in the administrative codebook, is no closer to exhausting IR 3338082 than he was two BP-10s ago on Apr. 29, 2022. *See* Attachm. 1 at 7, Exh. 1, BP-10. Petitioner wishes not to belabor the obvious, but he notes the above-enumerated events and facts are relevant to his Rule 59(e) motion.

Respectfully filed Wednesday, August 10, 2022, under the prison-mailbox rule, *Houston v. Lack*, 487 U.S. 266 (1988), by mailing to the Court in an envelope with sufficient affixed pre-paid First Class U.S. postage, handed to Mr. Nathan Simpkins of the CMU Marion unit team in his official capacity as an agent of Respondent and of his counsel at the next opportunity,

by: /s/ Martin Gottesfeld
Martin Gottesfeld
Reg. no. 12982-104
United States Penitentiary
P.O. Box 1000
Marion, IL 62959

CERTIFICATE OF SERVICE

I, Martin Gottesfeld, *pro se*, certify I caused a digital copy of the foregoing document to be served upon counsel for Respondent in the above-captioned case by mailing this document to the Court; *see* 28 C.F.R. § 540.203(a), (c) (mail to U.S. courts and judges is read for contents),

by: /s/ Martin Gottesfeld
Martin Gottesfeld

Exhibit 1

Declaration of Martin Gottesfeld

1. I am Martin Gottesfeld, Petitioner, *pro se*, in *Gottesfeld v. Lammer*, 2:20-cv-12-JRS-MJD (S.D. Ind.).

2. On Aug. 9, 2022, Mr. Nathan Simpkins of the CMU Marion unit team gave me the Bureau of Prisons' (BOP's) rejection of rem. no. 1120431-R2, Attachm. 1.

3. This time Simpkins already had a timeliness memo. composed: "On August 8, 2022, Administrative Remedy Rejection 1120431-R1 was placed in the inmate mailbox back to the inmate." *Id.* at 1. "Please use your judgment in accepting his appeal accordingly." *Id.*

4. Forthwith I composed a resubmission, Attachm. 2 (deduplicated).

5. With no material guidance from BOP's relevant program statements or regulations, I was left to guess how best to refile. Though the rejection notice indicates my specification of the date of the DHO hearing and the charges is sufficient, the remedy was still rejected. This third time around I am providing a copy of the DHO report itself, even though policy and regulation indicate it is superfluous. *Id.* at 3.

6. I continue to spend money resubmitting multiple versions of these remedies only to have them rejected for reasons omitted from the remedy-system guidance available to me. *Id.* at 6 (Proof of Mailing).

I declare that the foregoing is true and correct under the penalty of perjury under the laws of The United States of America. 28 U.S.C. § 1746. Executed Wednesday, August 10, 2022.

by: /s/
Martin Gottesfeld

- Page 1 of 1 -