

```
MARTIN GOTTESFELD
REG. NO. 12982-104
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959
```

⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

WEDNESDAY, AUGUST 10, 2022; *HOUSTON V. LACK*, 487 U.S. 266 (1988)

CONTENTS—

- NOTICE (2 PGS.);
- DECL. (1 PG.); AND
- ATTACHMS. 1—2 (13 PGS.).

TOTAL—

16 PGS. FOR ENTRY IN 2:20-CV-12-JRS-MJD.

FILED

AUG 15 2022

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA