UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN GOTTESFELD,
Petitioner, *pro se*,

v.

B. LAMMER, Warden of
The FCI Terre Haute, Indiana,
Respondent.

No. 2:20-cv-12-JRS-MJD

**FILED**
08/15/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## NOTICE

MARTIN GOTTESFELD, Petitioner, *pro se*, hereby notifies the Court and Respondent of

1) Petitioner's receipt Wednesday, July 27, 2022, of the Court's mailing of Order Dismissing Petition for Writ of Habeas Corpus and Directing Entry of Final Judgment, dkt. 97, and Final Judgment, dkt. 98;

2) Petitioner's receipt Monday, August 1, 2022, of Respondent's answer to Regional Remedy Appeal ("BP-10") 1121369-R1 re RT incident report (IR) 3549119, submitted by Petitioner Friday, April 29, 2022, and received by Respondent's North Central Regional Office Friday, May 6, 2022—yielding an 86-day answer delay well in excess of the 60-day maximum Respondent cited to this Court;

3) Petitioner's Monday, August 1, 2022, filing of his Central Office Remedy Appeal ("BP-11") of Respondent's answer to BP-10 no. 1121369-R1; and

4) Petitioner's Thursday, August 4, 2022, filing under the prison-mailbox rule, *Houston v. Lack*, 487 U.S. 266 (1988), of his Motion to Set Aside Judgment (Fed. R. Civ. P. 59(e)).

*See* Gottesfeld Decl. (Aug. 6, 2022), Exh. 1; Epplin Decl. ¶ 2, dkt. 21-1 (citing 28 C.F.R. § 542.18 Response Time).

Petitioner further notes that Respondent disavows any definite time frame for administrative review. "Your allegation has been referred to the appropriate authories for investigation." Regional Director's Response, Gottesfeld Decl. Attachm. 2 at 2. "A thorough investigation will be conducted and you will be notified of the outcome." *Id.*

Respectfully filed Saturday, August 6, 2022, under the prison-mailbox rule, *Houston v. Lack*, 487 U.S. 266 (1988), by mailing to the Court in an envelope with sufficient affixed pre-paid First Class U.S. postage, handed to Ms. Kathy Hill of the CMU Marion unit team in her official capacity as an agent of Respondent and of his counsel at the next opportunity,

by: *[signature]*
Martin Gottesfeld
Reg. no. 12982-104
United States Penitentiary
P.O. Box. 1000
Marion, IL 62959

CERTIFICATE OF SERVICE

I, Martin Gottesfeld, *pro se*, certify that I caused a digital copy of the foregoing document to be served upon counsel for Respondent in the above-captioned case via 28 C.F.R. § 540.203(a), (c) (mail to U.S. courts and judges is pre-screened for contents),

by: *[signature]*
Martin Gottesfeld