```
MARTIN GOTTESFELD
REG. NO. 12982-104
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959
```

    



⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

THURSDAY, AUGUST 4, 2022; *Houston v. Lack*, 487 U.S. 266 (1988)

CONTENTS—

- MOTION TO SET ASIDE JUDGMENT (FED. R. CIV. P. 59(e)) (15 PGS.).

TOTAL—

15 PGS. FOR ENTRY IN 2:20-CV-12-JRS-MJD.

FILED

AUG 15 2022

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA