UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN S. GOTTESFELD, | ) |
| Petitioner, | ) ) ) |
| v. | ) Cause No. 2:20-cv-00012-JRS-MJD ) |
| B. LAMMER Warden of the FCI Terre Haute, Indiana, | ) ) ) |
| Respondent. | ) |

## APPEARANCE

Zachary A. Myers, United States Attorney for the Southern District of Indiana, by Shelese Woods, Assistant United States Attorney for the Southern District of Indiana, enters his appearance as counsel for Warden B. Lammer.

          Respectfully submitted,

          ZACHARY A. MYERS
          United States Attorney

By:   s/ *Shelese Woods*
      Shelese Woods
      Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on August 24, 2022, a copy of the foregoing was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Martin S. Gottesfeld
Register No. 12982-104
USP MARION
U.S. PENITENTIARY
P.O. BOX 1000
MARION, IL  62959

                                              s/ *Shelese Woods*
                                              Shelese Woods
                                              Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204