MARTIN GOTTESFELD
REG. NO. 12982-104
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

CONTENTS—

- REPLY RE RULE
  59(e) MOTION
  (11 PGS.).

TOTAL—11 PGS.
FOR ENTRY IN
2:20-CV-12-JRS-MJD.

Monday, August 29, 2022; *Houston v. Lack*, 487 U.S. 266 (1988)

⇔ 12982-104 ⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

FILED

SEP 19 2022

U.S. C...'S OFFICE
TERRE HAU... INDIANA
47807-373829

SAINT LOUIS
15 SEP 2022