UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
10/06/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

```
MARTIN GOTTESFELD,        )
  Petitioner, pro se,     )
                          )
       v.                 )    No. 2:20-cv-12-JRS-MJD
                          )
B. LAMMER, Warden of      )
The FCI Terre Haute, Indiana, )
  Respondent.             )
```

### NOTICE OF RE-MAILING OF REPLY RE MOTION TO SET ASIDE

MARTIN GOTTESFELD, Petitioner, pro se, notifies the Court and Respondent of his second mailing of his timely Reply Re Motion To Set Aside Judgment (Fed. R. Civ. P. 59(e)). See Gottesfeld Decl., Exh. 1 (citing Houston v. Lack, 487 U.S. 266 (1988) (prison-mailbox rule); Proofs of Mailings).

Petitioner notes this is yet a further instance of his remedy and court mailings, through no fault of his own, failing to arrive timely and safely at their destinations, inhibiting his exercises under U.S. Const. amend. I.

Respectfully filed Tuesday, September 20, 2022, under the prison-mailbox rule, Houston, by mailing to the Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage, handed at the next opportunity to Mr. Graeber in his official capacity as an agent of Respondent and of his counsel,

by: *[signature]*
Martin Gottesfeld
Reg. no. 12982-105
United States Penitentiary
P.O. Box 1000
Marion, IL 62959

CERTIFICATE OF SERVICE

I, Martin Gottesfeld, *pro se*, certify I mailed a copy of the foregoing document to counsel for the respondent in the above-captioned case Tuesday, September 20, 2022, or my first opportunity thereafter and that I separately effected service in-hand via 28 C.F.R. § 540.203(a), (c) (mail to U.S. courts, judges and attorneys is read for contents),

by: *[signature]*
Martin Gottesfeld