Exh. 1

Declaration of Martin Gottesfeld

1. I am Martin Gottesfeld, Petitioner, *pro se*, in *Gottesfeld v. Lammer*, 2:20-cv-12-JRS-MJD (S.D. Ind.) (hereinafter "the case").

2. There is no free-standing prison mailbox in my housing unit, i.e. I-Unit, United States Penitentiary (U.S.P.) Marion, Illinois. *Cf. Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's *pro se* pleading considered as filed upon placement with sufficient postage in prison mailbox).

3. Instead I must wait for specific unit staff to come to take care, custody and control of my court mailings. *See, e.g.*, 28 C.F.R. § 540.203(a), (c) (court mailings pre-screened both in- and outbound for contents).

4. I do not control the availability of the aforesaid designated unit staffers. Sometimes we go days without "mail call" in this unit.

5. I had my Reply in Support of Rule 59(e) Motion timely ready for mailing to the Court for entry in the case the night of Monday, August 29, 2022. *See* Proof of Mailing, Attachm. 1.

6. I turned over care, custody and control of my mailing of my Reply in Support of Rule 59(e) Motion to agents of Respondent at my next opportunity, Tuesday, August 30, 2022.

7. Respondent has at this moment care, custody and control of surveillance audio and video of my handing his staffers this specific mailing.

8. It is no secret that the mail-handling in this unit has degraded. Indeed, it deteriorated to the point where Respondent sent in a temporary replacement staffer named Mr. Graeber to get mail-handling and other festering issues back under control.

9. I inquired upon Mr. Graeber his second day here, Tuesday, September 13, 2022, as to the status of my aforesaid Reply which had not been docketed.

10. Graeber told me he would not be concerned about its absence at that point, but to advise him if it remained undocketed past Friday, September 16, 2022.

11. I learned today circa 1:00 P.M. Central Time that as of Friday, September 16, 2022, the filing was still undocketed.

12. I will advise Mr. Graeber at my next opportunity that the original filing remains missing. In any event, however, I am re-mailing that filing to the Court from my records to effect its soonest arrival should Mr. Graeber fail to find the original. *See* Second Proof of Mailing, Attachm. 2.

I declare that the foregoing is true and correct under the penalty of perjury under the laws of The United States of America. 28 U.S.C. § 1746. Executed Tuesday, September 20, 2022.

by: /s/
Martin Gottesfeld





Attchm. 2

Envelope 1:

MARTIN GOTTESFELD
REG. NO. 12982-104
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

⇔12982-104⇔
U S Attorneys Office
Southern District of IN
10 W Market ST
Suite 2100
Indianapolis, IN 46204
United States

Tuesday, September 20, 2022; *Houston v. Lack*, 487 U.S. 266 (1988)

Envelope 2:

MARTIN GOTTESFELD
REG. NO. 12982-104
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

CONTENTS—
- NTC. OF RE-MAILING (2 PGS.);
- GOTTESFELD DECL. (1 PG.);
- ATTACHMS. 1-2 (2 PGS.); AND
- REPLY RE RULE 59(e) MOT. (11 PGS.).
TOTAL—16 PGS. FOR 2:20-CV-12-JRS-MJD.

⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #:04
Terre Haute, IN 47807
United States

Tuesday, September 20, 2022; *Houston v. Lack*, 487 U.S. 266 (1988)