MARTIN GOTTESFELD
REG. NO. 12982-104
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

—CONTENTS—
- NTC. OF RE-MAILING (2 PGS.);
- GOTTESFELD DECL. (1 PG.);
- ATTACHMS. 1-2 (2 PGS.); AND
- REPLY RE RULE 59(e) MOT. (11 PGS.).
TOTAL—16 PGS. FOR
2:20-CV-12-JRS-MJD.

Tuesday, September 20, 2022; Houston v. Lack, 487 U.S. 266 (1988)
⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

FILED
OCT 6 2022
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807-373859




SAINT LOUIS MO 630
3 OCT 2022 PM 8